# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Dodie R. Taylor_

| Borrower | Co-Borrower |

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA · ☑ Conventional · ☐ Other (explain): · ☐ FHA · ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 735,250 | Interest Rate 9.550 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP)
**6555 SOUTH SAUNDERS DRIVE, MINNETRISTA, MN 55364   County: Hennepin**    No. of Units **1**

Legal Description of Subject Property (attach description if necessary)    Year Built

| Purpose of Loan | ☑ Purchase · ☐ Construction · ☐ Other (explain): · ☐ Refinance · ☐ Construction-Permanent | Property will be: ☑ Primary Residence · ☐ Secondary Residence · ☐ Investment |

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) **DODIE R TAYLOR** | Manner in which Title will be held **Single woman** | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) **DODIE R TAYLOR** | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number **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** · Home Phone (incl. area code) **763-315-1066** · DOB (mm/dd/yyyy) **07/07/1964** · Yrs. School | Social Security Number · Home Phone (incl. area code) · DOB (mm/dd/yyyy) · Yrs. School |
| ☐ Married · ☑ Unmarried (include single, divorced, widowed) · ☐ Separated · Dependents (not listed by Co-Borrower) no. **1** ages **14** | ☐ Married · ☐ Unmarried (include single, divorced, widowed) · ☐ Separated · Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent **8** No. Yrs. **11913 n 70th place MAPLE GROVE, MN 55369** | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp1.frm 09/05

Page 1 of 5      Borrower X _ddt_
Co-Borrower _____

Freddie Mac Form 65   07/05

**EXHIBIT**
tabbies
_1_

| Borrower | | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|
| Name & Address of Employer<br>**WOODALE BUILDERS**<br>**5435 SELTL ROAD**<br>**Hopkins, MN 55343** | ☐ Self Employed | Yrs. on this job<br>**3 mth(s)**<br>Yrs. employed in this line of work/profession<br>**9** | Name & Address of Employer | ☐ Self Employed | Yrs. on this job<br><br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>**CONTROLLER** | | Business Phone (incl. area code)<br>**952-345-6802** | Position/Title/Type of Business | | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer<br>**WAYZATA PROPERTIES**<br>**294 GROVE LANE E**<br>**Wayzata, MN 55391** | ☐ Self Employed | Dates (from-to)<br>**5/22/2001 -**<br>**1/06/2006**<br>Monthly income<br>$ **4,668.00** | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ |
| Position/Title/Type of Business<br>**CONTROLLER** | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from-to)<br><br>Monthly income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 6,209.22 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ | $ 6,209.22 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income        *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 265,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) 401K 401K IRA | $ 5,000 22,000 5,000 | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ 297,000 | Net Worth (a minus b) ⇒ $ 297,000 | Total Liabilities b. | $ |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 11913 N 70TH PLACE MAPLE GROVE, MN 55369 | PRIMARY RESIDENCE SFR | $ 265,000 | $ 122,000 | $ | $ 671 | $ | $ |
| | | | | | | | |
| Totals | | $ 265,000 | $ 122,000 | $ | $ 671 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower X _____
Co-Borrower _____

Freddie Mac Form 65   07/05

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower | |
| | | | | Yes | No | Yes | No |
| a. Purchase price | $ 865,000.00 | a. Are there any outstanding judgments against you? | | ☐ | ☐ | ☐ | ☐ |
| b. Alterations, improvements, repairs | | b. Have you been declared bankrupt within the past 7 years? | | ☐ | ☐ | ☐ | ☐ |
| c. Land (if acquired separately) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☐ | ☐ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | | d. Are you a party to a lawsuit? | | ☐ | ☐ | ☐ | ☐ |
| e. Estimated prepaid items | 2,925.68 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | ☐ | ☐ | ☐ | ☐ |
| f. Estimated closing costs | 10,132.50 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |
| g. PMI, MIP, Funding Fee | | | | | | | |
| h. Discount (if Borrower will pay) | | | | | | | |
| i. Total costs (add items a through h) | 878,058.18 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ☐ | ☐ | ☐ | ☐ |
| j. Subordinate financing | 129,750.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☐ | ☐ | ☐ |
| k. Borrower's closing costs paid by Seller | | h. Is any part of the down payment borrowed? | | ☐ | ☐ | ☐ | ☐ |
| l. Other Credits (explain) | | i. Are you a co-maker or endorser on a note? | | ☐ | ☐ | ☐ | ☐ |
| | | j. Are you a U. S. citizen? | | ☐ | ☐ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | | ☐ | ☐ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 735,250.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☐ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☐ | ☐ | ☐ |
| o. Loan amount (add m & n) | 735,250.00 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | | ____ | | ____ | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 15,058.18 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | ____ | | ____ | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X *Dodie R. Taylor* | Date 7-10-06 | Co-Borrower's Signature X | Date |
|---|---|---|---|

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information | | | CO-BORROWER ☐ I do not wish to furnish this information | | |
|---|---|---|---|---|---|
| Ethnicity: ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | | | Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino | | |
| Race: ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American | Race: ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: ☑ Female | ☐ Male | | Sex: ☐ Female | ☐ Male | |

| To be Completed by Interviewer This application was taken by: ☑ Face-to-face interview ☐ Mail ☐ Telephone ☐ Internet | Interviewer's Name (print or type) FAITH ROCHA | | Name and Address of Interviewer's Employer MORTGAGE REFERRAL NETWORK 5932 RHODE ISLAND AVE N CRYSTAL, MN |
|---|---|---|---|
| | Interviewer's Signature | Date | |
| | Interviewer's Phone Number (incl. area code) 770-888-0023 | | |

# EQUAL CREDIT OPPORTUNITY ACT

APPLICATION NO:    **TAYLOR**                                        Date: 07/03/2006

PROPERTY ADDRESS:    **6555 SOUTH SAUNDERS DRIVE**
**MINNETRISTA, MN 55364**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this company is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston, Texas 77010

We are required to disclose to you that you need not disclose income from alimony, child support or separate maintenance payment if you choose not to do so.

Having made this disclosure to you, we are permitted to inquire if any of the income shown on your application is derived from such a source and to consider the likelihood of consistent payment as we do with any income on which you are relying to qualify for the loan for which you are applying.

X _Dodie R. Taylor_  7-10-06
**DODIE R TAYLOR**        (Applicant)    (Date)                    (Applicant)    (Date)

_____        (Applicant)    (Date)                    (Applicant)    (Date)

# Borrowers' Certification and Authorization

## CERTIFICATION

The Undersigned certify the following:

1. I/We have applied for a mortgage loan through **MORTGAGE REFERRAL NETWORK** _____. In applying for the loan, I/We completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and the assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that **MORTGAGE REFERRAL NETWORK** _____ reserves the right to change the mortgage loan review processes to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan through **MORTGAGE REFERRAL NETWORK** _____. As part of the application process, **MORTGAGE REFERRAL NETWORK** _____ and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to **MORTGAGE REFERRAL NETWORK** _____ and to any investor to whom **MORTGAGE REFERRAL NETWORK** _____ may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copies of income tax returns.

3. **MORTGAGE REFERRAL NETWORK** _____ or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

X

Borrower Signature _____
**DODIE R TAYLOR**

SSN: 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        Date: 7-10-06

Co-Borrower Signature _____

SSN: _____        Date: _____

Calyx Form - borcert.frm (12/05)

# NOTICE TO APPLICANT OF RIGHT
# TO RECEIVE COPY OF APPRAISAL REPORT

APPLICATION NO:    TAYLOR                                                    Date: 07/03/2006

PROPERTY ADDRESS:    6555 SOUTH SAUNDERS DRIVE
                     MINNETRISTA, MN 55364 County:Hennepin

You have the right to receive a copy of the appraisal report to be obtained in connection with the loan for which you are applying, provided that you have paid for the appraisal. We must receive your written request no later than      90 days after we notify you about the action taken on your application or you withdraw your application. If you would like a copy of the appraisal report, contact :

MORTGAGE REFERRAL NETWORK
5932 RHODE ISLAND AVE N
CRYSTAL, MN

X _Dodie R Taylor_  7-10-06
**DODIE R TAYLOR**              (Applicant)     (Date)                      (Applicant)     (Date)


                               (Applicant)     (Date)                      (Applicant)     (Date)

Calyx Form  ma.frm 12/98

# PRIVACY POLICY DISCLOSURE
### (Protection of the Privacy of Personal Non-Public Information)

Respecting and protecting customer privacy is vital to our business. By explaining our Privacy Policy to you, we trust that you will better understand how we keep our customer information private and secure while using it to serve you better. Keeping customer information secure is a top priority, and we are disclosing our policies to help you understand how we handle the personal information about you that we collect and disclose. This notice explains how you can limit our disclosing of personal information about you. The provisions of this notice will apply to former customers as well as current customers unless we state otherwise.

## The Privacy Policy explains the Following:

- Protecting the confidentiality of our customer information.
- Who is covered by the Privacy Policy.
- How we gather information.
- The types of information we share, why, and with whom.
- Opting Out - how to instruct us not to share certain information about you or not to contact you.

## Protecting the Confidentiality of Customer Information:

We take our responsibility to protect the privacy and confidentiality of customer information very seriously. We maintain physical, electronic, and procedural safeguards that comply with federal standards to store and secure information about you from unauthorized access, alteration, and destruction. Our control policies, for example, authorize access to customer information only by individuals who need access to do their work.

From time to time, we enter into agreements with other companies to provide services to us or make products and services available to you. Under these agreements, the companies may receive information about you but they must safeguard this information, and they may not use it for any other purposes.

## Who is Covered by the Privacy Policy:

We provide our Privacy Policy to customers when they conduct business with our company. If we change our privacy policies to permit us to share additional information we have about you, as described below, or to permit disclosures to additional types of parties, you will be notified in advance. This Privacy Policy applies to consumers who are current customers or former customers.

## How We Gather Information:

As part of providing you with financial products or services, we may obtain information about you from the following sources:

- Applications, forms, and other information that you provide to us, whether in writing, in person, by telephone, electronically, or by any other means. This information may include your name, address, employment information, income, and credit references;

- Your transaction with us, our affiliates, or others. This information may include your account balances, payment history, and account usage;

- Consumer reporting agencies. This information may include account information and information about your creditworthiness;

- Public sources. This information may include real estate records, employment records, telephone numbers, etc.

## Information We Share:

We may disclose information we have about you as permitted by law. We are required to or we may provide information about you to third-parties without your consent, as permitted by law, such as:

- To regulatory authorities and law enforcement officials.

- To protect against or prevent actual or potential fraud, unauthorized transactions, claims, or other liability.

- To report account activity to credit bureaus.

- To consumer reporting agencies.

- To respond to a subpoena or court order, judicial process or regulatory authorities.
- In connection with a proposed or actual sale, merger, or transfer of all or a portion of a business or an operating unit, etc.

In addition, we may provide information about you to our service providers to help us process your applications or service your accounts. Our service providers may include billing service providers, mail and telephone service companies, lenders, investors, title and escrow companies, appraisal companies, etc.

We may also provide information about you to our service providers to help us perform marketing services. This information provided to these service providers may include the categories of information described above under "How We Gather Information" limited to only that which we deem appropriate for these service providers to carry out their functions.

We do not provide non-public information about you to any company whose products and services are being marketed unless you authorize us to do so. These companies are not allowed to use this information for purposes beyond your specific authorization.

## Opting Out

We also may share information about you within our corporate family of office(s). We may share all of the categories of information we gather about you, including identification information (such as your name and address), credit reports (such as your credit history), application information (such as your income or credit references), your account transactions and experiences with us (such as your payment history), and information from other third parties (such as your employment history).

By sharing this information we can better understand your financial needs. We can then send you notification of new products and special promotional offers that you may not otherwise know about. For example, if you originally obtained a mortgage loan with us, we would know that you are a homeowner and may be interested in hearing how a home equity loan may be a better option than an auto loan to finance the purchase of a new car.

You may prohibit the sharing of application and third-party credit-related information within our company or any third-party company at any time. If you would like to limit disclosures of personal information about you as described in this notice, just check the appropriate box or boxes to indicate your privacy choices.

☒ Please do not share personal information about me with non-affiliated third-parties.

☒ Please do not share personal information about me with any of your affiliates except as necessary to effect, administer, process, service or enforce a transaction requested or authorized by myself.

☒ Please do not contact me with offers of products or services by mail.

☒ Please do not contact me with offers of products or services by telephone.

*Note for Joint Accounts: Your Opt Out choices will also apply to other individuals who are joint account holders. If these individuals have separate accounts, your Opt Out will not apply to those separate accounts.*

| DODIE R TAYLOR | MORTGAGE REFERRAL NETWORK |
|---|---|
| Name | Company Name |
| 11913 n 70th place | 5932 RHODE ISLAND AVE N |
| Address | Address |
| MAPLE GROVE, MN 55369 | CRYSTAL MN, |
| City, State, Zip | City, State, Zip |
| 763-315-1066 | |
| Phone# | Phone # |
| TAYLOR | |
| Loan # | |

X *Dodie R Taylor* 7-10-06

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|

**Servicing Transfer Estimates**

1.　The following is the best estimate of what will happen to the servicing of your mortgage loan:

　　A.　[√] We may assign, sell or transfer the servicing of your loan while the loan is outstanding.

　　　　We are able to service your loan, and we
　　　　[√] will service your loan.
　　　　[ ] will not service your loan.
　　　　[ ] haven't decided whether to service your loan.

　　B.　[√] We do not service mortgage loans　　[ ] and we have not serviced mortgage loans in the past three years.
　　　　We presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.

2.　For all mortgage loans that we make in the 12 month period after your mortgage loan is funded, we estimate that the percentage of such loans for which we will transfer servicing is between:

_____ 0 to 25%　　　　_____ 26 to 50%　　　　_____ 51 to 75%　　　　__√__ 76 to 100%

This estimate [ ] does [ ] does not　include assignments, sales or transfers to affiliates or subsidiaries.

This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3.　A.　[√] We have previously assigned, sold, or transferred the servicing of mortgage loans.

　　B.　[ ] This is our record of transferring the servicing of mortgage loans we have made in:

| Year | Percentage of Loans Transferred |
|------|--------------------------------|
| 2005 | 100 % |
| 2004 | 100 % |
| 2003 | 100 % |

This information [ ] does [√] does not　include assignments, sales or transfers to affiliates or subsidiaries.

**Acknowledgment of Mortgage Loan Applicant(s)**

I/We have read and understood the disclosure; and understand that the disclosure is a required part of the mortgage application as evidenced by my/our signature(s) below;

_Dodie R Taylor_　7-10-06
Applicant　**DODIE R TAYLOR**　　　　Date　　　　Applicant　　　　　　　　Date

_____　　　　_____
Applicant　　　　　　　　Date　　　　Applicant　　　　　　　　Date