**From:** Faith Rocha [faithrocha608@hotmail.com]
**Sent:** Monday, July 24, 2006 10:35 AM
**To:** dodiet@wooddalebuilders.com
**Subject:** RE: Insurance agent

Whoa! It's ok. The only thing that they want to verify is the dates you worked there nothing else. Everything else will be crossed out on the form. The lender just wants to verify that you had another job prior. I will write a letter of explaination as to why you have a gap in your employement to fill in the time you were on unemployment. I will do nothing to harm you or get into your personal business with your former employer. Nobody cares why your left there or wether you like them or they like you. It's just a simple form.

*Faith Rocha*
Loan Officer

770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

---

**From:** *"Dodie Taylor"* *<dodiet@wooddalebuilders.com>*
**To:** *"'Faith Rocha'"* *<faithrocha608@hotmail.com>*
**Subject:** *RE: Insurance agent*
**Date:** *Mon, 24 Jul 2006 09:55:22 -0500*

OK, now I am really confused. Why does anyone have to contact my former employer? I really, Really, REALLY do not want anyone to contact my former employer about any of this!!

---

**From:** Faith Rocha [mailto:faithrocha608@hotmail.com]
**Sent:** Monday, July 24, 2006 9:28 AM
**To:** dodiet@wooddalebuilders.com
**Subject:** RE: Insurance agent

No silly. Your former employer? Not current employer.

The Pfeffer's need a cancelled check for the $25k that is yours to keep, not the escrow account. I believe the escrow account money will still be given to you in 5 equal checks which you need to cash right away. When anyone goes to get a new mortgage after they have been renting or on a CD the new mortgage company will ask for cancelled rent/house payment checks. That's the reason why we need you to cash the ones for the escrow account.



**EXHIBIT**
2

**Faith Rocha**
770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

From: *"Dodie Taylor" <dodiet@wooddalebuilders.com>*
To: *"'Faith Rocha'" <faithrocha608@hotmail.com>*
Subject: *RE: Insurance agent*
Date: *Mon, 24 Jul 2006 08:51:46 -0500*

Ok Faith, Alzheimer's is setting in!  ;-)  I gave you the name and fax number on Friday to who and where you should fax the verification to.  Mike Kies at 952-345-0544, we use the same fax machine.

I will not be able to give the Pfeffers a cancelled check because it will be a savings account, but I can be able to give the all the information for the wire transfer.

Dodie

From: **Faith Rocha** [mailto:faithrocha608@hotmail.com]
Sent: **Monday, July 24, 2006 8:41 AM**
To: **dodiet@wooddalebuilders.com**
Subject: **RE: Insurance agent**

That means the funds will be available in your account within a couple of hours of closing! I'll just need you to give Mrs. Pfeffer a cancelled check at closing so her bank can wire to yours.

Yeah I'm glad you have your other statement.

The Puchase agreement and Cd will be there sometime soon.

I need to do a verification of your former employment also. Do you know who I should send it to and what their fax number is?

**Faith Rocha**
770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

From: *"Dodie Taylor" <dodiet@wooddalebuilders.com>*
To: *"'Faith Rocha'" <faithrocha608@hotmail.com>*
Subject: *RE: Insurance agent*
Date: *Mon, 24 Jul 2006 08:33:57 -0500*

Cool. Will that mean that the funds clear right away?

I just faxed off the missing IRA statement. I couldn't find a recent one so was going to be sending you the year-end statement for 2005. But....I decided to check the mail on my way out the driveway to work and there was the June 30, 2006 statement! *Yeah!*

Dodie

---

**From:** Faith Rocha [mailto:faithrocha608@hotmail.com]
**Sent:** Friday, July 21, 2006 4:22 PM
**To:** dodiet@wooddalebuilders.com
**Subject:** RE: Insurance agent

Hey when you set up that savings account. I will need the account information because the Pfeffers have decided to wire the funds to your bank account to make things easier for everyone. The funds will be wired the same day we close to them and then they will wire to you right after the closing and you'll have it in a half an hour. Cool! Huh?

## Faith Rocha

770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

From: "Dodie Taylor" <dodiet@wooddalebuilders.com>
To: "'Faith Rocha'" <faithrocha608@hotmail.com>
Subject: RE: Insurance agent
Date: Fri, 21 Jul 2006 15:05:17 -0500

Cody came home from Texas on Monday, which was the cancelled flight experience.

You have a great weekend as well.

Dodie

---

**From:** Faith Rocha [mailto:faithrocha608@hotmail.com]
**Sent:** Friday, July 21, 2006 2:59 PM
**To:** dodiet@wooddalebuilders.com
**Subject:** RE: Insurance agent

I hope Cody is doing well in Texas

Blessings to you. Have a good weekend!

# Faith Rocha
770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

From: "Dodie Taylor" <dodiet@wooddalebuilders.com>
To: "'Faith Rocha'" <faithrocha608@hotmail.com>
Subject: RE: Insurance agent
Date: Fri, 21 Jul 2006 14:56:12 -0500

My fax number is the same as Mike's. 952-345-0544

From: Faith Rocha [mailto:faithrocha608@hotmail.com]
Sent: Friday, July 21, 2006 2:48 PM
To: dodiet@wooddalebuilders.com
Subject: RE: Insurance agent

See my responses to you in blue. Ha ha - fun with colors!

# Faith Rocha
770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

From: "Dodie Taylor" <dodiet@wooddalebuilders.com>
To: "'Faith Rocha'" <faithrocha608@hotmail.com>
Subject: RE: Insurance agent
Date: Fri, 21 Jul 2006 14:15:54 -0500

My responses are below in Red.

Thanks,

Dodie

From: Faith Rocha [mailto:faithrocha608@hotmail.com]
Sent: Friday, July 21, 2006 1:45 PM
To: dodiet@wooddalebuilders.com
Subject: RE: Insurance agent

Here are some updates:

I talked to your insurance agent. I gave the Pfeffers the quote they will pay for a 1 year binder

and they said that would be fine and they'll pay for it. Is this going with my agent? If so, do I need to do anything at this time? You actually won't need to do anything, I'll take care of it all. I'll either get an invoice to be paid at closing your have the pfeffers pay it ahead of time whichever the lender requires.

The appraiser would not re-assigned the appraisal to you without going out to the house to be sure it's still in good condition and of course without being compensated. The Pfeffers paid for it last night, so he's going today and the mother of Mrs.. Pfeffer will be there as she is now going to living in the house until it is sold. I talked to the appraiser and he said he would have it to me quick

Did you find that other asset statement? If so, please fax it to me as soon as you can. If not, could you print it by going online or request a copy be faxed to you? It's not a huge deal it's just that I may go with a different lender if you don't have it because of the reserve requirements. I have totally forgotten about this. Sorry. I will fax it to you first thing Monday morning. I called my house and left myself a reminder message!

I need your employer to do a verification of employment without income on it. Who should I fax it to? Fax it to Mike Kies at 952-345-0544. He is out of the office today though. Be sure to tell Mike that he does not need to fill out the income portion, incase I miss him on Monday morning. I'll fax him on monday and put a cover explaining what I'm looking for. I will cross out the income sections, so no mistakes are made.

I have arranged for the title company to wire the funds to the Pfeffer's bank account at closing. The Pfeffers have said they will come into town for the closing. So they will actually be giving you a certified check for $25k for your compensation on the closing day. They need to write you 5 checks for $5k each for the escrow account. Which you will deposit or cash right away. Having it in 5 payments will be better for them when they go to buy a new home in Nebraska once this house is sold. But you will not record the new CD with the county until all the checks have been cashed or cleared. Also they will overnight my compensation for this deal to me and it is understood that the new CD will not be recorded unless I have received that as well. Once the CD is recorded Staples will start marketing the home for 90 days and the new loan will be satisfied within 120 days and you can move onto other opportunities. Since the 5 checks will be made out to me personally and I will be personally making the loan payments, can I just use my current savings account or do you recommend opening a new account for this? I highly recommend a separate account just to keep things straight. If anyone ever questions you for any reason, you'll have a statement that contains bank transactions pertaining only to this real estate. Once your done though you'll want to leave the account open for the next time.

I need to fax you a copy of a purchase agreement and the new CD late today or asap on Monday and have you sign both and fax them back to me. What time will you be there until or do you have a fax machine at home? I will be here until 4:00 today and no I do not have fax machine at home. What's your fax number again?

Once these last few details are taken care of will be just about ready to set the closing up.

Sorry it took me so long to do this. I'm just being more careful because it's you doing this transaction. You will be very well protected in everything. I've had an attorney review everything to make darn sure of it and the title companies legal department has also reviewed it. So this is going to be a great

experience opportunity for you. Yeah! Hey, I really appreciate the extra effort you are putting into this for me. Your confidence in this deal has helped me. Thanks for everything!! OMG your my friend. I would never intentially get you into anything that is not safe. Not that I do for anyone else, but a lot of my investors have a little more cash just sitting around.

## Have a wonderful weekend friend!

## Faith Rocha
770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

---

From: "Dodie Taylor" <dodiet@wooddalebuilders.com>
To: "'Faith Rocha'" <faithrocha608@hotmail.com>
Subject: RE: Insurance agent
Date: Tue, 18 Jul 2006 11:42:08 -0500

Agent's name is: Dan Enger with Farmer's Insurance 952-469-3188.

No, Cody has not lost any glasses. Thank goodness! Cody finally made it home yesterday, only 13 hours late. His flight went to take off, and then turned around due to mechanical troubles, so the flight was delayed. Then the flight was cancelled. Of coarse his father had already left the airport so had to go back to the airport to retrieve Cody and rebook the flights, which Cody had already handled by himself. What a nightmare, for me mostly, because I was worried about my baby. As it turns out, my baby is growing up and was perfectly capable of handling the whole situation.

Dodie

---

From: Faith Rocha [mailto:faithrocha608@hotmail.com]
Sent: Tuesday, July 18, 2006 9:53 AM
To: dodiet@wooddalebuilders.com
Subject: RE: Insurance agent

Dodie,

We are progressing again. We should have our corrected payoff on the old loan today. I will call your insurance agent today. I am currently at a remote location without your file. Do you have your insurance agent's name & phone number handy?

I'm sorry this is taking so long. I just want to make sure everything goes smooth for everyone involved.

Also: Austin found some men or boys glasses that fell behind his bed. WE can't figure out whose they are. I thought they looked liked Cody's. Did Cody loose a pair when he was here last year?

Have a wonderful day.

## Faith Rocha

770-888-0023 office
612-964-3816 cell
763-201-5886 fax

American Republic Mortgage/Mortgage Referral Network

---

From: *"Dodie Taylor" <dodiet@wooddalebuilders.com>*
To: *"'Faith Rocha'" <faithrocha608@hotmail.com>*
Subject: *Insurance agent*
Date: *Fri, 14 Jul 2006 15:15:28 -0500*

Hi Faith,

My insurance agent just called and said that he has not heard from you. Please let me know what's going on with this. Let me know what is going on with the whole deal.

I have to admit I am kind of concerned with the whole deal. If these people were in such a bind with this other investor calling in the deed, why hasn't this progressed any faster? It's been a month since you approached me with this and during this month these people could have put the house on the market. Why are they not trying to actively sell it? Is this past month part of the 90-120 days on the relocation deal with her company? If not, when does that start counting down? I have yet to see any of the documents pertaining to this deal, no appraisal, no relocation documents, nothing. Can you understand my concern?

Please let me know what is going on.

Thanks,

Dodie