File No. 835-06DS

APPRAISAL OF



LOCATED AT:

6555 SAUNDERS LAKE DR S
MINNETRISTA, MN 55364

FOR:

MORTGAGE REFERRAL NETWORK
5932 RHODE ISLAND AVE
MINNEAPOLIS, MN 55428

BORROWER:

DODIE TAYLOR

AS OF:

July 27, 2006

BY:

DAVID SITEK
MINNESOTA LICENSE #20543939

**EXHIBIT**

tabbies

4

FAITH ROCHA
MORTGAGE REFERRAL NETWORK
5932 RHODE ISLAND AVE
MINNEAPOLIS, MN 55428

File Number: 835-06DS

In accordance with your request, I have personally inspected and appraised the real property at:

6555 SAUNDERS LAKE DR S
MINNETRISTA, MN 55364

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of   July 27, 2006                is:

$865,000
Eight Hundred Sixty-Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

DAVID SITEK
MINNESOTA LICENSE #20543939

# Uniform Residential Appraisal Report

File No. 835-06DS

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address 6555 SAUNDERS LAKE DR S | City MINNETRISTA | State MN Zip Code 55364 |
| Borrower DODIE TAYLOR | Owner of Public Record MICHAEL PRITCHARD | County HENNEPIN |
| Legal Description LOT 10, BLOCK 2 SAUNDERS LAKE SOUTH | | |
| Assessor's Parcel # 2211724410037 | Tax Year 2006 | R.E. Taxes $ 5,917.25 |
| Neighborhood Name SAUNDERS LAKE SOUTH | Map Reference 116D2 | Census Tract 0277.00 |

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ 156.23   [ ] PUD  HOA $ 125.00  [ ] per year [X] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)
Lender/Client MORTGAGE REFERRAL NETWORK   Address 5932 RHODE ISLAND AVE, MINNEAPOLIS, MN 55428
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No
Report data source(s) used, offering price(s), and date(s). PUBLIC RECORDS, COUNTY RECORDS, MLS DATA

[X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
CONTRACT DATED 7/24/2006 FOR $865,000 WITH SELLER AGREEING TO PAY 3% ($25,950) TOWARDS BUYERS CLOSING
COSTS, PRE-PAIDS, AND/OR CLOSING COSTS. SEE ADDENDUM
Contract Price $ 865,000   Date of Contract 07/24/2006   Is the property seller the owner of public record? [ ] Yes [X] No   Data Source(s) SEE ADDEND.
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [X] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. $ 25,950   CLOSING COSTS, PRE-PAIDS, AND OR DISCOUNT
POINTS

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | Present Land Use % | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Urban | [X] Suburban | Rural | Property Values | Increasing | [X] Stable | Declining | PRICE $(000) | AGE (yrs) | One-Unit | 85 % |
| Built-Up | [X] Over 75% | 25-75% | Under 25% | Demand/Supply | Shortage | [X] In Balance | Over Supply | 649 Low 1 | | 2-4 Unit | % |
| Growth | Rapid | [X] Stable | Slow | Marketing Time | Under 3 mths | [X] 3-6 mths | Over 6 mths | 1,700 High 31 | | Multi-Family | 5 % |
| | | | | | | | | 850 Pred. 10 | | Commercial | 5 % |

Neighborhood Boundaries HWY 7 TO THE SOUTH, LAKE MINNETONKA TO THE EAST,
BRANCH ROAD W TO THE NORTH, HALSTEAD ROAD TO THE WEST
(Other VAC 5 %)
Neighborhood Description SEE ATTACHED ADDENDUM

Market Conditions (including support for the above conclusions) THE MARKETING TIME IS CURRENTLY 3-6 MONTHS. THIS NEIGHBORHOOD HAS A HISTORY
OF STRONG RESALE VALUES DUE TO THE CLOSE PROXIMITY OF THE HIGHWAYS. CURRENT MORTGAGE CONDITIONS ARE GOOD. THERE
IS AN ADEQUATE SUPPLY OF FUNDS AVAILABLE. LOCAL ECONOMIC FACTORS ARE STABLE WITH NO MAJOR CHANGES FORSEEN.

| | | | |
|---|---|---|---|
| Dimensions OBTAINED FROM COUNTY | Area 40528 SQ.FT. | Shape RECTANGULAR | View RESIDENTIAL |

Specific Zoning Classification PUD   Zoning Description PLANNED UNIT DEVELOPMENT
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | UNDERGROUND | Water [X] | MUNICIPAL | Street BITUMINOUS | [X] | |
| Gas | [X] | NATURAL | Sanitary Sewer [X] | MUNICIPAL | Alley NO ALLEY | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 270175-0287E   FEMA Map Date 9/2/2004
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No   If Yes, describe. THE
SUBJECT SITE IS GOVERNED BY STANDARD MUNICIPAL AND UTILITY EASEMENTS WITH NO APPARENT ENCROACHMENTS
THAT WOULD ADVERSELY EFFECT THE SUBJECTS PROPERTY VALUE.

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | | INTERIOR materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls | CONC BLOCK/AVG | Floors | HDWD/CRPT/AVG |
| # of Stories 2 | | [X] Full Basement [ ] Partial Basement | | Exterior Walls | STUCCO/AVG | Walls | DRYWALL/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area 1769 sq. ft. | | Roof Surface | ASPH SHNGLE/AVG | Trim/Finish | WOOD/GD |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 90 % | | Gutters & Downspouts | NONE | Bath Floor | TILE/AVG |
| Design (Style) 2 STORY | | [X] Outside Entry/Exit [ ] Sump Pump | | Window Type | CASEMENT/AVG | Bath Wainscot | TILE/AVG |
| Year Built 2000 | | Evidence of [ ] Infestation | | Storm Sash/Insulated | COMBOS/AVG | Car Storage [ ] None | |
| Effective Age (Yrs) 1 YEAR | | [ ] Dampness [ ] Settlement | | Screens | PRESENT | [X] Driveway # of Cars 4 | |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | WoodStove(s) # | Driveway Surface BITUMINOUS | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other  Fuel GAS | | [X] Fireplace(s) # 1 | Fence | [X] Garage # of Cars 3 | |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [ ] Patio/Deck | Porch | [ ] Carport # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool | Other | [X] Att. [ ] Det. [ ] Built-in | |

Appliances [P] Refrigerator [P] Range/Oven [X] Dishwasher [X] Disposal [P] Microwave [P] Washer/Dryer [X] Other (describe) SPA IN MASTER BATH
Finished area above grade contains: 15 Rooms   4 Bedrooms   2.5 Bath(s)   2,734 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). KITCHEN EQUIPMENT MARKED "X" ARE FIXTURES. ITEMS MARKED "P" ARE
PERSONAL PROPERTY. NO ADDED VALUE WAS GIVEN.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THE SUBJECT PROPERTY APPEARS TO BE WELL
DESIGNED. NO UPDATES OR REPAIRS APPEAR TO BE NEEDED.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No   If Yes, describe. THERE
WAS NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED. THE SUBJECT PROPERTY APPEARS TO BE IN AVERAGE
CONDITION

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No   If No, describe. THE SUBJECT
PROPERTY IS LOCATED IN A NEIGHBORHOOD WITH SIMILAR STYLE AND SIMILAR AGE HOMES.

# Uniform Residential Appraisal Report

File No. 835-06DS

There are __7__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 729,900 to $ 1,999,950

There are __12__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 649,000 to $ 1,700,000

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | +(-) $ Adjustment | COMPARABLE SALE NO. 2 | +(-) $ Adjustment | COMPARABLE SALE NO. 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 6555 SAUNDERS LAKE DR S MINNETRISTA | 2592 N SAUNDERS LAKE DR MINNETRISTA, MN | | 2632 N SAUNDERS LK DR MINNETRISTA, MN | | 5856 SUNNYBROOK LANE MINNETRISTA, MN | |
| Proximity to Subject | | 0.23 MILES | | 0.33 MILES | | 1.93 MILES | |
| Sale Price | $ 865,000 | $ 850,000 | | $ 910,000 | | $ 760,000 | |
| Sale Price/Gross Liv. Area | $ 316.39 sq. ft. | $ 254.41 sq. ft. | | $ 248.84 sq. ft. | | $ 260.01 sq. ft. | |
| Data Source(s) | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | |
| Verification Source(s) | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | 25950 | CONVENTIONAL NO SELLER PTS | | CONVENTIONAL NO SELLER PTS | | CONVENTIONAL NO SELLER PTS | |
| Date of Sale/Time | 07/24/2006 | 2/21/2006 | | 12/28/2005 | | 9/23/2005 | |
| Location | GOOD | GOOD | | GOOD | | GOOD | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 40528 SQ.FT. | 28314 SQ.FT. | +3,500 | 45302 SQ.FT. | | 23005 SQ.FT. | +3,500 |
| View | RESID/LK FRNT | RESID/LK FRNT | | RESID/LK FRNT | | RESID/LK VIEW | +50,000 |
| Design (Style) | MOD 2 STY/AVG | 2 STORY/AVG | | 2 STORY/AVG | | 2 STY/AVG | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 2000 | 2005 | | 2003 | | 2003 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 15 / Bdrms 4 / Baths 2.5 | Total 9 / Bdrms 4 / Baths 2.5 | | Total 10 / Bdrms 4 / Baths 2.5 | | Total 10 / Bdrms 4 / Baths 2.5 | |
| Gross Living Area | 25.00   2,734 sq. ft. | 3,341 sq. ft. | -15,000 | 3,657 sq. ft. | -23,000 | 2,923 sq. ft. | -4,500 |
| Basement & Finished | FULL/W-OUT | FULL | +5,000 | FULL/W-OUT | | FULL/W-OUT | |
| Rooms Below Grade | 1592 SF FIN | UNFINSIHED | 16,000 | 1400 SF FIN | 2,000 | 765 SF FIN | 8,500 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA-GAS/C-AC | FA-GAS/C-AC | | FA-GAS/C-AC | | FA-GAS/C-AC | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 3 CAR GARAGE | 3 CAR GARAGE | | 3 CAR GARAGE | | 3 CAR GARAGE | |
| Porch/Patio/Deck | NONE | DECK, PORCH | -2,000 | DECK, PAT, PRCH | -2,500 | DECK, PAT, PRCH | -2,500 |
| FIREPLACES | 1 FIREPLACE | 1 FIREPLACE | | 2 FIREPLACES | -2,000 | 1 FIREPLACE | |
| FENCE | NO FENCE | NO FENCE | | NO FENCE | | NO FENCE | |
| EFFECTIVE AGE | 1 YEAR | NEW | -1,000 | 1 YEAR | | NEW | -1,000 |
| Net Adjustment (Total) | | [X] + / - | $ 6,500 | + / [X] - | $ 25,500 | [X] + / - | $ 54,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.8% Gross Adj. 5.0% | $ 856,500 | Net Adj. -2.8% Gross Adj. 3.2% | $ 884,500 | Net Adj. 7.1% Gross Adj. 9.2% | $ 814,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain BASED ON PUBLIC RECORDS READILY AVAILABLE TO ME, I HAVE SEARCHED FOR PRIOR SALES OF THE SUBJECT PROPERTY AND COMPARABLE SALES.

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) MLS, PUBLIC RECORDS, COUNTY RECORDS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) MLS, PULIC RECORDS, COUNTY RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 8-11-2005/ WRNTY DEED | PUBLIC RECORDS | PUBLIC RECORDS | PUBLIC RECORDS |
| Price of Prior Sale/Transfer | $750,000 | INDICATE NO OTHER | INDICATE NO OTHER | INDICATE NO OTHER |
| Data Source(s) | PUBLIC RECORDS/MLS | ACTIVITY WITHIN THE | ACTIVITY WITHIN THE | ACTIVITY WITHIN THE |
| Effective Date of Data Source(s) | 3/7/2006 | PAST 12 MONTHS | PAST 12 MONTHS | PAST 12 MONTHS |

Analysis of prior sale or transfer history of the subject property and comparable sales HENNEPIN COUNTY RECORDS SHOW A WARRENTY DEED WAS EXECUTED ON 8/11/2005 FOR $750,000.00

Summary of Sales Comparison Approach. THE USE OF COMPARABLE SALES THAT ARE SIMILAR TO THE SUBJECT PROPERTY CAN BE DIRECTLY RELATED TO THE ACTION OF BUYERS AND SELLERS IN THE MARKET PLACE. ALL OF THE COMPARABLE SALES ARE LOCATED WITHIN THE SUBJECTS MARKET AREA.

Indicated Value by Sales Comparison Approach $ 865,000

Indicated Value by: Sales Comparison Approach $ 865,000   Cost Approach (if developed) $ 867,900   Income Approach (if developed) $ N/A

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: _____

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 865,000 as of 07/27/2006 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    Produced using ACI software, 800.234.8727 www.aciweb.com    Page 2 of 6    Fannie Mae Form 1004 March 2005    1004_05 03X005

Stoneridge Appraisal Services, LLC

# Uniform Residential Appraisal Report

File No. 835-06DS

ADDITIONAL COMMENTS

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) COMPARED THE SUBJECT PROPERTY'S TAX ASSESSED LAND VALUE VERSUS COMPARED PARCEL'S TAX ASSESSED LAND VALUES.

| | | |
|---|---|---|
| ESTIMATED [X] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................. = $ | 220,000 |
| Source of cost data MARSHALL & SWIFT | Dwelling 2,734 Sq. Ft. @ $ 200.00 ............ = $ | 546,800 |
| Quality rating from cost service Effective date of cost data 3/2006 | BSMT: 1592 SQ.FT. Sq. Ft. @ $ 55.00 ............ = $ | 87,560 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| SEE ATTACHED ADDENDUM | Garage/Carport 722 Sq. Ft. @ $ 25.00 ............ = $ | 18,050 |
| | Total Estimate of Cost-New ............ = $ | 652,410 |
| | Less 100 Physical Functional External | |
| | Depreciation $4,516 = $ ( | 4,516) |
| | Depreciated Cost of Improvements ........................ = $ | 647,894 |
| | 'As-is' Value of Site Improvements ........................ = $ | |
| Estimated Remaining Economic Life (HUD and VA only) 99 Years | INDICATED VALUE BY COST APPROACH ..................... = $ | 867,900 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) THE INCOME APPROACH WAS NOT USED IN THE COMPLETION THIS REPORT.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [X] No Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project N/A

Total number of phases N/A Total number of units N/A Total number of units sold N/A

Total number of units rented N/A Total number of units for sale N/A Data source(s) N/A

Was the project created by the conversion of an existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion. N/A

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data source(s) N/A

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe the status of completion. N/A

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No If Yes, describe the rental terms and options. N/A

Describe common elements and recreational facilities. N/A

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _____
Name DAVID SITEK
Company Name STONERIDGE APPRAISAL SERVICES, LLC
Company Address 92 96TH LANE NE, BLAINE, MN 55434

Telephone Number (651) 203-1185
Email Address INFO@STONERIDGEAPPRAISALS.COM
Date of Signature and Report 07/27/2006
Effective Date of Appraisal 07/27/2006
State Certification # _____
or State License # 20545939
or Other (describe) _____ State # _____
State MN
Expiration Date of Certification or License 06/31/2007

ADDRESS OF PROPERTY APPRAISED
6555 SAUNDERS LAKE DR S
MINNETRISTA, MN 55364

APPRAISED VALUE OF SUBJECT PROPERTY $ 885,000

LENDER/CLIENT
Name FAITH ROCHA
Company Name MORTGAGE REFERRAL NETWORK
Company Address 5932 RHODE ISLAND AVE
MINNEAPOLIS, MN 55428
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name TODD M. ADAMS
Company Name STONERIDGE APPRAISAL SERVICES, LLC
Company Address 92 96TH LANE NE, BLAINE, MN 55434

Telephone Number (651) 203-1185
Email Address INFO@STONERIDGEAPPRAISALS.COM
Date of Signature 07/27/2006
State Certification # 20326591
or State License # _____
State MN
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection _____
☒ Did inspect interior and exterior of subject property
    Date of Inspection 7/27/2006

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☒ Did inspect exterior of comparable sales from street
    Date of Inspection 7/27/2006

Stoneridge Appraisal Services, LLC

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6555 SAUNDERS LAKE DR S  MINNETRISTA | 3240 EAGLE BLUFF RD  MINNETRISTA, MN | | 6585 WILLOW COURT  MINNETRISTA, MN | | | |
| Proximity to Subject | | 0.5 MILES | | 0.44 MILES | | | |
| Sale Price | $ 865,000 | $ 865,000 | | $ 859,500 | | $ | |
| Sale Price/Gross Liv. Area | $ 316.39 sq. ft. | $ 233.47 sq. ft. | | $ 252.42 sq. ft. | | $ 0.00 sq. ft. | |
| Data Source(s) | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | | | |
| Verification Source(s) | | PUB/COUNTY RECORDS, MLS | | PUB/COUNTY RECORDS, MLS | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing  Concessions | 25950 | CONVENTIONAL  NO SELLER PTS | | CONVENTIONAL  NO SELLER PTS | | | |
| Date of Sale/Time | 07/24/2006 | 1/12/2006 | | 3/2/2006 | | | |
| Location | GOOD | GOOD | | GOOD | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 40528 SQ.FT. | 21780 SQ.FT. | +3,500 | 36155 SQ.FT. | | | |
| View | RESID/LK FRNT | RESID/LK FRNT | | RESID/LK FRNT | | | |
| Design (Style) | MOD 2 STY/AVG | 2 STORY/AVG | | 2 STORY/AVG | | | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | | |
| Actual Age | 2000 | 1986 | | 2003 | | | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 15 / 4 / 2.5 | 9 / 2 / 2.26 | +3,500 | 11 / 4 / 2.5 | | | |
| Gross Living Area 25.00 | 2,734 sq. ft. | 3,705 sq. ft. | -24,500 | 3,405 sq. ft. | -17,000 | sq. ft. | |
| Basement & Finished | FULL/W-OUT | FULL/W-OUT | | FULL/W-OUT | | | |
| Rooms Below Grade | 1592 SF FIN | 1641 SF FIN | | UNFINISHED | 16,000 | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | FA-GAS/C-AC | FA-GAS/C-AC | | FA-GAS/C-AC | | | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | | |
| Garage/Carport | 3 CAR GARAGE | 3 CAR GARAGE | | 3 CAR GARAGE | | | |
| Porch/Patio/Deck | NONE | DK, PT, EN PRCH | -4,000 | DECK, PATIO | -2,000 | | |
| FIREPLACES | 1 FIREPLACE | 3 FIREPLACES | -4,000 | 2 FIREPLACES | -2,000 | | |
| FENCE | NO FENCE | FENCE | | NO FENCE | | | |
| EFFECTIVE AGE | 1 YEAR | 5 YEAR | +4,000 | 1 YEAR | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ 21,500 | | ☐ + ☒ - $ 5,000 | | ☒ + ☐ - $ 0 | |
| Adjusted Sale Price  of Comparables | | Net Adj. -2.5%  Gross Adj. 5.0% $ 843,500 | | Net Adj. -0.6%  Gross Adj. 4.3% $ 854,500 | | Net Adj. 0.0%  Gross Adj. 0.0% $ 0 | |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 8-11-2005/ WRNTY DEED | PUBLIC RECORDS | PUBLIC RECORDS | |
| Price of Prior Sale/Transfer | $750,000 | INDICATE NO OTHER | INDICATE NO OTHER | |
| Data Source(s) | PUBLIC RECORDS/MLS | ACTIVITY WITHIN THE | ACTIVITY WITHIN THE | |
| Effective Date of Data Source(s) | 3/7/2006 | PAST 12 MONTHS | PAST 12 MONTHS | |

Summary of Sales Comparison Approach

# ADDENDUM

**ANALYSIS OF SALES CONTRACT:**

WITHIN THE PURCHASE AGREEMENT THERE IS AN ATTACHED ADDENDUM THAT READS AS FOLLOWS: "THE SELLER SHALL CARRY A PRIVATE SECOND MORTGAGE NOTE FOR THE SUM OF: ONE HUNDRED TWENTY-NINE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($129,750) WITH THE ANNUAL PERCENTAGE RATE OF 4%. AMORTIZED OVER 30 YEARS (360 MONTHS). THE BUYER WILL PAY SELLER INTEREST ONLY PAYMENTS IN THE SUM OF: FOUR HUNDRED THIRTY-TWO AND .50 DOLLARS PER MONTH FRO THE FIRST TWO YEARS (24 MONTHS) BEGINING ON OCTOBER 1ST, 2006 AND RESUMING UNTIL SEPTEMBER 1ST, 2008, AND WILL PAY FULLY AMORTIZED PAYMENT OF: SIX HUNDRED NINTEEN AND .45 DOLLARS BEGINING OCTOBER 1ST 2008. THE BALANCE OF THE MORTGAGE NOTE SHALL BE DUE AND PAYABLE IN FULL ON OR BEFORE SEPTEMBER 31ST, 2036 WITH NO PRE-PAYMENT."

THE MORTGAGE BROKER PROVIDED APPRAISER WITH A REVISED COPY OF THE PURCHASE AGREEMENT ON 8/4/2006, DATED 8/4/2006, SIGNED BY ALL APPLICABLE PARTIES, WHICH STATES THE PURCHASE AGREEMENT IS 6 PAGES, INSTEAD OF THE ORIGINAL 7 PAGES. THE 7TH PAGE CONTAINED THE ADDENDUM ABOVE. DUE TO THIS CHANGE, THE SELLER CARRY BACK, DESCRIBED ABOVE, IS NO LONGER A PART OF THE SALES CONTRACT.

**NEIGHBORHOOD DESCRIPTION:**

THE SUBJECT PROPERTY IS LOCATED IN A RESIDENTIAL AREA WITH A VARIETY OF AGES AND STYLES OF HOMES, THERE ARE SEVERAL LAKES OFFERING RECREATIONAL ACTIVITIES. MINNETRISTA OFFERS MOST SUPPORT FACILITIES INCLUDING SCHOOLS, SHOPPING AND PARK AREAS. HIGHWAY'S 7 & 12 BOTH PROVIDE GOOD ACCESS TO EMPLOYMENT AND THE METROPOLITAN AREA.

**COMMENTS ON THE SUBJECT PROPERTY:**

THE OWNER OF PUBLIC RECORD IS MICHAEL PRITCHARD. DANIEL AND TRACY PFEFFER FILED A CONTRACT FOR DEED TO MICHAEL PRITCHARD IN AUGUST OF 2005. PER THE MORTGAGE BROKER, THE TITLE WORK SHOW'S THIS INFORMATION.

THE SUBJECT PROPERTY'S LOWER LEVEL CONSISTS OF 5 ROOMS WITH 2 (TWO) BEDROOMS, A LIVING ROOM, A AMUSEMENT ROOM, THE UTILTIY ROOM, AND A 3/4 BATH. THE LOWER LEVEL IS A WALK-OUT AND IS CONSIDERED TO BE 90% COMPLETE, WITH THE EXCEPTION OF THE UTILITY AREA.

BOTH SLIDING GLASS DOORS OFF THE REAR OF THE HOME LEAD TO A FUTURE DECK. BOTH OF THESE DOORS ARE SECURED AND LOCKED FROM THE OUTSIDE AND HAVE A SECURED STOPPER MOUNTED TO THE DOOR FRAME.

THE SUBJECT IS LOCATED ON A LEVEL LOT WITH A SLIGHT SLOPE FROM THE STREET IN A NEIGHBORHOOD WITH SIMILAR TYPE HOMES THAT COMPLEMENT EACH OTHER.

**COMMENTS ON SALES COMPARISON:**

COMPARABLE PROPERTY #3 HAS A LAKE VIEW, WHICH IS CONSIDERED TO BE INFERIOR TO THE SUBJECT'S LAKE FRONT, AND ADJUSTMENT WAS MADE ACCORDINGLY TO REFLECT FOR THIS FACTOR.

APPRAISER IS USING $7000.00 PER ACRE TO MAKE ADJUSTMENTS FOR LOT SIZES.

ALL COMPARABLE SALES ARE CLOSED AND WERE GIVEN CONSIDERATION IN ARRIVING AT MY OPINION OF THE ESTIMATED MARKET VALUE OF THE SUBJECT PROPERTY. THE COMPARABLE SALES USED ARE IN MY OPINION THE BEST AVAILABLE AND AS ADJUSTED REPRESENT THE SUBJECTS MARKET VALUE.

THE APPRAISER IS NOT A HOME INSPECTOR OR ENVIRONMENTAL INSPECTOR. THE APPRAISER PROVIDES AN OPINION OF VALUE. THE APPRAISAL DOES NOT GUARENTEE THAT THE PROPERTY IS FREE OF DEFECTS OR ENVIRONMENTAL PROBLEMS. THE APPRAISER PERFORMS AN INSPECTION OF VISIBLE AND ACCESSIBLE AREAS ONLY. IF THERE IS A CONCERN, YOU SHOULD CONTACT A PROFESSIONAL HOME INSPECTOR OR AN ENVIRONMENTAL INSPECTOR.

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR USE BY THE LENDER/CLIENT AND/OR THEIR ASSIGNS FOR A MORTGAGE FINANCE TRANSACTION ONLY.

THIS REPORT HAS BEEN SIGNED UTLIZING PASSWORD PROTECTED ELECTRONIC SIGNATURE ACCEPTABLE BY USPAP.

| Borrower: DODIE TAYLOR | | File No.: 835-06DS |
|---|---|---|
| Property Address: 8555 SAUNDERS LAKE DR S | | Case No.: |
| City: MINNETRISTA | State: MN | Zip: 55364 |
| Lender: MORTGAGE REFERRAL NETWORK | | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: July 27, 2006
Appraised Value: $ 865,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

| | |
|---|---|
| Borrower: DODIE TAYLOR | File No.: 835-06DS |
| Property Address: 8555 SAUNDERS LAKE DR S | Case No.: |
| City: MINNETRISTA | State: MN | Zip: 55364 |
| Lender: MORTGAGE REFERRAL NETWORK | |



COMPARABLE SALE #1

2592 N SAUNDERS LAKE DR
MINNETRISTA, MN
Sale Date: 2/21/2006
Sale Price: $ 850,000



COMPARABLE SALE #2

2632 N SAUNDERS LK DR
MINNETRISTA, MN
Sale Date: 12/29/2005
Sale Price: $ 910,000



COMPARABLE SALE #3

5856 SUNNYBROOK LANE
MINNETRISTA, MN
Sale Date: 9/23/2005
Sale Price: $ 760,000

| | |
|---|---|
| Borrower: DODIE TAYLOR | File No.: 835-06DS |
| Property Address: 6555 SAUNDERS LAKE DR S | Case No.: |
| City: MINNETRISTA | State: MN Zip: 55364 |
| Lender: MORTGAGE REFERRAL NETWORK | |



COMPARABLE SALE #4

3240 EAGLE BLUFF RD
MINNETRISTA, MN
Sale Date: 1/12/2006
Sale Price: $ 865,000



COMPARABLE SALE #5

6585 WILLOW COURT
MINNETRISTA, MN
Sale Date: 3/2/2006
Sale Price: $ 859,500



COMPARABLE SALE #6

Sale Date:
Sale Price: $

| Borrower: DODIE TAYLOR | File No.: 835-06DS | |
|---|---|---|
| Property Address: 6555 SAUNDERS LAKE DR S | Case No.: | |
| City: MINNETRISTA | State: MN | Zip: 55364 |
| Lender: MORTGAGE REFERRAL NETWORK | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1769.0 | 1769.0 |
| GLA2 | Second Floor | 965.0 | 965.0 |
| GAR | Garage | 722.0 | 722.0 |
| Net LIVABLE Area | | ( Rounded ) | 2734 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 1.0 x | 10.0 | 10.0 |
| 24.0 x | 35.0 | 840.0 |
| 25.0 x | 30.0 | 750.0 |
| 5.0 x | 17.0 | 85.0 |
| 6.0 x | 14.0 | 84.0 |
| Second Floor | | |
| 20.0 x | 23.0 | 460.0 |
| 13.0 x | 15.0 | 195.0 |
| 10.0 x | 31.0 | 310.0 |
| 8 Items | ( Rounded ) | 2734 |

| Borrower: DODIE TAYLOR | File No.: 835-06DS | |
|---|---|---|
| Property Address:6555 SAUNDERS LAKE DR S | Case No.: | |
| City: MINNETRISTA | State: MN | Zip: 55364 |
| Lender: MORTGAGE REFERRAL NETWORK | | |



## APPRAISERS QUALIFICATIONS
### TODD M. ADAMS

### CERTIFIED RESIDENTIAL REAL PROPERTY APPRAISER
### MINNESOTA LICENSE NO. 20326591

**EDUCATION BACKGROUND:**

Mounds View High School – New Brighton, Minnesota – Diploma

Minnesota State University – Mankato, Minnesota – Bachelor of Science
Degree: Corrections

**PROFESSIONAL APPRAISAL COURSES AND SEMINARS SPONSORED BY:**

Prosource Educational Services, St. Paul, Minnesota:
- Introduction to Construction Principles
- Introduction to Appraisal Practices I
- Introduction to Appraisal Practices II
- Introduction to Appraisal Principles I
- Introduction to Appraisal Principles II
- Introduction to Appraisal Standard and Ethics
- Appraisal Investment and Financial Analysis
- How to perform FHA Appraisals within new HUD Guidelines
- National Uniform Standards of Professional Appraisal Practice Update Course
- House e: Twenty cost effective improvements

**EMPLOYMENT BACKGROUND:**

Stoneridge Appraisal Services, LLC – Blaine, Minnesota – May, 2004 to present
Chief Manager & Senior Appraiser – Estimate market value based on accepted appraisal practices for real estate

Penfield, Inc. – Stillwater, Minnesota – May, 2002 to May, 2004
Staff Appraiser

Town & Country Credit Corporation – Loan Officer – June 2001 to April 2002

Rollins Leasing Corporation – Rental Manager – December 1999 to June 2001

Brown County Evaluation Center – Chemical Dependency Technician & Juvenile Delinquent Officer – April 1998 to June 1999.

Stoneridge Appraisal Services, LLC.
Phone (651) 203-1185
Fax (651) 203-1180
Email: todd@stoneridgeappraisals.com
Web Site www.stoneridgeappraisals.com

APPRAISERS QUALIFICATIONS (CONTINUED)
APPRAISER QUALIFICATIONS
DAVID W. SITEK
CERTIFIED RESIDENTIAL REAL PROPERTY APPRAISER
MINNESOTA LICENSE NO. 20545939

APPRAISAL EXPERIENCE:

Responsible for determining real estate values by providing appraisal services, including preparation of market value estimates for residential property. The market value estimates have been used for sales, first and second mortgages and re-use appraisals.

Primary clients served are mortgage banks, savings and loans, Federal Housing & Development and individual property owners.

LICENSED REAL ESTATE APPRAISER:

Licensed by the State of Minnesota as a Registered Real Property Appraiser.
License issued October 2005, and is currently active. License No. 20545939.



State of Minnesota
Department of Commerce
85 - 7th Place East
St. Paul, MN 55101-3165

Department of Commerce Licensing
Telephone: (651) 296-6319
E-mail address: licensing.commerce@state
Website address: commerce.state.mn.us

## Registered Real Property Appraiser License

Legal Name: **DAVID WILLIAM SITEK**
Address: 1586 COTTAGE AVE E
ST PAUL, MN 55106

License Identification Number: **AP- 20545939**
License Expiration Date: **8/31/2007**
Continuing Education: 15 credits due by license expiration date.

A person licensed in this category cannot perform appraisal transactions.

A person licensed in this category may appraise residential when a net income capitalization analysis is not required by of professional appraisal practice.

Stoneridge Appraisal Services, LLC.
Phone (651) 203-1185
Fax (651) 203-1180
Email: david@stoneridgeappraisals.com
Web Site www.stoneridgeappraisals.com

********* INVOICE *********

File Number: 835-06DS

FAITH ROCHA
MORTGAGE REFERRAL NETWORK
5932 RHODE ISLAND AVE
MINNEAPOLIS, MN 55428

Borrower :          DODIE TAYLOR

Invoice # :
Order Date :        07/27/2006
Reference/Case # :
PO Number :

6555 SAUNDERS LAKE DR S
MINNETRISTA, MN  55364

| | | |
|---|---|---|
| APPRASIAL FEE | $ | 200.00 |
| | $ | |
| Invoice Total | $ | 200.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | 200.00 ) |
| Deposit | ($ | ) |
| Amount Due | $ | 0.00 |

Terms:  N/A

Please Make Check Payable To:

STONERIDGE APPRAISAL SERVICES
4511 ALLENDALE DRIVE
WHITE BEAR TOWNSHIP, MN 55127

Fed. I.D. #: 83-0391141