# Landsafe Appraisal Services

**Order - Order Number: 6796682**

| | | | |
|---|---|---|---|
| To: Christopher Dorpat | | Date/Time Fax Sent:08/10/2006 04:53:39 PM | |
| From: Karla Nunez | | Scheduler: | Karla Nunez |
| | | Phone: | (866) 553-5232 |

## Loan Information

| | | | |
|---|---|---|---|
| Name | ROYAL CROWN BANCORP / LandSafe Appraisal Services | Loan Number | 0 |
| Customer ID | 20895 | Loan Type | Purchase, CONV INSURED |
| Street | 29400 Kohoutek Way Ste 150 | Loan Amount | $692,000.00 |
| City, State, Zip | Union City, CA 94587 | Date Ordered | 08/10/2006 01:22 PM |
| Contact | Pattie Smith | Date Due | 08/11/2006 05:00:00 PM |
| Phone | 510-786-0900 | Tracking # | External |
| Fax | 510-786-9111 | Branch | 7000787 |
| Account Executive | | Processing Unit | |
| Phone | | Customer Fee | $0.00 |

## Borrower Information

| | |
|---|---|
| Borrower Name | Dodie Taylor |

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name | | | |
| Phone (Day) | | (Evening) | |

## Entry Contact Information

| | | | |
|---|---|---|---|
| Contact Name | SHAM ASNANI | Firm | ROYAL CROWN BANCORP |
| Phone (Home) | (877) 950-5464 x | (Work) | |
| Beeper | | Indicator | Other |

## Property Information

| | | |
|---|---|---|
| Address | 6555 S Saunders Lke Dr Minnetrista, MN 55364 | County Hennepin |

| | | | |
|---|---|---|---|
| Type | | Inspection Date | |
| Sales Price | $865,000.00 | Product Ordered | SFR/URAR 1004 |
| Qualifying Value | $0.00 | | |

## Appraiser Information

| | | |
|---|---|---|
| Name Christopher Dorpat | ID 19366 | Fee $305.00 |
| Company Name Rapid Appraisals | ID 258999 | |

| | |
|---|---|
| Appraiser Instructions | |
| Hardcopy Delivery Instructions | EDI through Lighthouse or ACI is required. Completed reports must include maps, pictures, signature and sketch (if interior inspection is required). DO NOT INCLUDE AN INVOICE IN THE ELECTRONIC REPORT. The Lender/Client line must indicate both the Lender and LandSafe Appraisal. Example: XYZ Mortgage/LandSafe Appraisal. Please go to appraiserlink.landsafe.com to accept/decline orders, set/reset inspection times, and update/receive status and comments on all orders. Report's Completeness Requirements: A) Complete per Fannie Mae's requirements -- for March 2005 Revised/New Forms: SEE http://www.efanniemae.com/sf/formsdocs/forms/; B) Complete per LandSafe's supplemental requirements, see requirements at http://appraisal.landsafe.com (additional photos may be required); C) Cost Approach is required for new Forms 1004 and 1025. D) Cost Approach is always required for 1004C; D) Complete per USPAP standards (exceeding minimum Fannie Mae requirements when needed to complete a credible report). FHA orders are to |
| Special Instructions | |
| Other / Specify | |
| Additional Instructions | REQ APPRAISER: CHRIS DORPAT DUE 8/10/06 NOT 11 |
| Entry Instructions | CALL OR EMAIL : SHAM@KINGOFFINANCE.COM VISA FROM MTG REFERRAL NETWORK |

**EXHIBIT**

5

| Borrower/Client | Dodie Taylor | | | File No. 47532 | |
|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | |
| City | Minnetrista | County Hennepin | State MN | Zip Code 55364-8604 | |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | |

## TABLE OF CONTENTS



| | |
|---|---|
| LANDSAFE APPRAISAL REQUEST | 1 |
| Letter of Transmittal | 2 |
| URAR | 3 |
| Additional Comparables 4-6 | 9 |
| General Text Addendum | 10 |
| Subject Photos | 11 |
| ADDITIONAL SUBJECT PHOTOS | 12 |
| ADDITIONAL SUBJECT PHOTOS 2 | 13 |
| Comparable Photos 1-3 | 14 |
| Comparable Photos 4-6 | 15 |
| Building Sketch (Page - 1) | 16 |
| Location Map | 17 |
| APPRAISER LICENSE PAGE | 18 |
| ERRORS & OMISSIONS INSURANCE PAGE | 19 |
| RESUME OF LANSON KLEIN | 20 |

RAPID APPRAISALS, INC.
9025 ARCHER COURT
MAPLE GROVE MN 55311
OFFICE 763-416-0913

MORTGAGE REFFERAL NETWORK, INC.
5932 RHODE ISLAND AVE N
MINNEAPOLIS, MN 55428

Re: Property:  6555 S Saunders Lake Dr
               Minnetrista , MN 55364-8604
    Borrower:  Dodie Taylor
    File No.:  47532

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based upon a physical analysis of the site and its improvements, a locational analysis of the neighborhood, and city as well as an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any staff employee if we can be of additional service to you.

Sincerely,

LANSON KLEIN
RAPID APPRAISALS, INC.

# Uniform Residential Appraisal Report

47532
File # 47532

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address 6555 S Saunders Lake Dr | City Minnetrista | State MN Zip Code 55364-8604 |
| Borrower Dodie Taylor | Owner of Public Record Daniel Pfeffer | County Hennepin |

Legal Description LOT 10 BLK 2

| | | |
|---|---|---|
| Assessor's Parcel # 2211724410037 | Tax Year 2005 | R.E. Taxes $ 5,509.61 |
| Neighborhood Name Saunders Lake South | Map Reference 33460 | Census Tract 0277.00 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant  Special Assessments $ 0.00  ☒ PUD  HOA $ 125.00 ☐ per year ☒ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client MORTGAGE REFFERAL NETWORK, INC. Address 5932 RHODE ISLAND AVE N, MINNEAPOLIS, MN 55428
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). MLS, &/OR COUNTY RECORDS &/OR MORTGAGE COMPANY &/OR HOME OWNER.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $ 865,000  Date of Contract N/A  Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) COUNTY RECORDS
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | | PRICE $(000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | | 600 Low 0 | | Multi-Family | 5 % |
| Neighborhood Boundaries SEE LOCATION MAP | | | | | | | 1,700 High 30 | | Commercial | 10 % |
| | | | | | | | 900 Pred. 10 | | Other | % |

Neighborhood Description SEE ATTACHED ADDENDA.

Market Conditions (including support for the above conclusions) SEE ATTACHED ADDENDA.

| | | | |
|---|---|---|---|
| Dimensions IRREGULAR | Area .74 ACRES | Shape RECTANGULAR | View LAKE FRONT |

Specific Zoning Classification R1  Zoning Description SINGLE FAMILY RESIDENTIAL
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | | Street ASPHALT | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley NONE | ☐ | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X FEMA Map # 27053C0287E FEMA Map Date 9/2/2004
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls CONCRETE/AVG. | Floors HDWD-CPT/AVG. |
| # of Stories 2 | ☒ Full Basement ☐ Partial Basement | Exterior Walls STUCCO(FULL)/AVG. | Walls DRYWALL/AVG. |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 1,771 sq.ft. | Roof Surface ASPHALT/AVG. | Trim/Finish WD-STAIN/AVG. |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 95 % | Gutters & Downspouts YES/AVG. | Bath Floor TILE/AVG. |
| Design (Style) 2 STORY | ☒ Outside Entry/Exit ☐ Sump Pump | Window Type CASEMENT/AVG. | Bath Wainscot TILE/AVG. |
| Year Built 2000 | Evidence of ☐ Infestation NO DET. | Storm Sash/Insulated YES-YES/AVG. | Car Storage ☐ None |
| Effective Age (Yrs) 2 | ☐ Dampness ☒ Settlement | Screens YES/AVG. | ☒ Driveway # of Cars 7 CAR |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities Woodstove(s) # | Driveway Surface ASPHALT |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel GAS | ☒ Fireplace(s) # 1 ☐ Fence | ☒ Garage # of Cars 3 CAR |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck 1-0 ☐ Porch | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 9 Rooms 4 Bedrooms 2.5 Bath(s) 2,711 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). SEE ATTACHED ADDENDA.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). SEE ATTACHED ADDENDA

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report

47532
File # 47532

| | | There are 0 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ N/A to $ N/A |
|---|---|---|

There are 6 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 768,000 to $ 910,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6555 S Saunders Lake Dr Minnetrista , MN 55364-8604 | 2632 N Saunders Lake Drive Minnetrista, MN 55364 | | 1776 Jones Lane Mound, MN 55364 | | 2592 N Saunders Lake Drive Minnetrista, MN 55364 | |
| Proximity to Subject | | 0.32 miles NW | | 1.86 miles NE | | 0.25 miles N | |
| Sale Price | $ 865,000 | $ 910,000 | | $ 860,000 | | $ 850,000 | |
| Sale Price/Gross Liv. Area | $ 319.07 sq.ft. | $ 248.84 sq.ft. | | $ 338.18 sq.ft. | | $ 254.41 sq.ft. | |
| Data Source(s) | | COUNTY RECORDS & MLS | | COUNTY RECORDS & MLS | | COUNTY RECORDS & MLS | |
| Verification Source(s) | | D.O.M 176 | | D.O.M 69 | | D.O.M 359 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CONVENTIONAL NONE | | CONVENTIONAL NONE | | CONVENTIONAL NONE | |
| Date of Sale/Time | | 12-29-05 | | 9-1-05 | | 2-21-06 | |
| Location | SUBURB | SUBURB | | SUBURB | | SUBURB | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | .74 ACRES | 1 ACRE | | .28 ACRES | +1,380 | .65 ACRES | |
| View | LAKE FRONT | LAKE FRONT | | LAKE FRONT | | LAKE FRONT | |
| Design (Style) | 2 STORY | 2 STORY | | 2 STORY | | 2 STORY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 6 | 3 | | 21 | +9,900 | 1 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 9 / 4 / 2.5 | 9 / 4 / 1.5 | +2,500 | 8 / 4 / 2 | +1,250 | 8 / 4 / 2.5 | |
| Gross Living Area | 2,711 sq.ft. | 3,657 sq.ft. | -18,920 | 2,543 sq.ft. | +3,360 | 3,341 sq.ft. | -12,600 |
| Basement & Finished | 1,771 Sq.Ft. | 1400 F Sq Ft. | +3,710 | 0 F Sq Ft. | +17,710 | 0 F Sq Ft. | +17,710 |
| Rooms Below Grade | 2-2-.75 BATH | 4-0-0 BATH | +2,500 | 0-0-0 BATH | +2,500 | 0-0-0 BATH | +2,500 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA-CA | FA-CA | | FA-CA | | FA-CA | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 3 CAR | 3 CAR | | 2 CAR | +1,500 | 3 CAR | |
| Porch/Patio/Deck | 0-1-0 | 1-1-1-BALCONY | -4,000 | 0-1-1 | -1,000 | 1-0-1 | -3,000 |
| FENCE | NONE | NONE | | NONE | | NONE | |
| FIREPLACE | 1 | 2 | -1,500 | 1 | | 1 | |
| POOL | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☐ + ☒ - $ -15,710 | | ☒ + ☐ - $ 36,600 | | ☒ + ☐ - $ 4,610 | |
| Adjusted Sale Price of Comparables | | Net Adj. % Gross Adj. % $ 894,290 | | Net Adj. % Gross Adj. % $ 896,600 | | Net Adj. % Gross Adj. % $ 854,610 | |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   NORTHSTAR MLS & OR COUNTY RECORDS.
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   NORTHSTAR MLS & OR COUNTY RECORDS.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02-01-2006, 08-11-2005 | NO SALES WITHIN THE | NO SALES WITHIN THE | 12-12-2003 |
| Price of Prior Sale/Transfer | $637,500, $750,000 | PAST 3 YRS, VERIFIED VIA | PAST 3 YRS, VERIFIED VIA | $145,000, LOT SALE ONLY |
| Data Source(s) | COUNTY RECORDS | COUNTY RECORDS | COUNTY RECORDS | COUNTY RECORDS |
| Effective Date of Data Source(s) | 8/10/2006 | 8/10/2006 | 8/10/2006 | 8/10/2006 |

Analysis of prior sale or transfer history of the subject property and comparable sales   THERE HAS NOT BEEN A PREVIOUS SALES OR LISTINGS OF THE SUBJECT PROPERTY WITHIN THE LAST 36 MONTHS UNLESS OTHERWISE NOTED ABOVE. THE COMPARABLES HAVE HAD NO PREVIOUS SALES WITHIN THE LAST 36 MONTHS UNLESS OTHERWISE NOTED ABOVE.

Summary of Sales Comparison Approach   SEE ATTACHED ADDENDA

Indicated Value by Sales Comparison Approach $ 865,000

Indicated Value by: Sales Comparison Approach $ 865,000   Cost Approach (if developed) $ 865,547   Income Approach (if developed) $

SEE ATTACHED ADDENDA

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: SEE ATTACHED ADDENDA

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 865,000 , as of 8/11/2006 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

47532
File # 47532

SEE ATTACHED ADDENDA.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) ACCORDING TO COUNTY TAX RECORDS, THE LAND VALUE OF THE SUBJECT IS SAID TO BE $138,000. TAXES USUALLY ARE ASSESSED AT APPROXIMATELY 80% OF MARKET VALUE. APPRAISER'S ESTIMATED SITE VALUE IS $172,500.

| | | | |
|---|---|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 172,500 |
| Source of cost data SEE ATTACHED ADDENDA | DWELLING 2,711 Sq.Ft. @ $ 229.00 | =$ | 620,819 |
| Quality rating from cost service FAIR Effective date of cost data 8/10/2008 | 1,771 Sq.Ft. @ $ 40.00 | =$ | 70,840 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | AMENITIES & ADDITIONAL FEATURES | =$ | |
| SEE ATTACHED ADDENDA | Garage/Carport 680 Sq.Ft. @ $ 30.00 | =$ | 20,400 |
| | Total Estimate of Cost-New | =$ | 712,059 |
| | Less Physical Functional External | | |
| | Depreciation 19,012 | =$( | 19,012) |
| | Depreciated Cost of Improvements | =$ | 693,047 |
| | "As-Is" Value of Site Improvements | =$ | |
| Estimated Remaining Economic Life (HUD and VA only) 73 Years | INDICATED VALUE BY COST APPROACH | =$ | 865,547 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) SEE ATTACHED ADDENDA

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

47532
File # 47532

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

47532
File # 47532

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    LANSON KLEIN | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  LANSON KLEIN | Name  CHRISTOPHER DORPAT |
| Company Name  RAPID APPRAISALS, INC. | Company Name |
| Company Address  9025 ARCHER COURT | Company Address  9025 ARCHER COURT, MAPLE GROVE, MN |
| MAPLE GROVE, MN 55311 | 55311 |
| Telephone Number  763 416-0913 | Telephone Number  (763) 413-0913 |
| Email Address  RAPIDAPPRAISALS@AOL.COM | Email Address  RAPIDAPPRAISALS@AOL.COM |
| Date of Signature and Report  August 11, 2006 | Date of Signature  August 11, 2006 |
| Effective Date of Appraisal  8/11/2006 | State Certification # |
| State Certification # | or State License #  20198927 |
| or State License #  20429829 | State  MN |
| or Other (describe)  State # | Expiration Date of Certification or License  8/31/2006 |
| State  MN | |
| Expiration Date of Certification or License  8/31/2007 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

6555 S Saunders Lake Dr

Minnetrista , MN 55364-8604

APPRAISED VALUE OF SUBJECT PROPERTY $     865,000

LENDER/CLIENT

Name  FAITH ROCHA

Company Name   MORTGAGE REFFERAL NETWORK, INC.

Company Address   5932 RHODE ISLAND AVE N, MINNEAPOLIS,

Email Address   faithrrocha608@hotmail.com

SUBJECT PROPERTY

☒ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☒ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

47532
File # 47532

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6555 S Saunders Lake Dr Minnetrista , MN 55364-8604 | 6585 Willow Court Minnetrista , MN 55364 | | 6145 Pine Circle Minnetrista, MN 55364 | | 5676 Sunnybrook Circle Minnetrista, MN 55364 | |
| Proximity to Subject | | 0.46 miles NW | | 0.74 miles SE | | 1.93 miles NE | |
| Sale Price | $ 865,000 | $ 859,500 | | $ 760,000 | | $ 768,000 | |
| Sale Price/Gross Liv. Area | $ 319.07 sq.ft. | $ 252.42 sq.ft. | | $ 244.61 sq.ft. | | $ 266.11 sq.ft. | |
| Data Source(s) | | COUNTY RECORDS & MLS | | COUNTY RECORDS & MLS | | COUNTY RECORDS & MLS | |
| Verification Source(s) | | D.O.M 243 | | D.O.M 138 | | D.O.M 83 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing Concessions | | CONVENTIONAL NONE | | CONVENTIONAL NONE | | CONVENTIONAL NONE | |
| Date of Sale/Time | | 3-2-06 | | 8-16-05 | | 1-9-06 | |
| Location | SUBURB | SUBURB | | SUBURB | | SUBURB | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | .74 ACRES | .83 ACRES | | .80 ACRES | | .87 ACRES | |
| View | LAKE FRONT | LAKE FRONT | | CHANNEL FRONT | +20,000 | CREEK | +35,000 |
| Design (Style) | 2 STORY | 2 STORY | | 2 STORY | | 2 STORY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 6 | 3 | | 6 | | 4 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9 4 2.5 | 8 4 1.5 | +2,500 | 8 4 3.25 | -1,875 | 8 3 2.5 | +2,000 |
| Gross Living Area | 2,711 sq.ft. | 3,405 sq.ft. | -13,880 | 3,107 sq.ft. | -7,920 | 2,886 sq.ft. | -3,500 |
| Basement & Finished | 1,771 Sq.Ft. | 0 F Sq Ft. | +17,710 | 939 F Sq Ft. | +8,320 | 1350 F Sq Ft. | +4,210 |
| Rooms Below Grade | 2-2-.75 BATH | 0-0-0 BATH | +2,500 | 1-2-.75 BATH | | 3-1-.75 BATH | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FA-CA | FA-CA | | FA-CA | | FA-CA | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 3 CAR | 3 CAR | | 2 CAR | +1,500 | 3 CAR | |
| Porch/Patio/Deck | 0-1-0 | 0-1-1 | -1,500 | 0-1-1 | -1,500 | 0-0-0 | +1,000 |
| FENCE | NONE | NONE | | NONE | | NONE | |
| FIREPLACE | 1 | 2 | -1,500 | 2 | -1,500 | 1 | |
| POOL | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 5,830 | ☒ + ☐ - | $ 17,025 | ☒ + ☐ - | $ 38,710 |
| Adjusted Sale Price of Comparables | | | $ 865,330 | | $ 777,025 | | $ 806,710 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02-01-2006, 08-11-2005 | NO SALES WITHIN THE | NO SALES WITHIN THE | NO SALES WITHIN THE |
| Price of Prior Sale/Transfer | $637,500, $750,000 | PAST 3 YRS, VERIFIED VIA | PAST 3 YRS, VERIFIED VIA | PAST 3 YRS, VERIFIED VIA |
| Data Source(s) | COUNTY RECORDS | COUNTY RECORDS | COUNTY RECORDS | COUNTY RECORDS |
| Effective Date of Data Source(s) | 8/10/2006 | 8/10/2006 | 8/10/2006 | 8/10/2006 |

Analysis of prior sale or transfer history of the subject property and comparable sales    SEE ATTACHED ADDENDA

Analysis/Comments    SEE ATTACHED ADDENDA

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Form 1004.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 47532

| Borrower/Client | Dodie Taylor | | | | |
|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | |
| City | Minnetrista | County Hennepin | State MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | |

• URAR : Specific Comments to Comparables
THE APPRAISER HAS MADE AN EXTENSIVE SEARCH COVERING A WIDE AREA FOR SIMILAR STYLE
COMPARABLES AS THE SUBJECT. THE APPRAISER MADE THE NECESSARY & TYPICAL ADJUSTMENTS FOR
AGE, GLA, ROOM COUNT, BELOW GRADE FINISHED SQUARE FEET, AND AMENITIES. ALL COMPARABLES THE
APPRAISER FOUND THAT WERE CLOSER IN PROXIMITY TO THE SUBJECT THEN THE COMPARABLES USED
WERE EITHER 1 STORY OR MULTI-LEVEL HOMES NOT LOCATED ON A LAKE, THEREFORE, WERE NOT
CONSIDERED TO BE THE BEST FOR COMPARISON AND WERE NOT USED. THE 6 COMPARABLES ARE
RELATIVELY SIMILAR TO THE SUBJECT IN TERMS OF SIZE, AGE AND LOCATION, SO THEY ARE CONSIDERED
TO BE GOOD INDICATORS OF THE SUBJECTS MARKET VALUE. ALL COMPARABLES ARE WITHIN 1 MILE OF THE
SUBJECTWITH THE EXCEPTION OF COMPARABLES 2 & 6, WHICH ARE WITHIN 2 MILES OF THE SUBJECT.
COMPARABLES DISPLAYED ARE CONSIDERED TO BE THE BEST AVAILABLE FOR COMPARISON. ALL
COMPARABLES ARE CLOSED SALES. 4 OF THE 6 COMPARABLES ARE LAKE FRONT PROPERTIES, THE OTHER 2
ARE CREEK FRONT AND CHANNEL SHORE FRONT, SIMILAR BUT LESS DESIRABLE AND PROPER ADJUSTMENTS
WERE MADE.

• URAR : Neighborhood - Description
THE CONSTRUCTION IS TYPICAL FOR THE AREA. FLOOR PLAN PROVIDES AVERAGE UTILITY, DESIGN, APPEAL
AND SHOULD RECEIVE GOOD ACCEPTANCE IN THE MARKETPLACE. OVERALL, IMPROVEMENTS APPEAR IN
AVERAGE CONDITION. EMPLOYMENT, HIGHWAY SYSTEM, RECREATION, RETAIL, SCHOOLS & SUPPORT
SERVICES ARE LOCATED IN RELATIVELY CLOSE PROXIMITY. STABLE PRICES AND SHORT MARKETING TIME
DEMONSTRATES A BALANCES IN SUPPLY AND DEMAND. NO UNFAVORABLE FACTORS AFFECTING
MARKETABILITY WERE FOUND.

• URAR : Neighborhood - Market Conditions
MLS STATISTICS INDICATE A LIST-TO-SELL RATIO OF GREATER THAN 98% & AVERAGE MARKETING TIMES OF
PROPERTIES SOLD OF LESS THAN 60 DAYS FOR SINGLE FAMILY DWELLINGS IN THE SUBJECT'S CITY OVER THE
PAST ONE YEAR. IN THE CURRENT MARKET, SELLERS ARE NOT REQUIRED TO OFFER SALES OR FINANCING
CONCESSIONS. FINANCING IS AVAILABLE FROM A WIDE VARIETY OF SOURCES.

• URAR : Improvements - Condition of the Property
THE SUBJECT PROPERTY IS PHYSICALLY ADEQUATE. MINIMAL PHYSICAL DEPRECIATION IS DUE TO AGE.
THERE IS NO APPARENT EVIDENCE OF FUNCTIONAL OR EXTERNAL INADEQUACIES. THE SUBJECT IS OF
AVERAGE QUALITY CONSTRUCTION AND IS IN OVERALL AVERAGE CONDITION, EXHIBITING MINIMAL
PHYSICAL DETERIORATION, IF ANY.

• URAR : Cost Approach Comments
THE MARSHALL & SWIFT RESIDENTIAL COST HANDBOOK IS USED TO DETERMINE COST ESTIMATES.
PHYSICAL DEPRECIATION IS CALCULATED USING THE ESTIMATE OF DEPRECIATION FROM TABLE E-12 OF THE
MARSHALL & SWIFT RESIDENTIAL COST HANDBOOK. NO SIGNIFICANT FUNCTIONAL OBSOLESCENCE OR
EXTERNAL DEPRECIATION IS NOTED. THE LAND/IMPROVEMENT RATIO IS TYPICAL FOR THE AREA. THE
REMAINING ECONOMIC LIFE IS YEARS.

• URAR : Comments on Income Approach
DUE TO THE LACK OF RENTAL DATA, THE INCOME APPROACH WAS NOT APPROPRIATE. MOST WEIGHT IS
GIVEN TO THE DIRECT SALES COMPARISON ANALYSIS AS IS BEST REFLECTS THE ACTIONS OF THE BUYERS
AND SELLERS. THE COST APPROACH SUPPORTS THE DIRECT SALES COMPARISON ANALYSIS.

• URAR : Reconciliation - Reconciliation and Additional Comments
THE SCOPE OF THIS REPORT IS SPECIFIC TO THE NEEDS OF THE LENDER/CLIENT LISTED IN THE SUBJECT
PORTION OF THIS REPORT AND TO THE INTENDED USE OF THE REPORT. THIS REPORT WAS PREPARED FOR
THE EXCLUSIVE USE OF THE CLIENT AND USE OR RELIANCE UPON BY ANYONE ELSE OTHER THAN THE CLIENT
IS PROHIBITED. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS APPRAISAL REPORT.
THIS REPORT SHOULD BE READ IN ITS ENTIRETY, INCLUDING ALL ATTACHMENTS AND ADDENDUM.

• URAR : Conditions of Appraisal
NO WARRANTY OF THE APPRAISED IS GIVEN OR IMPLIED. NO LIABILITY IS ASSUMED FOR THE STRUCTURAL
OR MECHANICAL ELEMENTS OF THE PROPERTY. THE SUBJECT WAS IN OVERALL AVERAGE CONDITION FOR
ITS AGE.

## Subject Photo Page

| Borrower/Client | Dodie Taylor | | | | |
|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | |
| City | Minnetrista | County Hennepin | | State MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | |



### Subject Front

6555 S Saunders Lake Dr

| | |
|---|---|
| Sales Price | 865,000 |
| Gross Living Area | 2,711 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURB |
| View | LAKE FRONT |
| Site | .74 ACRES |
| Quality | AVERAGE |
| Age | 6 |



### Subject Rear



### Subject Street

# ADDITIONAL SUBJECT PHOTOS

| Borrower/Client | Dodie Taylor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | | |
| City | Minnetrista | County | Hennepin | State | MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | | |



LIVING ROOM/ DINING ROOM



KITCHEN



GREAT ROOM



MASTER BATH



LAKE SAUNDERS VIEW



UPPER BATH

## ADDITIONAL SUBJECT PHOTOS 2

| Borrower/Client | Dodie Taylor | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | | | |
| City | Minnetrista | County | Hennepin | | State MN | Zip Code | 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | | | |



**MAIN LEVEL BEDROOM**

Comments:



**LAUNDRY/MUD ROOM**

Comments:



**PATIO LOCK 1**

Comments:
PATIO IS SECURED BY A SCREW LOCATED IN THE CENTER OF THE BAR.



**PATIO LOCK 2**

Comments:
PATIO IS SECURED BY A SCREW LOCATED IN THE CENTER OF THE BAR.

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Dodie Taylor |
| Property Address | 6555 S Saunders Lake Dr |
| City | Minnetrista | County Hennepin | State MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. |



### Comparable 1
2632 N Saunders Lake Drive
| | |
|---|---|
| Prox. to Subject | 0.32 miles NW |
| Sale Price | 910,000 |
| Gross Living Area | 3,657 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.5 |
| Location | SUBURB |
| View | LAKE FRONT |
| Site | 1 ACRE |
| Quality | AVERAGE |
| Age | 3 |



### Comparable 2
1776 Jones Lane
| | |
|---|---|
| Prox. to Subject | 1.86 miles NE |
| Sale Price | 860,000 |
| Gross Living Area | 2,543 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | SUBURB |
| View | LAKE FRONT |
| Site | .28 ACRES |
| Quality | AVERAGE |
| Age | 21 |



### Comparable 3
2592 N Saunders Lake Drive
| | |
|---|---|
| Prox. to Subject | 0.25 miles N |
| Sale Price | 850,000 |
| Gross Living Area | 3,341 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SUBURB |
| View | LAKE FRONT |
| Site | .65 ACRES |
| Quality | AVERAGE |
| Age | 1 |

# Comparable Photo Page

| Borrower/Client | Dodie Taylor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | | |
| City | Minnetrista | County | Henneph | State | MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | | |



### Comparable 4

6585 Willow Court

| | |
|---|---|
| Prox. to Subject | 0.46 miles NW |
| Sales Price | 859,500 |
| Gross Living Area | 3,405 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.5 |
| Location | SUBURB |
| View | LAKE FRONT |
| Site | .83 ACRES |
| Quality | AVERAGE |
| Age | 3 |



### Comparable 5

6145 Pine Circle

| | |
|---|---|
| Prox. to Subject | 0.74 miles SE |
| Sales Price | 760,000 |
| Gross Living Area | 3,107 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.25 |
| Location | SUBURB |
| View | CHANNEL FRONT |
| Site | .80 ACRES |
| Quality | AVERAGE |
| Age | 6 |



### Comparable 6

5676 Sunnybrook Circle

| | |
|---|---|
| Prox. to Subject | 1.93 miles NE |
| Sales Price | 768,000 |
| Gross Living Area | 2,886 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | SUBURB |
| View | CREEK |
| Site | .87 ACRES |
| Quality | AVERAGE |
| Age | 4 |

# Building Sketch

| Borrower/Client | Dodie Taylor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | | |
| City | Minnetrista | County Hennepin | | State MN | Zip Code 55364-8604 | |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | | |



Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1771.0 | 1771.0 |
| GLA2 | Second Floor | 940.0 | 940.0 |
| BSMT | Basement | 1771.0 | 1771.0 |
| GAR | Garage | 680.0 | 680.0 |
| | Net LIVABLE Area | (Rounded) | 2711 |

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 1.0 | x | 12.0 | 12.0 |
| 25.0 | x | 54.0 | 1350.0 |
| 5.0 | x | 24.0 | 120.0 |
| 5.0 | x | 41.0 | 205.0 |
| 6.0 | x | 14.0 | 84.0 |
| Second Floor | | | |
| 21.0 | x | 22.0 | 462.0 |
| 9.0 | x | 17.0 | 153.0 |
| 13.0 | x | 25.0 | 325.0 |
| 8 Items | | (Rounded) | 2711 |

## Location Map

| Borrower/Client | Dodie Taylor | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | | | |
| City | Minnetrista | County | Hennepin | State | MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | | | |



# APPRAISER LICENSE PAGE

| Borrower/Client | Dodie Taylor | | | |
|---|---|---|---|---|
| Property Address | 6555 S Saunders Lake Dr | | | |
| City | Minnetrista | County Hennepin | State MN | Zip Code 55364-8604 |
| Lender | MORTGAGE REFFERAL NETWORK, INC. | | | |





# ERRORS & OMISSIONS INSURANCE PAGE

| PRODUCER<br><br>ORES INSURANCE SERVICE, LLC<br>P.O. BOX 500810<br>SAN DIEGO, CA 92150<br>TELEPHONE (858) 618-1648 / (800) 880-2747<br>FACSIMILE (858) 618-1655<br>LICENSE # IA-20425738 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICES BELOW. |
|---|---|
| | COMPANIES AFFORDING COVERAGE |
| INSURED<br><br>James Hondel<br><br>925 Archer Court<br>Maple Grove, MN 55311 | COMPANY<br>A  Lexington Insurance Group |
| | COMPANY<br>B |
| | COMPANY<br>C |
| | COMPANY<br>D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GEN<br>X CLAIMS MADE<br>OCCURRENCE<br>OWNERS & CONT. PROT<br>X Professional Liability | tbd | 10/18/2005 | 10/18/2006 | GENERAL AGGREGATE | $500,000/$500,000 |
| | | | | | EACH OCCURRENCE | |
| | | | | | PRODUCTS - COMP/OPS AGG | |
| | | | | | PERSONAL & ADVERTISING | |
| | | | | | FIRE DAMAGE (ANY ONE FIRE) | |
| | | | | | MED EXP (ANY ONE PERSON) | |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT | |
| | | | | | BODILY INJURY (PER PERSON) | |
| | | | | | BODILY INJURY (PER ACCIDENT) | |
| | | | | | PROPERTY DAMAGE | |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY EACH ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH | |
| | EXCESS LIABILITY<br>UMBRELLA FORM<br>OTHER THAN UMBR. | | | | EACH OCCURRENCE | |
| | | | | | AGGREGATE | |
| | WORKERS COMP & EMPLOYERS LIABILITY<br>THE PROPRIETOR/<br>PARTNERS/ EXECUTIVE _____ INCL.<br>OFFICERS ARE _____ EXCL. | | | | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | |
| | | | | | DISEASE - POLICY LIMIT | |
| | | | | | DISEASE - EACH EMPLOYEE | |
| A | OTHER | | | | Deductible | $1,000 |

## DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

This policy covers James Hondel while performing professional services in his/her capacity as an employee or independent contractor of Rapid Appraisals

| Additional Insured: | CANCELLATION<br>SHOULD ANY OF THE ABOVE POLICES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL, 15 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT. BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
|---|---|
| ACORD 25 (3/93) | AUTHORIZED REPRESENTATIVE |

# ERRORS & OMISSIONS INSURANCE PAGE

## Lanson Klein
• Home Office: (651)717-5446 • Fax: (651) 340-6569 • appraisalbylance@aim.com

**WORK HISTORY**

May 2003 to present             <u>Real Estate Appraiser</u>

• Appraisal consulting
• Extensive internet research
• Defining value
• Subject (home) inspection, including measurements, math equations, detailed note taking,
• Communication with home owner, taking pictures of the home and its amenities
• Analysis of compiled information
• Billing and book-keeping for corporate clients
• Marketing and sales calls
• Daily use of appraisal and Microsoft software applications

February 1997 to May 2004     Frito Lay, Inc.     Coon Rapids, MN     <u>Sales Representative</u>

• Management of accounts payable & receivable for personal route
• maintaining excellent customer relations
• Business planning
• Promotional and marketing planning
• Daily sales calls
• maintaining excellent customer relations
• provided training out-of-state for new zone start up
• Assisted in training of new employees
• Attended and passed numerous driver training classes
• Train all route sales assistants

June 1996 to February 1997     Metro Legal Services     Minneapolis, MN     <u>Process Server</u>
• Serve legal papers, subpoenas, and property foreclosures
• Knowledge of road ways, maps for the entire metro area
• Mapping and routing
• Delivery of time sensitive legal documents

December 1995 to June 1996     A.M. Miller and Associates     Minneapolis, MN     <u>Collections Representative</u>
• Manage accounts for outstanding debts
• Negotiate payment plans
• Budget planning for debtors
• Assisted in training of new employees
• Receiving calls, making outgoing calls (phone etiquette)

December 1994 to December 1995     Jon Hawes, Ltd     Edina, MN     <u>Legal Assistant</u>
• Negotiate out of court settlements for corporate client
• Filing
• Investigations
• Clients relations

January 1992 to December 1994     Main Event Restaurant     Crystal, MN     <u>Cook, Assistant Manager</u>
• Cook, clean, maintain safe working environment
• Maintain and order inventory
• Kitchen inspection
• Assisted manager in scheduling and various other duties

**EDUCATION**
2003 PROSOURCE® Educational Services-Real Property Appraisals' license
• Appraisal 106: Introduction to Construction Principles
• Appraisal 101: Introduction to Appraisal Principles I
• Appraisal 102: Introduction to Appraisal Principles II
• Appraisal 103: Introduction to Appraisal Practices I
• Appraisal 104: Introduction to Appraisal Practices II
• Appraisal 105: 15-hour National USPAP course
• 2005 National Uniform Standards of Professional Appraisal Practice Course
• How to prepare the new URAR form course
1990 graduate of Park Center High School, Brooklyn Park, MN
<u>Study emphasis:</u>
• Business
• Law
• Accounting
• computers

REFERENCES UPON REQUEST