# PLANNED UNIT DEVELOPMENT RIDER

THIS PLANNED UNIT DEVELOPMENT RIDER is made this 15th day of AUGUST, 2006 , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date, given by the undersigned (the "Borrower") to secure Borrower's Note to ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION
(the "Lender") of the same date and covering the Property described in the Security Instrument and located at:

6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364
[Property Address]

The Property includes, but is not limited to, a parcel of land improved with a dwelling, together with other such parcels and certain common areas and facilities, as described in

COVENANTS, CONDITIONS AND RESTRICTIONS OF RECORD

(the "Declaration"). The Property is a part of a planned unit development known as

SAUNDERS LAKE SOUTH
[Name of Planned Unit Development]

(the "PUD"). The Property also includes Borrower's interest in the homeowners association or equivalent entity owning or managing the common areas and facilities of the PUD (the "Owners Association") and the uses, benefits and proceeds of Borrower's interest.

PUD COVENANTS. In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. PUD Obligations.** Borrower shall perform all of Borrower's obligations under the PUD's Constituent Documents. The "Constituent Documents" are the (i) Declaration; (ii) articles of incorporation, trust instrument or any equivalent document which creates the Owners Association; and (iii) any by-laws or other rules or regulations of the Owners Association. Borrower shall promptly pay, when due, all dues and assessments imposed pursuant to the Constituent Documents.

**B. Property Insurance.** So long as the Owners Association maintains, with a generally accepted insurance carrier, a "master" or "blanket" policy insuring the Property which is satisfactory to Lender and which provides insurance coverage in the amounts (including deductible levels), for the periods, and against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, for which Lender requires insurance, then: (i) Lender waives the provision in Section 3 for the Periodic Payment to Lender of the yearly premium installments for property insurance on the Property; and (ii) Borrower's obligation under Section 5 to maintain property insurance coverage on the Property is deemed satisfied to the extent that the required coverage is provided by the Owners Association policy.

Borrower Initials: _____  _____  _____  _____  _____  _____

What Lender requires as a condition of this waiver can change during the term of the loan.

Borrower shall give Lender prompt notice of any lapse in required property insurance coverage provided by the master or blanket policy.

In the event of a distribution of property insurance proceeds in lieu of restoration or repair following a loss to the Property, or to common areas and facilities of the PUD, any proceeds payable to Borrower are hereby assigned and shall be paid to Lender. Lender shall apply the proceeds to the sums secured by the Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

**C. Public Liability Insurance.** Borrower shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable in form, amount, and extent of coverage to Lender.

**D. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, payable to Borrower in connection with any condemnation or other taking of all or any part of the Property or the common areas and facilities of the PUD, or for any conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. Such proceeds shall be applied by Lender to the sums secured by the Security Instrument as provided in Section 11.

**E. Lender's Prior Consent.** Borrower shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to: (i) the abandonment or termination of the PUD, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of a taking by condemnation or eminent domain; (ii) any amendment to any provision of the "Constituent Documents" if the provision is for the express benefit of Lender; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the public liability insurance coverage maintained by the Owners Association unacceptable to Lender.

**F. Remedies.** If Borrower does not pay PUD dues and assessments when due, then Lender may pay them. Any amounts disbursed by Lender under this paragraph F shall become additional debt of Borrower secured by the Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

Borrower Initials: _____   _____   _____   _____   _____   _____

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this PUD Rider.

_____ (Seal)
DODIE  TAYLOR                -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

_____ (Seal)
                            -Borrower

# PREPAYMENT RIDER

Loan Number: 1301211100

Date: AUGUST 15, 2006

Borrower(s): DODIE TAYLOR

THIS PREPAYMENT RIDER (the "Rider") is made this 15th day of AUGUST , 2006 , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure repayment of Borrower's promissory note (the "Note") in favor of ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

("Lender"). The Security Instrument encumbers the Property more specifically described in the Security Instrument and located at

6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

[Property Address]

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

## A. PREPAYMENT CHARGE

The Note provides for the payment of a prepayment charge as follows:

### 5 . BORROWER'S RIGHT TO PREPAY; PREPAYMENT CHARGE

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.

If the Note provides for changes in the interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

DocMagic *eForms* 800-649-1362
www.docmagic.com

If within THIRTY-SIX ( 36 ) months after the date the Note is executed I make a full Prepayment (other than a full Prepayment in connection with the sale of the Property), I will pay a Prepayment charge equal to the lesser of (i) TWO percent ( 2.000 %) of the unpaid Principal balance at the time of Prepayment, or (ii) 60 days' interest on the unpaid Principal balance at the time of Prepayment.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this Rider.

_____ (Seal)
DODIE TAYLOR                -Borrower

_____ (Seal)
                           -Borrower

_____ (Seal)
                           -Borrower

_____ (Seal)
                           -Borrower

_____ (Seal)
                           -Borrower

_____ (Seal)
                           -Borrower

DocMagic eForms 800-649-1362
www.docmagic.com



**DODIE R. TAYLOR**
11913 70TH PL. N  763-315-1066
MAPLE GROVE, MN  55369-5422

17-2/910 **107**

2136

Pay to the order of _Dodie Taylor_

Date _8-15-06_

_Two hundred forty-nine + 40/100_  $ _249.40_

Dollars

**US BANK**
UBANK 24-HOUR PHONE BANKING
1-800-US-BANKS
(612) US-BANKS

For _6555 S Saunders Closing_

_Dodie Taylor_

⑆091000022⑆ 104 770406080⑈ 2136

Security Features
Included.
Details on Back

ROSEWOOD

MP

ENDORSE HERE

Dodie Taylor

Pay To The Order Of

First union Time

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

## ADDITIONAL DISBURSEMENTS EXHIBIT

|  |  |
|---|---|
| **Borrower:** | Dodie Taylor |
| **Seller:** | Daniel D. Pfeffer and Tracy Lynn Pfeffer |
| **Lender:** | Royal Crown Bancorp |
| **Settlement Agent:** | First Union Title |
|  | (952)944-9094 |
| **Place of Settlement:** | 6600 City West Parkway, Suite #350 |
|  | Eden Prairie, MN 55344 |
| **Settlement Date:** | August 15, 2006 |
| **Property Location:** | 6555 Saunders Lake Drive S |
|  | Minnetrista, MN 55364 |
|  | Hennepin County, Minnesota |
|  | Lot 10, Block 2, Saunders |
|  | Lake South, Hennepin County, |
|  | Minnesota. |

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| The Oliver Group<br>Judgement |  |  | 714.32 |
| Guardian Title Services<br>Closing Fee |  |  | 45.00 |
| **Total Additional Disbursements shown on Line 1305** |  | $ 0.00 | $ 759.32 |

(06074084.PFD/06074084/44)

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

|  |  |
|---|---|
| **Borrower:** | Dodie Taylor |
| **Seller:** | Daniel D. Pfeffer and Tracy Lynn Pfeffer |
| **Lender:** | Royal Crown Bancorp |
| **Settlement Agent:** | First Union Title |
|  | (952)944-9094 |
| **Place of Settlement:** | 6600 City West Parkway, Suite #350 |
|  | Eden Prairie, MN  55344 |
| **Settlement Date:** | August 15, 2006 |
| **Property Location:** | 6555 Saunders Lake Drive S |
|  | Minnetrista, MN 55364 |
|  | Hennepin County, Minnesota |
|  | Lot 10, Block 2, Saunders |
|  | Lake South, Hennepin County, |
|  | Minnesota. |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
Dodie Taylor

_____
Daniel D. Pfeffer

_____
Tracy Lynn Pfeffer

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
First Union Title
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.



# FirstUnionTitle

## Privacy Policy

**We Are committed to Safeguarding Customer Information**

In order to better serve your needs now and in the future, we may ask you to provide us with certain information. We understand that you may be concerned about what we will do with such information – particularly any personal or financial information. We agree that you have a right to know how we will utilize the personal information you provide to us. Therefore, First Union Title & Real Estate Services, LLC have adopted this Privacy Policy to govern the use and handling of your personal information.

## Applicability

This Privacy Policy governs our use of the information which you provide to us. It does not govern the manner in which we may use information we have obtained from any other source, such as information obtained from a public record or from another person or entity.

## Types of Information

The types of nonpublic personal information that we may collect include;
- Information we received on applications, forms and in other communications to us, whether in writing, in person, by telephone or any other means;
- Information about your transactions with us, or others; and
- Information we receive from consumer reporting agencies.

## Use of Information

We request information from you for our own legitimate business purposes and not for the benefit of any nonaffiliated party. Therefore, we will not release your information to nonaffiliated parties except: as necessary for us to provide the product or service you have requested of us, or as permitted by law. We may, however, store such information indefinitely, including the period after which any customer relationship has ceased. Such information may be used for any internal purpose, such as quality control efforts or customer analysis.

## Former Customers

Even if you are no longer our customer, our Privacy Policy will continue to apply to you.

## Confidential and Security

We will use our best efforts to ensure that no unauthorized parties have access to any of your information. We restrict access to nonpublic personal information about you to those individuals and entities who need to know that information to provide products or services to you. We will use our best efforts to train and oversee our employees to ensure that your information will be handled responsibly and in accordance with this Privacy Policy.

ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587
(510)487-6925


DODIE TAYLOR                                    Loan Number: 1301211100
6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MINNESOTA 55364


RE: Transfer / Sale of Loan

Dear Borrower:                                   *customers.countrywide.com*

We thank you for the recent opportunity of assisting you in securing your real estate loan and look forward to serving your needs again in the future.

As a regular practice, most loans are sold in the secondary marketplace. This, however is no reflection on you nor your property and has no effect on your mortgage payments. Usually when a loan is sold, the servicing of your loan is also transferred. Because your loan has been sold along with its servicing, all future payments beginning with your OCTOBER 1, 2006 payment are to be sent to:
COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
P.O. BOX 10334
VAN NUYS, CALIFORNIA 91410-0334


Your monthly payment amount has not changed and consists of:

| | |
|---|---|
| PRINCIPAL AND INTEREST | $ 5,117.92 |
| MMI/PMI MONTHLY PREMIUM | |
| RESERVE FOR PROPERTY TAXES | |
| HAZARD INSURANCE RESERVE | |
| FLOOD INSURANCE RESERVE | |
| | |
| TOTAL MONTHLY PAYMENTS | $ 5,117.92 |

COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36          will forward payment information and/or coupons to you soon. In the event these coupons are delayed, please send your payment with the temporary payment coupon below directly to COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36

If a payment is in transit to us, we will forward your payment on to COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36                                    immediately.

Should you have further questions, please call COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
Loan Servicing Dept. at (800) 669-6607     or the undersigned for assistance. We thank you for your cooperation.

Yours Truly,

ROYAL CROWN BANCORP
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
### TEMPORARY PAYMENT COUPON

Loan Number 1301211100 ___ Due Date NOVEMBER 1, 2006 ___ Payment Amount $ 5,117.92

Name DODIE TAYLOR

Address 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

Remit to: COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
          P.O. BOX 10334
. . . . . . . . VAN NUYS, CALIFORNIA 91410-0334 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# PAYMENT LETTER TO BORROWER

FROM:  ROYAL CROWN BANCORP
·29400 KOHOUTEK WAY, STE. 150
·UNION CITY, CALIFORNIA 94587

RE:  Loan No: 1301211100
Property Address:  6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA
55364

TO:  ·DODIE TAYLOR
·6555 SAUNDERS LAKE DRIVE S
·MINNETRISTA, MINNESOTA 55364

Dear Borrower:

The monthly payments on the above referred to loan are to begin on     OCTOBER 1, 2006     , and will continue
monthly until SEPTEMBER 1, 2036     .

Your monthly payment will consist of the following:

| | |
|---|---|
| **PRINCIPAL AND INTEREST** | $ 5,117.92 |
| **MMI/PMI INSURANCE** | |
| **RESERVE FOR TAXES** | |
| **RESERVE FOR INSURANCE** | |
| **RESERVE FOR FLOOD INSURANCE** | |
| **TOTAL MONTHLY PAYMENTS** | $ 5,117.92 |

You are to make your payments to:

.ROYAL CROWN BANCORP
.29400 KOHOUTEK WAY, STE. 150
.UNION CITY, CALIFORNIA 94587

Any correspondence, or calls, in reference to your loan, please refer to the above loan number.

Copy received and acknowledged.

Date: _____          _____
DODIE TAYLOR

DocMagic eForms 800-649-1362
www.docmagic.com

# InterestOnly ADJUSTABLE RATE NOTE
### (Six-Month LIBOR Index (As Published in *The Wall Street Journal*) - Rate Caps)

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

AUGUST 15, 2006          UNION CITY          CALIFORNIA
    [Date]                [City]                 [State]

6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 692,000.00     (this amount is called "Principal"), plus interest, to the order of Lender. Lender is ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 8.875 %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will make a payment on the 1st day of every month, beginning on OCTOBER 1, 2006. Before the First Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a payment every month as provided below.

I will make my monthly payments of principal and interest beginning on the First Principal and Interest Payment Due Date as described in Section 4 of this Note. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date, and if the payment includes both principal and interest, it will be applied to interest before Principal. If, on SEPTEMBER 1, 2036, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 29400 KOHOUTEK WAY, STE. 150, UNION CITY, CALIFORNIA 94587 or at a different place if required by the Note Holder.

(B) Amount of My Initial Monthly Payments

My initial monthly payment will be in the amount of U.S. $ 5,117.92     before the First Principal and Interest Payment Due Date, thereafter it will be in an amount sufficient to repay the principal and interest at the rate determined as described in Section 4 of this Note in substantially equal installments by the Maturity Date. The Note Holder will notify me prior to the date of change in monthly payment.

(C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

## 4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES

(A) Change Dates

The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of SEPTEMBER, 1, 2009, and the adjustable interest rate I will pay may change on that day every sixth month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before the Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding SIX AND 875/1000 percentage points ( 6.875 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than 10.375 % or less than 8.875 %. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than ONE AND 500/1000 percentage point(s) ( 1.500 %) from the rate of interest I have been paying for the preceding six months. My interest rate will never be greater than 15.875 % or less than 8.875 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of such change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**(G) Date of First Principal and Interest Payment**

The date of my first payment consisting of both principal and interest on this Note (the "First Principal and Interest Payment Due Date") shall be the first monthly payment date after SEPTEMBER 1, 2011 .

## 5. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A prepayment of all the unpaid principal is known as a "Full prepayment." A prepayment of only part of the unpaid principal is known as a "Partial Prepayment."

If I make a Partial Prepayment equal to one or more of my monthly payments, my due date may be advanced no more than one month. If I make any other Partial Prepayment, I must still make each later payment as it becomes due and in the same amount. I may make a Full or a Partial Prepayment at any time.

☐ If this box is checked, no prepayment penalty will be charged on this loan.

☒ If this box is checked, I have selected a loan which has a prepayment penalty. The Prepayment Penalty Addendum attached hereto and made a part hereof defines the terms of the prepayment penalty. I understand that by agreeing to pay a prepayment penalty I acknowledge that my interest rate and/or fees are lower than they would be without a prepayment penalty.

## 6. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 7. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charges for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.000 % of my overdue payment of interest, during the period when my payment is interest only, and of principal and interest thereafter. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 8. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 11. SECURED NOTE

In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
DODIE  TAYLOR                            -Borrower

_____ (Seal)
                                        -Borrower

_____ (Seal)
                                        -Borrower

_____ (Seal)
                                        -Borrower

*[Sign Original Only]*

# PREPAYMENT ADDENDUM TO NOTE

Loan Number: 1301211100

Date: AUGUST 15, 2006

Borrower(s): DODIE TAYLOR

THIS PREPAYMENT ADDENDUM TO NOTE (the "Addendum") is made this 15th day of AUGUST, 2006 , and is incorporated into and shall be deemed to amend and supplement that certain promissory note (the "Note") made by the undersigned ("Borrower") in favor of ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

("Lender") and dated the same date as this Addendum. Repayment of the Note is secured by a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") given by Borrower in favor of Lender and dated the same date as this Addendum. To the extent that the provisions of this Addendum are inconsistent with the provisions of the Note, the provisions of this Addendum shall supersede the inconsistent provisions of the Note.

ADDITIONAL COVENANTS. In addition to the covenants and agreements made in the Note, Borrower and Lender further covenant and agree as follows:

Section 5 of the Note is amended to read in its entirety as follows:

## 5 . BORROWER'S RIGHT TO PREPAY; PREPAYMENT CHARGE

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.

If the Note provides for changes in the interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

If within THIRTY-SIX ( 36 ) months after the date the Note is executed I make a full Prepayment (other than a full Prepayment in connection with the sale of the Property), I will pay a Prepayment charge equal to the lesser of (i) TWO percent ( 2.000 %) of the unpaid Principal balance at the time of Prepayment, or (ii) 60 days' interest on the unpaid Principal balance at the time of Prepayment.

DocMagic *eForms* 800-649-1362
www.docmagic.com

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this Addendum.

Borrower DODIE TAYLOR                Date        Borrower                                          Date

Borrower                             Date        Borrower                                          Date

Borrower                             Date        Borrower                                          Date

DocMagic eForms 800-649-1362
www.docmagic.com

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Loan Number: 1301211100                 Date: AUGUST 15, 2006
Creditor: ROYAL CROWN BANCORP
Address: 29400 KOHOUTEK WAY, STE. 150, UNION CITY, CALIFORNIA 94587

Borrower(s): DODIE TAYLOR

Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

Lines containing an "x" are applicable:

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | ☐ Total Sale Price<br>The total cost of your purchase on credit including your down-payment of<br>$ |
|---|---|---|---|---|
| 11.515 % | $1,919,281.94 | $671,821.57 | $2,591,103.51 | $ |

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payment ** | When Payments Are Due | Number of Payments | Amount of Payment ** | When Payments Are Due | Number of Payments | Amount of Payment ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning | | | Monthly Beginning | | | Monthly Beginning |
| 36 | 5,117.92 | 10/01/06 | | | | | | |
| 6 | 5,982.92 | 10/01/09 | | | | | | |
| 6 | 6,847.92 | 04/01/10 | | | | | | |
| 12 | 7,136.25 | 10/01/10 | | | | | | |
| 299 | 7,480.78 | 10/01/11 | | | | | | |
| 1 | 7,485.13 | 09/01/36 | | | | | | |

_____ DEMAND FEATURE: This obligation has a demand feature.

__X__ VARIABLE RATE FEATURE: Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit:
      _____ Credit life insurance and credit disability __X__ Property Insurance _____ Flood Insurance _____ Mortgage Insurance
      You may obtain property insurance from any insurer that is acceptable to the Lender.
SECURITY: You are giving a security interest in: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA
      __X__ The goods or property being purchased _____ Real property you already own. 55364
FILING FEES: $
LATE CHARGE: If payment is more than ____15____ days late, you will be charged ____5.000__% of the payment.
PREPAYMENT: If you pay off early, you
__X__ may _____ will not have to pay a penalty.
_____ may __X__ will not be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
_____ may _____ may, subject to conditions __X__ may not assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
__X__ "e" means an estimate _____ all dates and numerical disclosures except the late payment disclosures are estimates.

Each of the undersigned acknowledge receipt of a complete copy of this disclosure. The disclosure does not constitute a contract or a commitment to lend.

| Applicant DODIE TAYLOR | Date | Applicant | Date |
|---|---|---|---|
| Applicant | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

** NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.

FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
05/17/06                DocMagic eForms 800-649-1362
www.docmagic.com

Lender: ROYAL CROWN BANCORP
        29400 KOHOUTEK WAY, STE. 150
        UNION CITY, CALIFORNIA 94587

Re: DODIE TAYLOR
    6555 SAUNDERS LAKE DRIVE S
    MINNETRISTA, MINNESOTA 55364

Date: AUGUST 15, 2006
Loan Number: 1301211100

| Ref HUD-I Statement | ITEMIZATION OF AMOUNT FINANCED | | |
|---|---|---|---|
| | ▪ Amount given to you directly | $ | |
| | ▪ Amount paid on your account | | |
| 1001 | Insurance Reserves | | |
| 1004 | Tax Reserves | | |
| | Other Reserves | | |
| 1009 | Aggregate Adjustment | | |
| | ▪ Amount paid to others on your behalf: | | |
| 803 | Appraisal Fee to: RAPID APPRAISALS, INC. | 200.00 | (200.00 POC/B) |
| 804 | Credit Reporting Fee to: FIRST AMERICAN CREDCO | 27.64 | |
| 903 | Hazard Insurance Premium | | |
| 809 | Document Preparation Fee to: FIRST UNION TITLE & REAL | 100.00 | |
| 1106 | Notary Fee | | |
| 1108 | Title Ins. Premium to: STEWART TITLE GUARANTY COMPANY | 2,258.75 | |
| 1201 | Recording Fee | | |
| | APPRAISAL FEE to: RAPID APPRAISALS, INC. | 420.00 | (420.00 POC/B) |
| | ABSTRACT/TITLE SEARCH to: STEWART TITLE GUARANTY COMPANY | 310.00 | |
| | TITLE EXAM FEE to: STEWART TITLE GUARANTY COMPANY | 135.00 | |
| | APPRAISAL REVIEW FEE to: Lender | 50.00 | |
| | Loan Proceeds to:FIRST UNION TITLE & REAL ESTATE SVCS, LLC | $668,940.18 | |
| | YIELD SPREAD PREMIUM to: Broker (.500%) (p.o.c.) $3,460.00 | | |
| | ▪ AMOUNT FINANCED | $ | 671,821.57 |
| | ▪ Prepaid Finance Charge | $ | 20,178.43 |

| | ▪ Itemization of Prepaid Finance Charge: | | ▪ Loan Amount $ 692,000.00 |
|---|---|---|---|
| 801 | Loan Origination Fee to: Broker | $ 13,840.00 | |
| 802 | Loan Discount Fee | | |
| 806 | Tax Service Fee to: Lender | 75.00 | |
| | Prepaid Interest ( 17 days) | | |
| 901 | @ 8.875 % per annum | 2,860.43 | |
| 902 | Mtge. Ins. Premium | | |
| 1002 | Mtge. Ins. Reserves | | This form does not cover all items you will be required to pay in cash at settlement, for example, deposits in escrow for real estate taxes and insurance may be different. You may wish to inquire as to the amounts of such other items. You may be required to pay other additional amounts to be settled. |
| 808 | Origination Fee | | |
| | PROCESSING FEE to: Broker | 1,080.00 | |
| | UNDERWRITING FEE to: Lender | 350.00 | |
| | CLOSING FEE to: FIRST UNION TITLE & REAL | 475.00 | |
| | FUNDING FEE to: Lender | 295.00 | |
| | ADMINISTRATION FEE to: Lender | 495.00 | |
| | DOCUMENT FEE to: Lender | 250.00 | |
| | FLOOD DETERMINATION to: Lender | 18.00 | |
| | ADMINISTRATION FEE to: Broker | 440.00 | |
| | | | ☐ All disclosures are estimates |
| | Total Prepaid Finance Charge | $ 20,178.43 | |

The undersigned acknowledge receiving and reading a completed copy of this disclosure.

| (Borrower) DODIE TAYLOR | (Date) | (Borrower) | (Date) |
|---|---|---|---|
| (Borrower) | (Date) | (Borrower) | (Date) |
| (Borrower) | (Date) | (Borrower) | (Date) |

GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

Loan Number: 1301211100

Date: 08/15/2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

# ADJUSTABLE RATE MORTGAGE LOAN PROGRAM DISCLOSURE INTEREST ONLY FIXED PERIOD LIBOR ARM

This disclosure describes the features of an Adjustable Rate Mortgage (ARM) program you are considering. Information about our other ARM programs will be provided upon request.

## HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED

- After the initial two years or three years of your loan (as applicable), your interest rate will be based on an index rate plus a margin. Please ask us for our current interest rates and margins.

- The "Index" is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*.

- Your initial interest rate for the first two or three years of your loan is not based on the index used to make later adjustments. If the initial interest rate will be below the sum of the then-current index plus margin (the "fully indexed rate"), which is a "discounted" interest rate. If the initial interest rate is above the fully indexed rate, then it will be a "premium" interest rate. Please ask us for our current interest rate discounts and premiums.

- During the first five years of your loan, as applicable, your payment will be based on the interest rate and loan balance. After the first five years of your loan, as applicable, your payment will be based on the interest rate, loan balance and remaining term.

## HOW YOUR INTEREST RATE AND PAYMENT CAN CHANGE

- Your interest rate can change after two years or three years (as applicable) and semi-annually thereafter.

- Each time your interest rate changes, the new interest rate will equal the sum of the index plus the margin, subject to the following limits:
  - Your interest rate will be rounded to the nearest 1/8%.
  - On the first change date, your interest rate will not increase by more than 1.5%.
  - On each subsequent change date, your interest rate will not increase or decrease by more than 1.5%.
  - Your interest rate will not increase by more than 7.0% over the term of the loan.
  - During the life of your loan, your interest rate will never be lower than your initial interest rate.

- Your monthly payment will cover interest only for the first five years of your loan. This means that your regular monthly payment will not reduce your loan balance.

- If you make voluntary principal payments during the interest only period, your required interest only payment will be reduced to reflect the decrease in your loan balance.

- After the first five years of your loan, the interest only period will end and your monthly payments will begin to reduce your loan balance. Because of this, your payments could increase substantially when the interest only period ends, even if your interest rate stays the same.

BC INTEREST ONLY (5YR) ARM DISCLOSURE WITH 1.5/7 CAPS
FE-4289 (0506)      Page 1 of 2      Form Filled Using *DocMagic*
800-649-1362 www.docmagic.com

- Your payment can change each time the interest rate changes and can increase or decrease substantially based on changes in the interest rate.

- You will be notified in writing at least 25 days, but no more than 120 days before the due date of a payment at a new level. This notice will contain information about the index, your interest rate payment amount, and loan balance.

*The examples below illustrate interest rate and payment changes based on a 30-year, $10,000 loan. These examples use an initial interest rate in effect on the first business day of January, 2005, and assume the maximum periodic increases in rates and payments.*

| | Examples of loans with a discounted interest rate (above sum of index and margin) | |
|---|---|---|
| | 2 year fixed/28 year LIBOR ARM | 3 year fixed/27 year LIBOR ARM |
| Initial Interest Rate | 5.00 % | 5.00 % |
| Maximum Interest Rate | 12.00 % | 12.00 % |
| Monthly Payment/First Year | $ 41.67 | $ 41.67 |
| Maximum Monthly Payment | $ 105.32 in the 6th year | $ 105.32 in the 6th year |
| | Examples of loans with a premium interest rate (above sum of index and margin) | |
| | 2 year fixed/28 year LIBOR ARM | 3 year fixed/27 year LIBOR ARM |
| Initial Interest Rate | 7.00 % | 7.00 % |
| Maximum Interest Rate | 14.00 % | 14.00 % |
| Monthly Payment/First Year | $ 58.33 | $ 58.33 |
| Maximum Monthly Payment | $ 120.38 in the 6th year | $ 120.38 in the 6th year |

*NOTE: To see what your payment would be, divide your mortgage amount by $10,000, then multiply the monthly payment by that amount. (For example, the monthly payment for a 30 year, 2 year fixed/28 year LIBOR ARM with a discounted interest rate would be: $60,000 ÷ $10,000 = 6; 6 x $ = $ per month)*

Borrower DODIE TAYLOR      Date     Borrower         Date

Borrower         Date     Borrower         Date

Borrower         Date     Borrower         Date

BC INTEREST ONLY (5YR) ARM DISCLOSURE WITH 1.5/7 CAPS
FE-4289 (0506)        Page 2 of 2        Form Filled Using *DocMagic*
800-649-1362 www.docmagic.com

Lender: ROYAL CROWN BANCORP

# CUSTOMER IDENTIFICATION VERIFICATION
## IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## INSTRUCTIONS TO INDIVIDUAL COMPLETING THIS VERIFICATION
The named individual must present at least two (2) forms of identifying documents for review; at least one (1) of the identifying documents must be a government-issued document bearing a photograph of the named individual. Other identifying documents not specifically listed below must, at a minimum, bear the individual's name. Examples of other acceptable identifying documents include: Current government-issued visa; Medicare card; student identification card; voter registration card; recent property tax or utility bill; most recent W-2 or signed federal or state tax returns; bank statements; and proof of car/house/renter's insurance coverage. Please contact the above-named Lender if you have any questions regarding the acceptability of any identifying document.

---

Borrower's Name: DODIE TAYLOR                     Date of Birth:
[X] Residential or [ ] Business Address:* 6555 SAUNDERS LAKE DRIVE S
                                  MINNETRISTA, MINNESOTA 55364
Taxpayer Identification Number (SSN):**

| Identifying Documents | Place of Issuance | ID Number | Date of Birth | Issue/Expiration Date(s) | Photo? |
|---|---|---|---|---|---|
| [ ] State/Foreign Driver's License | | | | | [ ] Yes [ ] No |
| [ ] State/Foreign ID Card | | | | | [ ] Yes [ ] No |
| [ ] U.S./Foreign Passport | | | | | [ ] Yes [ ] No |
| [ ] Military ID | | | | | [ ] Yes [ ] No |
| [ ] Resident Alien Card | | | | | [ ] Yes [ ] No |
| [ ] Social Security Card | | | | | |
| [ ] Birth Certificate | | | | | |
| [ ] Other: | | | | | [ ] Yes [ ] No |
| [ ] Other: | | | | | [ ] Yes [ ] No |

## ADDITIONAL COMMENTS
(e.g., please note any discrepancies in the borrower's identifying documents): _____

_____

Borrower Initials: _____  _____  _____  _____  _____  _____

## CERTIFICATION
I, the undersigned, hereby certify that: (i) I have personally examined the identifying documents indicated above presented to me by the named individual, (ii) I have accurately recorded the information appearing in the identifying documents I examined, and (iii) except as may be indicated above, each of the indicated identifying documents appears to be genuine, the information contained in the identifying documents is consistent in all respects with the information provided by the named individual, and, where applicable, the photograph appears to be that of the named individual.

_____                         _____
Signature                                        Date

_____
Name and Title

---

*For an individual without a residential or business address, provide an APO or FPO box number, or the residential or business address of next of kin or another contact person.
**For non-U.S. persons without a tax identification number, provide a passport number and country of issuance; an alien identification card number, or the number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

# BORROWER'S CERTIFICATION & AUTHORIZATION

### Certification

The undersigned certify the following:

1. I/We have applied for a mortgage loan from ROYAL CROWN BANCORP

("Lender").

In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the downpayment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2. I/We understand and agree that Lender reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

### Authorization to Release Information

To Whom It May Concern:

1. I/We have applied for a mortgage loan from Lender. As part of the application process, Lender and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to Lender and to any investor to whom you may sell my mortgage, and to the mortgage guaranty insurer (if any), any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3. Lender or any investor that purchases the mortgage, or the mortgage guaranty insurer (if any), may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

5. Your prompt reply to Lender, the investor that purchased the mortgage, or the mortgage guaranty insurer (if any) is appreciated.

6. Mortgage guaranty insurer (if any):

Right of Financial Privacy Act of 1978 Notice- The Department of Housing and Urban Development (HUD) and the Department of Veterans Affairs (VA) have the right to access financial information held by a financial institution in determining whether to qualify a prospective applicant under their respective loan programs. If you are applying for HUD or VA loan, your financial records will be made available to the requesting government agency without further notice to or authorization from you; such financial information will not be disclosed or released outside the requesting agency except as required or permitted by law. Prior to the time that your financial records are disclosed, you may revoke this authorization at any time; however, your refusal to provide the information may cause your application to be delayed or rejected. If you believe that your financial records have been disclosed improperly, you may have legal rights under the Right to Financial Privacy Act of 1978 (12 USC 3400 et seq.).

---

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

Borrower DODIE TAYLOR     Date     Social Security Number

---

Borrower     Date     Social Security Number

---

Borrower     Date     Social Security Number

---

Borrower     Date     Social Security Number

---

Borrower     Date     Social Security Number

---

Borrower     Date     Social Security Number

# Form 4506-T

Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
**Read the instructions on page 2.**

▶ **Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.**

OMB No. 1545-1872

Tip: Use Form 4506-T to order a transcript or other return Information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | | | |
|---|---|---|---|
| 1a | Name shown on tax return. If a joint return, enter the name shown first. <br><br> DODIE TAYLOR | 1b | First social security number on tax return or employer identification number (see instructions) <br><br> 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 |
| 2a | If a joint return, enter spouse's name shown on tax return | 2b | Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
DODIE TAYLOR
11913 70TH PLACE N, OSSEO, MINNESOTA 55369

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.
ROYAL CROWN BANCORP, 29400 KOHOUTEK WAY, STE. 150, UNION CITY, CALIFORNIA 94587

Caution: *If a third party requires you to complete Form 4506-T, do not sign Form 4506-T if lines 6 and 9 are blank.*

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ _____

  **a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days .. ☐

  **b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days .. ☐

  **c** Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days ........................................... ☐

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Most requests will be processed within 10 business days ..................................................................................... ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2003, filed in 2004, will not be available from the IRS until 2005. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days .......... ☐

Caution: *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

_____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

| | |
|---|---|
| | Telephone number of taxpayer on line 1a or 2a <br><br> ( ) |

**Sign Here**

▶ _____     _____
  Signature (see instructions)                     Date

▶ _____
  Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____     _____
  Spouse's signature                                Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.
Cat. No. 37667N

Page 1 of 2

Form 4506-T (Rev. 4-2006)
DocMagic *eForms* 800-649-1362
www.docmagic.com

## General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

**Note:** *If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

### Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 |
| | 978-247-9255 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| | 678-530-5326 |
| Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, West Virginia | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| | 512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nebraska, Nevada, New Mexico, Oregon, South Dakota, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 |
| | 559-253-4990 |
| Connecticut, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, North Dakota, Ohio, Wisconsin | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 |
| | 816-823-7667 |
| New Jersey, Pennsylvania, a foreign country, or A.P.O or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 |
| | 215-516-2931 |

### Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| | 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |
| | 859-669-3592 |
| A foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 |
| | 215-516-2931 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

---

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

For Privacy Act and Paperwork Reduction Act Notice, see page 2.
Cat. No. 37667N

Page 2 of 2

Form 4506-T (Rev. 4-2006)
*DocMagic eForms* 800-649-1362
*www.docmagic.com*

Form **W-9**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
DODIE TAYLOR

Business name, if different from above

Check appropriate box:
☐ Individual/ Sole proprietor
☐ Corporation
☐ Partnership
☐ Other ➤ _____
☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
11913 70TH PLACE N

City, state, and ZIP code
OSSEO, MINNESOTA 55369

Requester's name and address (optional)
ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE.
150, UNION CITY,
CALIFORNIA 94587

List account number(s) here (optional)
1301211100

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Social security number
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

or

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Employer identification number

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign
Here

Signature of
U.S. person ➤

Date ➤

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes you are considered a person if you are:
- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:
- The U.S. owner of a disregarded entity and not the entity,

Form W-9 (Rev. 11-2005)    Cat. No. 10231X

Form Filled Using *DocMagic*
800-649-1362 www.docmagic.com

■ The U.S. grantor or other owner of a grantor trust and not the trust, and

■ The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.**
Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 4 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules regarding partnerships on* page 1.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc.), then check the box for "Other" and enter "LLC" in the space provided.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

## Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.
Note. If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.
Exempt payees. Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for. . . |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13. Also, a person registered under the Investment Advisors Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt recipients 1 through 7[2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see Limited liability company (LLC) on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.
Note. See the chart on page 4 for further clarification of name and TIN combinations.

How to get a TIN. If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form on-line at www.socialsecurity.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/businesses and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting www.irs.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.
Note. Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.
Caution: A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see *Exempt From Backup Withholding* on page 2.

**Signature requirements.** Complete the certification as indicated in 1 through 5 below.

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5. Sole proprietorship or single-owner LLC | The owner[3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship or single-owner LLC | The owner[3] |
| 7. A valid trust, estate, or pension trust | Legal entity[4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one). If you are a sole proprietor, IRS encourages you to use your SSN.

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules regarding partnerships* on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

# ADDITIONAL CERTIFICATION

Loan Number: 1301211100

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

I/We have applied for a mortgage loan from the Lender. In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, additional real property obligations, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information. I/We am/are not aware of any third party who made any misrepresentations or omitted pertinent information on my behalf.

In particular, I/we certify the following:

## STATED INCOME DISCLOSURE                INITIAL: _____  _____

I/We have stated my/our total monthly gross income to be $ _____ . This figure is a true, correct, and accurate representation of my/our total monthly gross income. I/We understand that this figure will be relied upon by the Lender in making a lending decision regarding this loan.

## ADDITIONAL REAL PROPERTIES              INITIAL: _____  _____

In addition to the subject property, I/we have disclosed that I/we own _____ additional properties. I/We have disclosed all of my/our real property ownership on the "Schedule of Real Estate Owned" on the loan application. Other than the subject property, I/we further certify that I/we am/are not currently in the process of purchasing or pursuing another property for purchase within the next 120 days. I/We understand that my/our real property obligations are a substantial factor in the lending decision regarding this loan. I/We also understand that the Lender is relying upon my/our representation(s) that I/we own _____ additional properties when making a lending decision regarding this loan.

## FRAUD REPORTING                         INITIAL: _____  _____

I/We understand that the Lender will report any fraud discovered in the loan application or accompanying documents to any and all relevant administrative and law enforcement agencies.

By placing your initials next to each disclosure, Borrower warrants that they have read and understood each disclosure in its entirety.

| Borrower and SSN | Date | Borrower and SSN | Date |
| DODIE TAYLOR | | | |
| 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 | | | |

| Borrower and SSN | Date | Borrower and SSN | Date |

| Borrower and SSN | Date | Borrower and SSN | Date |

# ADDRESS CERTIFICATION

MORTGAGOR: DODIE TAYLOR

I hereby certify that the above referenced mortgaged property is located at the address indicated below, and that the correct mailing address of the mortgagor is also indicated below:

The complete PROPERTY street
address is as follows:

6555 SAUNDERS LAKE DRIVE S
(Street)

MINNETRISTA
(City)

MINNESOTA                          55364
(State)                            (Zip Code)

The complete MAILING address is
as follows:

11913 70TH PLACE N
(Street)

OSSEO
(City)

MINNESOTA                          55369
(State)                            (Zip Code)

Certified By
Closing Agent: _____
                MOLLIE

If the MAILING ADDRESS is the same as the PROPERTY ADDRESS, please indicate "SAME ADDRESS" in the space allocated for the mailing address.

# APPRAISAL DISCLOSURE

Lender: ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

Date: AUGUST 15, 2006

Borrower Name(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MINNESOTA 55364

**You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.**

Contact: PATTIE SMITH

Lender/Broker: ROYAL CROWN BANCORP

Address: 29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

Telephone: (510)487-6925

In your letter, give us the following information:

LOAN OR APPLICATION NUMBER, IF KNOWN, DATE OF APPLICATION, NAME(S) OF LOAN APPLICANT(S), PROPERTY ADDRESS, AND YOUR CURRENT MAILING ADDRESS.

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |