# ROYAL CROWN BANCORP

## 24307 SOUTHLAND DRIVE, HAYWARD, CALIFORNIA 94545

# ATTENTION: ESCROW & TITLE COMPANIES

PLEASE ACKNOWLEDGE THAT _ALL_ CHECKS ARE TO BE MADE PAYABLE TO <u>ROYAL CROWN BANCORP</u> EXCEPT CREDIT REPORTS & APPRAISALS.

ROYAL CROWN BANCORP ISSUES BROKER CHECKS UPON RECEIVING ESCROW & TITLE COMPANY CHECKS.

PLEASE SIGN AND DATE THE BOTTOM TO INSURE THAT YOU HAD READ THIS AGREEMENT.

X _____

SIGNATURE OF ESCROW OFFICER

X _____

PRINT NAME

X _____

DATE

Phone: 1-877-50 ROYAL · Fax: 510-786-9111 · www.crownloan.com

# BORROWER'S CERTIFICATION

Loan Number: 1301211100

Date: AUGUST 15, 2006

Borrower's Name: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned Borrower(s) certifies to Lender the following:

1.  The loan terms stated on the Application for the above referenced loan are true, accurate, and complete.

2.  Funds used to close the above referenced loan are not a gift and are from Borrower's own funds.

3.  Borrower has  2  months PITI reserves available after closing, exclusive of cash-out proceeds.

4.  Borrower and co-borrower, if applicable, are currently employed as stated on the Application.

5.  This transaction is not a non-arms length transaction.

_____
Borrower
DODIE TAYLOR

_____
Borrower

_____
Borrower

_____
Borrower

_____
Borrower

_____
Borrower

# CERTIFICATE OF LOANS TO ONE BORROWER

Loan Number: 1301211100

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned Borrower hereby certifies and represents to ROYAL CROWN BANCORP

("Lender")

that the total of all loans made by said Lender to the undersigned Borrower, including the loan hereby applied for, and to all other persons and entities which are required to be included in computing said total is as follows:

(1)  This loan $ 692,000.00

(2)  Other loans applied for or made (if none, state "no exceptions"; if any, complete the information for each loan and/or loan application):

| NAME OF BORROWER | LOAN NUMBER | LOAN AMOUNT |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

I/We understand that the persons and entities which are required to be included are as follows:

(1)  Any person or entity that is, or that upon making of a loan will become, obligor on a loan on the security of real estate;

(2)  Nominees of such obligor;

(3)  All persons, trusts, partnerships, syndicates and corporations of which such obligor is a nominee or a beneficiary, partner, member, or record or beneficial stockholder owning ten percent or more of the capital stock, or a nominee of any of these persons;

(4)  If such obligor is a trust, partnership, syndicate or corporation, all trusts, partnerships, syndicates and corporations of which any beneficiary, partner, member of record or beneficial stockholder owning ten percent or more of the capital stock, is also a beneficiary, partner, member of record or beneficial stockholder owning ten percent or more of the capital stock of such obligor and;

(5)  Members of the immediate family of any borrower.

Each of the undersigned, including, where the borrower is a corporation or partnership, each of the persons executing this certificate on behalf of such corporation or partnership, hereby certifies under penalty of perjury that the foregoing is true and correct.

Executed at FIRST UNION TITLE & REAL ESTATE SVCS, LLC - 6600 CITY WEST PKWY, STE. 350, EDEN PRAIRIE, MINNESOTA 55344

_____
DODIE TAYLOR

# COMPLIANCE AGREEMENT

STATE OF MINNESOTA )
                                  ) SS.

COUNTY OF HENNEPIN )

Loan Number: 1301211100

Seller(s): MICHEL I PRITCHARD

Lender: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned borrower(s) for and in consideration of the above referenced Lender this date funding the closing of this loan agrees, if requested by Lender or Closing Agent for Lender, to fully cooperate and adjust for clerical errors, any or all loan closing documentation if deemed necessary or desirable in the reasonable discretion of Lender to enable Lender to sell, convey, seek guaranty or market said loan to any entity, including but not limited to, an investor, Fannie Mae, Freddie Mac, Federal Housing Authority, the Department of Veterans Affairs or any municipal bonding authority.

The undersigned borrower(s) agree(s) to comply with all above noted requests by Lender or Closing Agent for Lender within 30 days from the date of mailing said requests. Borrower(s) agree(s) to assume all costs including, by way of illustration and not limitation, actual expenses, legal fees and marketing losses, for failing to comply with correction requests in such 30-day time period.

The undersigned borrower(s) do hereby so agree and covenant in order to assure that the loan documentation executed this date will conform and be acceptable in the market place in the instance of transfer, sale or conveyance by Lender or its interest in and to said loan documentation.

Dated effective

_____
DODIE TAYLOR

_____

_____

_____

_____

_____

Sworn to and subscribed before me this        day of

_____
Notary Public

(Seal)

My Commission Expires:

DocMagic *eForms* 800-649-1362
www.docmagic.com

# DOCUMENTATION CORRECTION COMPLIANCE AGREEMENT

Loan Number: 1301211100

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

If deemed necessary by ROYAL CROWN BANCORP , its successors and/or assigns ("Lender"), or the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Federal Housing Authority, the Department of Veterans Affairs, or a Secondary Mortgage Market investor, the undersigned borrower(s), for and in consideration of the funding and closing of this loan, agrees to fully cooperate and adjust for clerical errors on any or all loan documentation as requested by Lender or the closing agent of this loan.

The undersigned borrower(s) does hereby so agree and covenant in order to assure that the documentation for said loan will conform and be acceptable in the marketplace in the instance of transfer, sale or conveyance by Lender of its interest in and to said loan documentation.

If the undersigned borrower(s) fails, within 15 days of such request, to execute any documents or take any other action requested by Lender or the closing agent for the purpose of correcting errors, Lender or the closing agent may institute an action or proceeding against the borrower(s) relating to the provisions herein. In that event, Lender or the closing agent shall be entitled to recover from the borrower(s) its reasonable costs, expenses and attorneys' fees.

DATED effective this                    day of

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|

| Borrower | Date | Borrower | Date |
|---|---|---|---|

| Borrower | Date | Borrower | Date |
|---|---|---|---|

State of MINNESOTA )
County of HENNEPIN )ss: )

On
personally appeared DODIE TAYLOR                    before me

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.                    Signature: _____ (seal)

My commission expires:

(This area for official notarial seal)

# ESCROW WAIVER

Loan Number: 1301211100

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

ROYAL CROWN BANCORP ("Lender")
hereby waives its normal requirement providing for the escrow of, among other things, and to the extent applicable, taxes, insurance, ground rents and assessments.

Borrower hereby agrees to pay these items promptly when due and to provide receipts to Lender upon request as proof of payment. Failure to pay such items when due or to make mortgage payments as agreed shall give Lender the right to reinstate the requirement that these items be paid to Lender to be placed in escrow and paid monthly for the remaining term of the loan.

Borrower hereby acknowledges and understands that the consequences of not establishing an escrow account may include, without limitation, the following:

   (1)   Borrower may incur fees associated with this escrow waiver;

   (2)   Borrower is responsible for personally and directly paying the non-escrowed items in addition to paying the mortgage loan payment; and

   (3)   If Borrower fails to pay non-escrowed items, Lender may obtain the required insurance on Borrower's behalf at a potentially higher cost (which may include any potential commission payments to the Lender), and/or there could be reduced coverage for Borrower of the insurance Lender obtains.

The undersigned hereby agrees to these terms and conditions.

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DocMagic *eForms* 800-649-1362
www.docmagic.com

# FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The Federal Agency that administers compliance with this law concerning this creditor is:

    Federal Trade Commission
    Equal Credit Opportunity
    Washington, DC 20580
    (202)724-1140

I/We acknowledge that I/we have received a copy of this notice.

| | |
|---|---|
| DODIE TAYLOR _____ Date | _____ Date |
| _____ Date | _____ Date |
| _____ Date | _____ Date |

DocMagic eForms 800-649-1362
www.docmagic.com

# HOMEOWNER/FIRE INSURANCE REQUIREMENTS

Loan No.: 1301211100

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Lender: ROYAL CROWN BANCORP

Case #:

Branch: UNION CITY

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

Lender and FHA/VA have basic, minimum, hazard insurance requirements related to housing encumbered by deed of trust or mortgages owned or serviced by Lender which are as follows:

1. Coverage must be at least fire and extended coverage with "special" form coverage endorsement i.e.: fire only-DP# or DF#; homeowner's policy-H03 (as opposed to "Broad" form -H02).
2. The amount of coverage must be equal to at least the unpaid principal balance or replacement value, per State regulation of the loan. If a property appraisal is provided separating valuations for the land and the improvements is covered or if there is a replacement cost guaranty (must specify-Dwelling not personal property).
3. Insurer must be rated "B III" or better in Best's Key Rating Guide or "A" or better in Demotech, Inc.'s Hazard Insurance Financial Stability Ratings.
4. All policies, invoices, and correspondence must refer to Lender's loan/account number; this is to be ascertained by insurers and their agents through communication with the insured.
5. All mid-term substitution policies must be accompanied by a signed paid receipt and a borrower's signed authorization (when changing agents) in addition to meeting all criteria contained herein.
6. Unless required by statute, binders are not acceptable. When accepted, term of binder cannot exceed 60 days.
7. On all GPM loans (graduated payment) the insurance coverage must be in an amount no less than the total deferred amount of the loan. The insurance agent must contact our office for that amount prior to his writing the policy. Your total minimum insurance coverage must be no less than $
8. The mortgagee clause must read ROYAL CROWN BANCORP
   IT SUCESSOR AND OR ASSIGNS
   29400 KOHOUTEK WAY, STE. 150
   UNION CITY, CALIFORNIA 94587
9. NON-IMPOUNDED/NON-ESCROWED ACCOUNTS: Lender requires a renewal date. Lender will force place coverage.
THE REQUIREMENTS BELOW RELATE TO ACCOUNTS WHEREIN LENDER MAINTAINS AN IMPOUND/ESCROW FOR PAYMENT OF HAZARD INSURANCE PREMIUMS.
10. Lender requires billing 30 days in advance of renewal date. Accounts for which bills are not received on or before the renewal date will result in force placed coverage.
11. Invoices for payment must indicate total premiums to be paid for the hazard insurance coverage of only the mortgaged property.
12. Lender will only disburse up to $100.00 for additional premiums negotiated, on an interim basis, between an insured and insurer/agent. (Exception: Earthquake Additions.)
13. Lender will not object to multi-year and/or continuous policies; however, if to be paid annually, all prior Lender requirements stated herein apply. A hazard insurance policy may take several weeks to procure and accordingly, you should not delay contacting the appropriate providers. Lender may be able to offer you this service should you elect to request it. THE FAILURE TO PROCURE A POLICY AND PROVIDE IT TO LENDER MAY DELAY THE LOAN CLOSING.

## FLOOD INSURANCE CERTIFICATION

--- If the property I am purchasing is not in Flood Zone A or V, flood insurance is not mandatory. I am aware that the possibility of flood damage may still exist and in the event of damage from flood there will be no government or lender assistance. If the property is located in Zone B, flood insurance is not mandatory but is available and flood insurance may be purchased now or at a later date.

--- I am also aware that the purchase of flood insurance may be required by law at a later date by virtue of the community becoming eligible for protection under the Flood Disaster Protection Act of 1973, P.L. 93-234. In this event, I will be required to pay the first year's premium in advance and escrow monthly payments. My signature below authorizes Lender, or its assigns, to place the insurance at a later date if it becomes mandatory.

## DESIGNATION OF INSURANCE CARRIER

☐ I, the undersigned, state that I have been given the option of choosing any hazard insurance carrier for the purpose of insuring our home against perils of fire, etc; further that I have selected to so insure with:

| (Name of Company Selected) | Agents Name | Phone Number |
|---|---|---|

| | | | |
|---|---|---|---|
| Borrower DODIE TAYLOR | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# HOMEPAY PLUS<sup>SM</sup> ENROLLMENT FORM

Loan Number: 1301211100

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

HomePay Plus<sup>SM</sup>, your Lender's Automatic Payment Service is a **FREE** and convenient service we offer our customers. It accommodates your desired payment schedule with a choice of four withdrawal dates and allows your to apply additional principal if you wish. Each month your mortgage will be conveniently and automatically paid from your bank account for you.

☐ Yes, I do authorize my Lender to initiate HomePay Plus<sup>SM</sup> debits to my bank account in order to make use of this **FREE** and convenient service.

Is this a refinance?     Yes ☐     No ☒

I authorize Lender to debit my account each month on the day checked below:

(check one) (   )1st      (   )3rd      (   )5th      (   )10th

If the date I select falls on a holiday or weekend, the payment will be debited on the next business day.

I would like to supplement my principal payment each month, and I have indicated the amount here; otherwise, leave blank; I'd like to make additional principal payments of $ _____ per month.

## Tape voided blank check here (Do Not Use Staples)

| | |
|---|---|
| Jane Doe<br>12345 Main Street<br>Anytown, USA 99999 | 5678<br>18-68-1220 |

V

Pay to the
Order of          O          $ ☐

Dollars

My Financial Institution
5432 First Avenue
Anytown, USA 99999          I

D

Memo
l:1220006811: 6978"1 17169"1 99999"1

**IMPORTANT:** I understand that HomePay Plus<sup>SM</sup> WILL NOT TAKE PLACE IF MY LOAN IS DELINQUENT, and, in such case, I must remit all payments directly to Lender. Provided that my continued use of HomePay Plus<sup>SM</sup> has been approved by Lender, HomePay Plus<sup>SM</sup> will resume automatically when my loan has been brought current. Any HomePay Plus<sup>SM</sup> debit which occurs when there are insufficient funds in my designated account will be reversed; if there remain insufficient funds on the Lender's second attempt to debit my account, I will be responsible for sending replacement funds to Lender via certified funds or personal check, along with any late fees or penalties. I agree that I will be charged a fee up to $25.00 (unless limited by law) for each HomePay Plus<sup>SM</sup> debit that is reversed. If my loan has an escrow account for taxes or insurance or my loan provides for variable payments (i.e. an adjustable rate mortgage), I understand HomePay Plus<sup>SM</sup> will automatically adjust to any new payment amount which results from a change in the escrow requirements or the principal and interest payment amount. I will be notified of any such adjustments. This HomePay Plus<sup>SM</sup> authorization shall remain in effect until Lender receives my written notice of cancellation and Lender has a reasonable time to cancel the HomePay Plus<sup>SM</sup> service, or Lender cancels this service on at least ten day advance notice to me, or my loan is paid in full (whichever occurs first).

Borrower Signature DODIE TAYLOR          Date     Borrower Signature          Date

Borrower Signature          Date     Borrower Signature          Date

Borrower Signature          Date     Borrower Signature          Date

If this request was not submitted during the application process, please fax or forward to:
EPS Fax Number: (805)520-5191
Electronic Payment Systems, P.O. Box 10281, Van Nuys, CA 91410-0281

ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587                    Loan Number: 1301211100

# ·LOAN SERVICING DISCLOSURE STATEMENT

NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. § 2601 et seq.) you have certain rights under that Federal Law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

## TRANSFER PRACTICES AND REQUIREMENTS

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect-call telephone number of the new servicer, and toll-free or collect-call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions about the transfer of servicing. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

## COMPLAINT RESOLUTION

Section 6 of RESPA (12 U.S.C. § 2605) gives you certain consumer rights, whether or not your loan servicing is transferred. If you send a "qualified written request" to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account; or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

## DAMAGES AND COSTS

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

## SERVICING TRANSFER ESTIMATED BY LENDER

1. The following is the best estimate of what will happen to the servicing of your mortgage loan:
   __XX__ We are able to service your loan and presently intend to do so.
   _____ We do not service mortgage loans and we presently intend to assign, sell, or transfer the servicing of your mortgage loan. You will be informed about your servicer.
2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is between: 100
This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.
3. This is our record of transferring the servicing of the mortgage loans we have made in the past:

| YEAR | PERCENTAGE OF LOANS TRANSFERRED |
|------|---------------------------------|
| 2003 | 100.00% |
| 2004 | 100.00% |
| 2005 | 100.00% |

This information ☒ does ☐ does not include assignments, sales or transfers to affiliates or subsidiaries.

ROYAL CROWN BANCORP

_____          AUGUST 15, 2006
Lender's Authorized Representative          Date

# ACKNOWLEDGMENT OF MORTGAGE APPLICANT

I/We have read this disclosure form, and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

| | |
|---|---|
| Applicant's Signature — DODIE TAYLOR     Date | Applicant's Signature     Date |
| Applicant's Signature     Date | Applicant's Signature     Date |
| Applicant's Signature     Date | Applicant's Signature     Date |

# NON-AGENCY DISCLOSURE
## [MINN. STAT. §58.15]

Originator: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

ROYAL CROWN BANCORP **IS NOT ACTING AS YOUR AGENT IN CONNECTION WITH OBTAINING A RESIDENTIAL MORTGAGE LOAN. WHILE WE SEEK TO ASSIST YOU IN MEETING YOUR FINANCIAL NEEDS, WE CANNOT GUARANTEE THE LOWEST OR BEST TERMS AVAILABLE IN THE MARKET.**

By signing below, I hereby acknowledge receipt of a true copy of this disclosure.

| | |
|---|---|
| Applicant DODIE TAYLOR _____ Date | Applicant _____ Date |
| Applicant _____ Date | Applicant _____ Date |
| Applicant _____ Date | Applicant _____ Date |

Lender: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## NOTICE OF RIGHT TO DISCONTINUE ESCROW

If your mortgage loan involves an escrow account for taxes and homeowner's insurance, you may have the right in five years to discontinue the account and pay your own taxes and homeowner's insurance. If you are eligible to discontinue the escrow account, you will be notified in five years.

MN Revised Statute 47.20(9)(b)

## ADDITIONAL ESCROW ACCOUNT INFORMATION

If you are eligible to discontinue the escrow account, but the escrow account has a negative balance or a shortage at the time you request discontinuance, your escrow account may not be discontinued until the escrow account is balanced or the shortage has been repaid. Any funds remaining in the escrow account will be returned to you within 60 days after receipt of your written notice of election to discontinue the escrow account. You will not be charged a direct fee for the administration of the escrow account, nor shall you be charged a fee or other consideration for discontinuing the escrow account.

☒ The above-named Lender will not require you to establish and maintain an escrow account for the payment of insurance premiums, property taxes or other applicable charges affecting the property securing repayment of your loan, and you will be legally responsible for the payment of all such premiums, taxes and charges.

☐ The above-named Lender will require you to establish and maintain an escrow account with the Lender for the payment of insurance premiums, property taxes or other applicable charges affecting the property securing repayment of your loan.

By signing below, the undersigned acknowledge receipt of a copy of this disclosure.

| Borrower<br>DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# PREPAYMENT PENALTY DISCLOSURE

Date: AUGUST 15, 2006

Mortgage Originator: ROYAL CROWN BANCORP

Applicant(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## THIS IS VERY IMPORTANT

## THIS LENDER CHARGES YOU A SUBSTANTIAL PENALTY IF YOU PAY OFF OR REFINANCE YOUR LOAN BEFORE MATURITY. ASK THE LENDER HOW MUCH THE PENALTY WILL BE FOR YOUR LOAN.

Each of the undersigned applicants hereby acknowledges receiving a copy of this disclosure.

| Applicant DODIE TAYLOR | Date | Applicant | Date |
|---|---|---|---|
| Applicant | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

MINNESOTA PREPAYMENT PENALTY DISCLOSURE
MINNESOTA STATUTES SECTION 58.137 MAX AMOUNTS
06/30/06

DocMagic *eForms* 800-649-1362
www.docmagic.com

# RESIDENTIAL MORTGAGE ORIGINATOR SERVICES AGREEMENT

Mortgage Originator: ROYAL CROWN BANCORP

Applicant(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

This Residential Mortgage Originator Services Agreement (the "Agreement") sets forth, among other things, a general description of some of the services that the above-named residential mortgage originator ("we," "us" and "our") will provide in connection with your residential mortgage loan application, and our compensation for such services.

## OUR RELATIONSHIP WITH YOU

This Agreement creates a fiduciary relationship between you and us. As a result of this relationship, we owe you certain fiduciary duties, including by way of example and not limitation, the duty to act honestly, loyally and in your best interest; the duty to follow your instructions; and the duty to disclose to you all material facts of which we have knowledge.

## DESCRIPTION OF OUR SERVICES

Our services are advisory and administrative in nature. We will enter into separate independent contractor agreements with various lenders. While we seek to assist you in meeting your financial needs, we do not distribute the products of all lenders or investors in the market. Furthermore, while we will attempt to obtain the best possible terms, we cannot guarantee the lowest price or best terms available in the market. Finally, we cannot guarantee acceptance into any particular loan program or promise any specific loan terms or conditions. Our services may include, but are not limited to, the following:

- Taking information from you and filling out a loan application;
- Analyzing your income and debt and pre-qualifying you to determine the mortgage for which you qualify;
- Educating you in the home financing process, advising you about the different types of loan products available, and demonstrating how closing costs and monthly payments could vary under each product;
- Collecting financial information (such as tax returns, bank statements and the like) and other related documents that are part of the application process;
- Initiating and/or ordering: verifications of employment (VOEs); verifications of deposit (VODs); requests for mortgage and other loan verifications; appraisals; and inspections or engineering reports;
- Providing required federal and state disclosures and notices to you;
- Assisting you in understanding and clearing credit problems;
- Maintaining regular contact with you and others involved in the application process (such as realtors and the lender) between application and closing to apprise you and them of the status of the application and gather any additional information as needed;
- Ordering legal documents;
- Determining whether the property is located in a flood zone or ordering such service; and
- Participating in the loan closing.

We will continue to provide these services until your loan is closed or you terminate our services for any reason, whichever occurs earlier.

DocMagic eForms 800-649-1362
www.docmagic.com

## OUR COMPENSATION

The lenders whose loan products we distribute generally provide their loan products to us at a wholesale rate. The retail price we offer to you (that is, your interest rate, points, fees and charges) will include our compensation. Examples of our total compensation are as follows:

- We may receive all of our compensation from you. We may charge you a fee (often designated as a "mortgage broker fee," broker fee," and/or "origination fee") for our services, but we would not receive any compensation from the lender.

- We may receive all of our compensation from the lender. You may be able to pay all of our compensation indirectly through a higher interest rate, in which case our compensation will be paid to us directly by the lender. The lender may also pay additional compensation to us based on: (i) the value of the mortgage loan or related servicing rights in the market place (often designated as a "servicing release premium" or "SRP"), or (ii) other services performed by us for, or goods or facilities provided by us to, the lender (often designated as a "yield spread premium" or "YSP").

- We may receive some of our compensation from you and some of our compensation from the lender.

In all cases, our total compensation will be reasonably related to the total value of goods or facilities provided or services performed by us in connection with your loan application. The total amount of our compensation will be disclosed to you prior to closing.

## ADVANCE FEES

Listed below are estimates of the fees you must pay in advance in connection with your loan application. You may also be obligated to pay other charges that are not disclosed in this Agreement. Estimates of such other charges are shown on the Good Faith Estimate of settlement charges and are generally nonrefundable unless applicable law requires otherwise.

| Fee | Description | Amount | Terms and Conditions of Refundability |
|---|---|---|---|
| Application Fee | Covers the cost of determining whether you qualify for the loan, and/or processing, verifying and preparing your loan application for submission to a lender. | $ | Nonrefundable unless otherwise provided by applicable law. |
| Appraisal Fee | Paid to an appraiser to determine the value of the property securing repayment of the loan. | $420.00 | The full amount will be refunded until the appraisal is performed; once the appraisal is performed, the fee becomes nonrefundable. |
| Credit Report Fee | Paid to a credit reporting agency for a report that discloses, among other things, your past credit payment history. | $ | The full amount will be refunded until the credit report is provided; once the credit report is provided, the fee becomes nonrefundable. |
| Other Third Party Fee: | Paid for goods provided or services performed. | $ | The full amount will be refunded until the goods are provided or the services are performed; once the goods are provided or the services are performed, the fee becomes nonrefundable. |

*DocMagic EForms* 800-649-1362
*www.docmagic.com*

Generally, these services will be performed within 30 days from the date of this Agreement. If the actual cost exceeds the estimate, you agree to pay any shortfall. We will refund any amounts collected in excess of the actual cost.

## TRUST ACCOUNT INFORMATION
If we have solicited or received any advance fees, we will deposit such fees into the following designated trust account:

## MAXIMUM INTEREST RATE
The maximum rate of interest to be charged on any residential mortgage loan obtained by us on your behalf will FIFTEEN AND 875/1000 percent ( 15.875 %).

## OTHER SIGNIFICANT INFORMATION
While we will make a good faith effort to process your loan application as expeditiously as possible, certain types of situations that are unknown to us at the time your application is taken could affect the processing of your loan application and the fees and charges you may be obligated to pay, including, but not limited to, the following:

1. an appraisal value of the property that is different from the value as estimated by you;
2. credit obligations that you fail to disclose;
3. a change in your financial circumstances that would result in your ineligibility for the loan; and
4. a material change or discontinuation of a loan program by an investor or other entity, such as the U.S. Department of Housing and Urban Development, the Veterans' Administration or a private investor.

## YOUR RIGHT TO CANCEL THIS AGREEMENT
You have an unconditional right to rescind this Agreement at any time until midnight of the third business day after the day on which the Agreement is signed. To cancel, you must provide written notice to us expressing your intention not to be by this Agreement at our address stated in this Agreement. If you send a notice of cancellation to us by mail, your notice is effective upon deposit of a properly addressed, postage prepaid in a mailbox. You may not waive your right to rescind as provided herein.

## PRIOR FUNDINGS RESULTING FROM OUR SERVICES
With respect to the 12-month period ending 10 business days prior to the date of this Agreement, the percentage of our customers for whom loans have actually been funded as a result of our services is approximately percent ( %).

## CONTACT INFORMATION
If you have any questions regarding your application or this Agreement, please contact us at:

- ROYAL CROWN BANCORP
- 29400 KOHOUTEK WAY, STE. 150
- UNION CITY, CALIFORNIA 94587
- Phone: (510) 487-6925

| | |
|---|---|
| Mortgage Originator | Date |

PATTIE SMITH
Print Name

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS MORTGAGE LOAN ORIGINATION DISCLOSURE STATEMENT.

Applicant DODIE TAYLOR                      Date        Applicant                                   Date

Applicant                                   Date        Applicant                                   Date

Applicant                                   Date        Applicant                                   Date

RESIDENTIAL MORTGAGE ORIGINATOR SERVICES AGREEMENT
MN STATS. SECTION 58.16
05/01/04
Page 4 of 4

DocMagic eForms 800-649-1362
www.docmagic.com

# MORTGAGE INSURANCE DISCLOSURE
## (ALL STATES EXCEPT NEW YORK)

Loan Number: 1301211100

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

You have applied for a loan that requires mortgage insurance ("MI"). We offer a variety of MI choices, and the information below will help you decide which type of MI is right for you. Not all of these types of MI are available for all loan types. Be sure to ask your mortgage professional if any types of MI are not available for the loan program you have chosen.

Regardless of the type of coverage you select, mortgage insurance reimburses the lender or its assigns for losses that may be incurred if you default on your loan. It may seem to you as if mortgage insurance does not provide a direct monetary benefit to you. However, it provides a definite indirect benefit in that it allows us to offer our loan programs at lower down payment amounts than would normally be required. Mortgage insurance is typically required for any loan that is not insured or guaranteed by the federal government when the equity in the property is less than 20% for owner-occupied properties or 25%-30% for second homes and rental properties.

## TRADITIONAL BORROWER-PAID MORTGAGE INSURANCE

With Borrower-Paid Mortgage Insurance ("BPMI"), the monthly mortgage insurance premium is added to your payment every month. In most cases, there will be an initial MI premium amount due at closing, which will be added to your closing costs. Traditional borrower-paid mortgage insurance premiums are generally not tax deductible (consult your tax advisor).

## TAX ADVANTAGE MORTGAGE INSURANCE

Tax Advantage Mortgage Insurance ("TAMI") is lender-paid mortgage insurance that can offer you significant benefits that are not available with traditional mortgage insurance, including:

- No MI premium paid at closing.
- You may have lower total monthly payments.
- You may save hundreds of dollars.
- TAMI may be tax deductible if you itemize deductions on your federal income tax return.*

We offer two types of Tax Advantage Mortgage Insurance: Monthly TAMI, where your interest rate is increased, and One-Time TAMI, where your loan balance increases by          origination points. (TAMI is not available on all loan programs.)

Here is an illustration of how traditional borrower-paid mortgage insurance compares to the two types of Tax Advantage MI, based upon the terms of your specific loan (and assuming a 28% tax bracket):

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06
Page 1 of 4

DocMagic eForms 800-649-1362
www.docmagic.com

## LOAN PROFILE

Product: 327 LIBOR SUBPRIME 5YR I.O. (1.5/7 CAPS) - COUNTRYWIDE
Loan-to-Value: 80.000%
Loan Amount: $692,000.00
Interest Rate: 8.875%

| | Monthly BPMI | Monthly TAMI | One-Time TAMI |
|---|---|---|---|
| Add-on in Points for One-Time TAMI Option | N/A | N/A | N/A |
| Adjusted Loan Amount for One-Time TAMI Option | N/A | N/A | N/A |
| Add-on in Rate for Monthly TAMI Option | N/A | | N/A |
| Adjusted Interest Rate for Monthly TAMI Option | N/A | | N/A |
| Monthly P&I Payment [4] | N/A | | N/A |
| Monthly MI Premium | N/A | N/A | N/A |
| Monthly Pre-Tax Payment | N/A | | N/A |
| Total First Year Interest Paid | N/A | | N/A |
| Average Monthly Interest Paid (average per month) ** | N/A | | N/A |
| Average Monthly Tax Deduction (at 28% tax bracket) | N/A | | N/A |
| Effective Monthly Payment After Taxes | N/A | | N/A |
| BPMI Closing Costs | N/A | $0.00 | $0.00 |
| Payment Savings First Year - Pre-Tax [1] ** | N/A | | N/A |
| First Year Tax Savings - Monthly Payment Only [2] ** | N/A | | N/A |
| First Year Tax Savings - Purchase including MI Points [3] ** | N/A | | N/A |
| First Year Tax Savings - Refinance, including MI Points [3] ** | N/A | | N/A |

[1] BPMI Pre-Tax Payment minus TAMI Pre-Tax Payment times 12.
[2] BPMI After-Tax Payment minus TAMI After-Tax Payment times 12 plus BPMI Closing Costs.
[3] One-Time TAMI First Year Tax Savings (Monthly Payment Only) plus 28% of the One-Time TAMI Add-on Points.
[4] For InterestFirst / Interest Only programs, this amount represents a Monthly Interest Only payment.
** Monthly averages are used for purposes of illustration only.

*CONSULT A TAX ADVISOR FOR ADVICE ON THE EXTENT TO WHICH INTEREST OR POINTS ON A LOAN WITH LENDER PAID MORTGAGE INSURANCE ARE TAX DEDUCTIBLE AND WHETHER DIFFERENT RULES APPLY TO PURCHASE AND REFINANCE TRANSACTIONS.

The example below shows how the costs of Borrower-Paid MI, Monthly TAMI and One-Time TAMI compare over a 10-year period for a typical transaction. This example is based on the following assumptions:

| | | | |
|---|---|---|---|
| Appraised Value of Property: | $150,000 | Interest Rate: | 8.250% |
| Loan Amount: | $135,000 | Monthly TAMI Rate Add-on: | 0.500% |
| Loan-to-Value Ratio: | 90% | One-Time TAMI Additional Points: | 3.000% |
| Loan Term: | 30 years | BPMI Annual Cost: | 0.520% of orig. loan amt. |

| Year | BPMI Average Principal Balance | BPMI Annual Cost | Monthly TAMI @ .625% Rate Add-on Before Tax | Monthly TAMI @ .625% Rate Add-on After Tax @ 28% tax rate | One-Time Tami @ 3.000% Add-on Before Tax | One-Time Tami @ 3.000% Add-on After Tax @ 28% Tax Rate |
|---|---|---|---|---|---|---|
| 1 | $134,464 | $702 | $672 | $484 | $4,050 | $2916 |
| 2 | $133,345 | $702 | $667 | $480 | ** | ** |
| 3 | $132,130 | $702 | $661 | $476 | ** | ** |
| 4 | $130,811 | $702 | $654 | $471 | ** | ** |
| 5 | $129,379 | $702 | $647 | $466 | ** | ** |
| 6 | $127,824 | $702 | $639 | $460 | ** | ** |
| 7 | $126,136 | $702 | $631 | $454 | ** | ** |
| 8 | $124,304 | $702 | $622 | $447 | ** | ** |
| 9 | $122,314 | $702*** | $612 | $447 | ** | ** |
| 10 | $120,154 | $702*** | $601 | $433 | ** | ** |
| Total Cost | | $7,020 | $6,404 | $4,611 | $4,050 | $2,916 |
| Monthly Payment including MI | $1,072.71 | | $1,062.05 | | $1,044.64 | |

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06
Page 2 of 4

DocMagic eForms 800-649-1362
www.docmagic.com

The above example assumes that all payments are made as scheduled and that there is no change in your tax rates. **With One-Time TAMI, the points are financed. In this example, for Borrower-Paid MI and Monthly TAMI the beginning principal balance is $135,000; for One-Time TAMI, the beginning principal balance is $139,050. Loans with TAMI will amortize differently from loans with BPMI because of the differing interest rates and beginning principal balances. In this example, the loan balance after 10 years is $119,030 for the loan with BPMI, $120,180.24 for the loan with Monthly TAMI and $122,600.44 for the loan with One-Time TAMI. The principal reduction averages $47.91 more each year for One-Time TAMI and 115.07 less each year for Monthly TAMI. ***In this example, if the conditions for cancellation of BPMI at 80% had been met, the BPMI Annual Cost for the 10th year would be $351. Your individual circumstances may differ.

## CANCELLATION OF MORTGAGE INSURANCE

### Borrower-Paid MI - Owner Occupied, Single Family Mortgage Loans

Under federal law, on the date your loan is *scheduled* to reach 80% of the original value of the property (the lesser of the sales price or appraised value at the time of the loan), or on the date the principal balance *actually* reaches 80% of the original value of the property, you may request that your MI be canceled. These dates are both called the "cancellation date." Your MI will be canceled if all of the following conditions are satisfied:

- You submit a written request for cancellation. You must refer to your loan number on the request and mail your request to: ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

- None of your payments has been 60 or more days past due within two years or 30 or more days past due within one year of the cancellation date.
- An appraisal report from a licensed or certified appraiser acceptable to or selected by the lender, and prepared at your expense, shows that the value of the property has not declined below its original value.
- You provide certification acceptable to us that there are no subordinate liens on the property.

If you are current on your loan payments and have not previously requested and qualified for cancellation as described above, then your MI will automatically terminate on the date the principal balance of your loan is first *scheduled* to reach 78% of the original value of the property. This date is called the "termination date." If you are not current on your loan payments as of the termination date, your MI will automatically terminate when your payments are brought current.

If you have a fixed-rate loan, you will receive a disclosure at loan closing showing you when your loan is scheduled to reach 80% and 78% of the original value of the property. If you have an adjustable-rate loan, the lender will notify you when your loan is scheduled to reach 80% and 78% of the original value of the property, since these dates will change due to changes in the amortization schedule resulting from interest rate changes on your loan.

### Borrower-Paid MI - Mortgage Loans for 2+ Units, Non Primary Residences and Investment Properties

If you do not reside in the property as your primary residence, or if the property consists of two or more units, the above cancellation and termination provisions do not apply to your loan. Cancellation of borrower-paid MI at some future date, if permitted, will depend on the guidelines of the holder of the Note (investor) at the time of your request. Not all investors permit cancellation of MI on loans that are not the borrower's primary residence, and those that do may have different guidelines. Although the following are not uniform conditions imposed by all investors, they are the most common:

- The loan must have been in place for a specific length of time. This can vary from as few as 12 months to 7 years or longer, depending on the type of loan. ARM loans, cash-out refinances and investor properties usually require longer periods longer than two years.
- Good payment history.
- Loan balance below 60% to 65% of the property value.
- Appraisal from a licensed or certified appraiser acceptable to or selected by the lender, paid for by the borrower.
- In the case of ARM loans, a specific number of timely payments since the last payment increase.

To find out if MI coverage can be waived, and the conditions which must be met at that time, you must send a written request to the address shown above.

### Tax Advantage Mortgage Insurance

Tax Advantage Mortgage Insurance terminates only when your loan is refinanced, paid off or otherwise terminated. This type of MI may not be canceled by the borrower at some later time during the term of the loan. In the event the lender cancels the TAMI policy, any premium refund, if applicable, will be payable to the lender, and the borrower's monthly loan payment amount will not change.

Now that you know how Tax Advantage MI compares to traditional borrower-paid mortgage insurance, you can decide which plan is right for you. Be sure to ask if any types of MI are not available for the loan program you have chosen. Please indicate the type of MI you choose:

**CHECK ONE**

☐ **Monthly Tax Advantage MI\***. In return for a higher interest rate on your loan, the lender may secure mortgage insurance. This type of MI may be tax deductible, and depending on your tax bracket, you may be able to take greater tax deductions on your loan with this MI option than the amounts used in the illustration.\*

☐ **One-Time Tax Advantage MI\***. In return for an addition to financed origination points on your loan, the lender may secure mortgage insurance. This type of MI may be tax deductible, and depending on your tax bracket, you may be able to take greater tax deductions on your loan with this MI option than the amounts used in the illustration.\*

☐ **Traditional Borrower-Paid MI.** You pay the mortgage insurance premium in addition to the standard principal and interest payment for your loan. This type of MI is not typically tax deductible.\*

I acknowledge that I have been provided information about my mortgage insurance options, made my MI selection, and received a copy of this disclosure.

| | | | |
|---|---|---|---|
| Applicant DODIE TAYLOR | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06

Page 4 of 4

DocMagic *eForms* 800-649-1362
www.docmagic.com

# CONSUMER CREDIT SCORE DISCLOSURE

Loan Number: 1301211100

Date: AUGUST 15, 2006

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

---

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

---

Lender Contact Information: ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587
(510)487-6925

By signing below, the undersigned hereby acknowledges receipt of a copy of this disclosure.

Borrower DODIE TAYLOR    Date

CONSUMER CREDIT SCORE DISCLOSURE (Rev. 11/04)
FCRA §609(f) and (g)   Page 1   DocMagic *eForms* 800-649-1362
www.docmagic.com

Loan Number: 1301211100

Date: AUGUST 15, 2006

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## CREDIT SCORING INFORMATION

The following consumer reporting agency(ies) provided a credit score that was used by the Lender:

☒ **Equifax Credit Information Services**
P.O. Box 740241
Atlanta, GA 30374
To order report: 1-800-685-1111
To report fraud: 1-800-525-6285
Web Site: www.equifax.com

Current/Most Recent Credit Score: 772     Credit Score Date: 08/01/2006   Credit Score Range: 363-850

Key Factors Adversely Affecting Your Credit Score:
Time since most recent account opening is too short
Number of accounts with delinquency
Too many accounts with balances
Proportion of balances to credit limits is too high on bank revolving or other
revolving accounts

☒ **TransUnion Consumer Disclosure Center**
P.O. Box 1000
Chester, PA 19022
To order report: 1-800-888-4213
To report fraud: 1-800-916-8800
Web Site: www.transunion.com

Current/Most Recent Credit Score: 727     Credit Score Date: 08/01/2006   Credit Score Range: 336-843

Key Factors Adversely Affecting Your Credit Score:
Number of accounts with delinquency
Proportion of balances to credit limits on bank/national revolving or other
revolving accounts is too high
Too many inquiries last 12 months
Length of time revolving accounts have been established

☒ **Experian National Consumer Assistance Center**
P.O. Box 2002
Allen, TX 75013
To order report: 1-888-397-3742
To report fraud: 1-888-397-3742
Web Site: www.experian.com

Current/Most Recent Credit Score: 766     Credit Score Date: 08/01/2006   Credit Score Range: 300-850

Key Factors Adversely Affecting Your Credit Score:
Proportion of balance to high credit on banking revolving or all revolving
accounts
Number of accounts delinquent

☐

Current/Most Recent Credit Score: N/A     Credit Score Date:            Credit Score Range:

Key Factors Adversely Affecting Your Credit Score:

Borrower Initials: _____   _____   _____   _____

CONSUMER CREDIT SCORE DISCLOSURE (Rev. 11/04)
FCRA §609(f) and (g)                                    Page 2                    DocMagic *CForms* 800-649-1362
                                                                                  www.docmagic.com

# NOTICE CONCERNING THE FURNISHING OF NEGATIVE INFORMATION TO CONSUMER REPORTING AGENCY

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

---

## WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS.

## LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

---

By signing below, the undersigned hereby acknowledge(s) receipt of a copy of this disclosure.

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

NOTICE CONCERNING THE FURNISHING OF
NEGATIVE INFORMATION TO CONSUMER REPORTING AGENCY
FCRA §623(a)(7); REGULATION V/MODEL B-1
12/01/04

DocMagic *eForms* 800-649-1362
www.docmagic.com

# NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from your lender, ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

to

COUNTRYWIDE HOME LOANS, INC.
effective OCTOBER 1, 2006

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your lender send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. In this case, all necessary information is combined in this one notice.

Your lender is ROYAL CROWN BANCORP
If you have any questions relating to the transfer or servicing from your lender call (510) 487-6925
between and
on the following days:

Your new servicer will be COUNTRYWIDE HOME LOANS, INC.
The business address for your new servicer is:

| FOR PAYMENTS: | FOR CORRESPONDENCE: |
|---|---|
| 400 COUNTRYWIDE WAY | 400 COUNTRYWIDE WAY |
| SIMI VALLEY, CA 93065 | SIMI VALLEY, CA 93065 |

The toll-free telephone number of your new servicer is (800) 669-6607
If you have any questions relating to the transfer of servicing to your new servicer, call between and on the following days: Monday through Friday.

The date your lender will stop accepting payments from you is OCTOBER 1, 2006
The date that your new servicer will start accepting payments from you is OCTOBER 1, 2006
Send all payments to your new servicer.

You should also be aware of the following information, which is set out in more detail in section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your lender before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain customer rights. If you send a qualified written request to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A qualified written request is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a qualified written request regarding the servicing of your loan, it must be sent to this address:
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with written clarification regarding any dispute. During this 60-business-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

| LENDER: | NEW SERVICER: |
|---|---|
| ROYAL CROWN BANCORP | COUNTRYWIDE HOME LOANS, INC. |

# NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from your lender, ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK to effective OCTOBER 1, 2006

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your lender send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. In this case, all necessary information is combined in this one notice.

Your lender is ROYAL CROWN BANCORP
If you have any questions relating to the transfer or servicing from your lender call (510) 487-6925
CUSTOMER SERVICE between 8:00 AM and 5:00 PM
on the following days: MONDAY - FRIDAY

Your new servicer will be NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK
The business address for your new servicer is:

| FOR PAYMENTS: | FOR CORRESPONDENCE: |
|---|---|
| NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK INTERIM SERVICING DEPT. 309 VINE STREET, MS 172D CINCINNATI, OH 45202 | NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK INTERIM SERVICING DEPT. 309 VINE STREET, MS 172D CINCINNATI, OH 45202 |

The toll-free telephone number of your new servicer is (800) 897-9763
If you have any questions relating to the transfer of servicing to your new servicer, call between 8:00 AM and 6:00 PM-EST on the following days: Monday through Friday.

The date your lender will stop accepting payments from you is OCTOBER 1, 2006
The date that your new servicer will start accepting payments from you is OCTOBER 1, 2006
Send all payments to your new servicer.

You should also be aware of the following information, which is set out in more detail in section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your lender before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain customer rights. If you send a qualified written request to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A qualified written request is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a qualified written request regarding the servicing of your loan, it must be sent to this address:

NATIONAL CITY WAREHOUSE RESOURCES, A
DIVISION OF NATIONAL CITY BANK
309 VINE ST., MS 172D
CINCINNATI, OH 45202

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with written clarification regarding any dispute. During this 60-business-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

LENDER:
ROYAL CROWN BANCORP

NEW SERVICER:
NATIONAL CITY WAREHOUSE
RESOURCES, A DIVISION OF
NATIONAL CITY BANK

_____

NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS
Document Systems, Inc. (800) 649-1362
Borrower Initials: _____ _____ _____ _____ _____ _____ _____

# NOTICE OF ASSIGNMENT, SALE OR TRANSFER
## OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from ROYAL CROWN BANCORP
to Countrywide Home Loans, Inc.,
effective OCTOBER 1, 2006          .

Your new Countrywide Home Loans loan number is 1301211100

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present Servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new Servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present Servicer is ROYAL CROWN BANCORP
If you have any questions relating to the transfer of your servicing from your present Servicer, contact ROYAL CROWN BANCORP
at (510) 487-6925          between  8:00   a.m. and 5:00   p.m. on the following days MONDAY THRU FRIDAY              . This is a ☐ toll free or ☐ collect number.

Your new Servicer will be **Countrywide Home Loans, Inc.**

The business address for your new Servicer is:

> Countrywide Home Loans, Inc.
> 400 Countrywide Way
> Simi Valley, CA 93065

The payment address for your first payment with the new Servicer is:

> Countrywide Home Loans, Inc.
> P.O. Box 10334
> Van Nuys, CA 91410-0334

The toll free telephone number of your new Servicer is (800) 669-6607.

If you have any questions relating to the transfer of servicing to Countrywide Home Loans, Inc., call (800) 669-6607 between 6:00 A.M. and 5:00 P.M. Pacific Time, Monday through Friday.

The date that your present Servicer will stop accepting payments from you is OCTOBER 1, 2006          .
The date that your new Servicer will start accepting payments from you is   OCTOBER 1, 2006          .
Send all payments due on or after that date to your new Servicer.

DocMagic *EForms* 800-649-1362
www.docmagic.com

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer before its due date may not be treated by the new loan Servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan Servicer concerning the servicing of your loan, your Servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the Servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

> Countrywide Home Loans, Inc.
> SV-314B
> P.O. Box 5170
> Simi Valley, CA 93062-5170

Not later than 60 business days after receiving your request, your Servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your Servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where Servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

ROYAL CROWN BANCORP
PRESENT SERVICER                    Date

COUNTRYWIDE HOME LOANS, INC.
FUTURE SERVICER                     Date

DocMagic *EForms* 800-649-1362
www.docmagic.com

# OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss: |
| COUNTY OF HENNEPIN | ) |

BEFORE ME, the undersigned authority duly authorized to take acknowledgements and administer oaths, personally appeared
DODIE TAYLOR

(the "Borrower"),

who upon being duly sworn on oath, certified as follows:

1. **Material Inducement:** Borrower understands and agrees that the statements contained herein are given as a material inducement to ROYAL CROWN BANCORP

   (the "Lender"),

   and Lender is relying upon such statements, to make a mortgage loan (the "Loan") to Borrower, repayment of which is secured by a Mortgage, Deed of Trust, Security Deed or other instrument of security (the "Security Instrument") on certain real property located at 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

   (the "Property").

2. **Occupancy:** [check one box only]

   [X] **Principal Residence.** Borrower either currently occupies and uses the Property as Borrower's principal residence, or Borrower will occupy and use the Property as Borrower's principal residence within 60 days after Borrower signs the Security Instrument. Borrower will continue to occupy and use the Property as Borrower's principal residence for at least one (1) year from the date that Borrower first occupies the Property. However, Borrower will not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if Lender agrees in writing that Borrower does not have to do so. Lender may not refuse to agree unless the refusal is reasonable. Borrower will also not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if extenuating circumstances exist which are beyond Borrower's control.

   [ ] **Second Home.** Borrower will occupy, and will use, the Property as Borrower's second home. Borrower will keep the Property available for Borrower's exclusive use and enjoyment at all times, and will not subject the Property to any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower either to rent the Property or give a management firm or any other person any control over the occupancy or use of the Property.

   [ ] **Investment.** The Property is owned and held by Borrower as an investment property. Borrower does not now occupy or use the property, and has no present intention to occupy or use the Property in the future, either as Borrower's principal residence or second home. Borrower now occupies and uses other property or properties as Borrower's principal residence and/or second home.

3. **Financial Status:** Borrower understands that Lender is making the Loan based upon statements and representations contained in, or made in connection with, the residential mortgage loan application given by Borrower to Lender (the "Loan Application"). Borrower hereby certifies that the information provided by Borrower contained in, or made in connection with, the Loan Application related to Borrower's financial status (such as Borrower's employment, income, available cash, debts, expenses, credit obligations, and the like), has not changed significantly and that the such information accurately reflects Borrower's current financial status. Borrower certifies further that Borrower has not received a layoff notice or otherwise have knowledge of a pending layoff, and Borrower, to the best of Borrower's knowledge and belief, is unaware of any events or circumstances in the foreseeable future that would impair or have an adverse effect on Borrower's ability to fulfill Borrower's Loan obligations, including, but not limited to Borrower's obligation to make required periodic payments.

4. **False, Misleading or Inaccurate Statements:** Borrower understands that Borrower will be in default under the terms of the Security Instrument if, during the application process for the Loan, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan, including, but not limited to, representations concerning Borrower's occupancy of the Property and Borrower's financial status. Borrower understands further that any intentional or negligent misrepresentation(s) of the information contained in, or made in connection with, the Loan Application may result in severe civil and/or criminal penalties, including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation(s) which Borrower has made on or in connection with the Loan Application.

Borrower DODIE TAYLOR                    Date        Borrower                                Date

Borrower                                 Date        Borrower                                Date

Borrower                                 Date        Borrower                                Date

Subscribed and sworn to before me this          day of

_____
(Notary Public)

*(Notary Seal)*

# REQUEST AND AUTHORIZATION FOR LENDER'S LOSS PAYABLE ENDORSEMENT

To:

Date:AUGUST 15, 2006

Re: Policy No.                    :

To Whom It May Concern:

The undersigned borrowers hereby request and authorize you to issue and to affix to the above-referenced insurance policy a 438 BFU Lender's Loss Payable Endorsement (or similar standard mortgagee loss payable endorsement form approved in advance by the mortgagee/loss payee) reflecting the following loan information:

*Name(s) of Insured:*  DODIE TAYLOR

*Property Address:*  6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

*Mortgagee/Loss Payable clause to read:*
ROYAL CROWN BANCORP
IT SUCESSOR AND OR ASSIGNS
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

*Loan Number:*  1301211100

*Effective Date:*  AUGUST 15, 2006

*Coverage Amount:* $          (May be greater than loan amount if loan permits negative amortization)

*Lien Position:*  ☒ First    ☐ Second    ☐ First and Second    ☐ Third    ☐ Other:

*Additional Information/Requirements:*

± All endorsements must be listed on the policy declarations page.

± The mortgagee/loss payable clause must provide that the insurer will notify the mortgagee at least 10 days prior to any reduction in coverage or cancellation of the policy.

± If the insured property is located in an area determined by the National Flood Insurance Program (NFIP) to be in a Special Flood Hazard Area, flood insurance is required prior to closing.

± Send a copy of the policy together with the original mortgagee loss payable endorsement to (if a fax number and/or email address is provided, please also fax and/or email the materials):
ROYAL CROWN BANCORP
IT SUCESSOR AND OR ASSIGNS
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# GOOD FAITH ESTIMATE PROVIDER RELATIONSHIP

Applicants: **DODIE TAYLOR**

Property Address: **6555 SAUNDERS LAKE DRIVE S**
**MINNETRISTA, MN 55364**

Application No: **taylor saved from shams computer 80**

Prepared By: **ROYAL CROWN BANCORP**
**29400 KOHOUTEK WAY, #150**
**Union City , CA 94587**
**510-487-6925**

Date Prepared: 08/01/2006

Lender requires use of the following provider(s) of settlement services **(if none are listed, Lender does not require the use of specified providers):**

Provider **FIRST AMERICAN CREDCO**
Address **12395 FIRST AMERICAN WAY**
**POWAY, CA 92064-0495**
Phone **800-637-2422**

Services to be rendered by this provider are items number
**CREDIT REPORT**

above and the amounts listed are based upon the charges of this provider. If checked, Lender has the following type of business relationship with this provider:

[ ] The provider is an associate of Lender.

[ ] The provider is an affiliate of Lender.

[ ] The provider is a relative of Lender.

[ ] The provider has an employment, franchise or other business relationship with Lender.

[ ] Within the last 12 months, the provider has maintained an account with Lender or had an outstanding loan or credit arrangement with Lender.

[✓] Within the last 12 months, Lender has repeatedly used or required borrowers to use the services of this provider.

Provider **STONERIDGE APPRAISAL SERVICES**
Address **4511 ALLENDALE DRIVE**
**WHITE BEAR TOWNSHIP, MN 55127**
Phone

Services to be rendered by this provider are items number
**APPRAISAL**

above and the amounts listed are based upon the charges of this provider. If checked, Lender has the following type of business relationship with this provider:

[ ] The provider is an associate of Lender.

[ ] The provider is an affiliate of Lender.

[ ] The provider is a relative of Lender.

[ ] The provider has an employment, franchise or other business relationship with Lender.

[ ] Within the last 12 months, the provider has maintained an account with Lender or had an outstanding loan or credit arrangement with Lender.

[ ] Within the last 12 months, Lender has repeatedly used or required borrowers to use the services of this provider.

| Applicant **DODIE TAYLOR** | Date | Applicant | Date |
|---|---|---|---|

| Applicant | Date | Applicant | Date |
|---|---|---|---|

# GOOD FAITH ESTIMATE PROVIDER RELATIONSHIP

Applicants: **DODIE TAYLOR**

Property Address: **6555 SAUNDERS LAKE DRIVE S**
**MINNETRISTA, MN 55364**

Application No: **taylor saved from shams computer 80**

Prepared By: **ROYAL CROWN BANCORP**
**29400 KOHOUTEK WAY, #150**
**Union City , CA 94587**
**510-487-6925**

Date Prepared: **08/01/2006**

Lender requires use of the following provider(s) of settlement services **(if none are listed, Lender does not require the use of specified providers):**

Provider **LANDSAFE APPRAISAL**
Address **P.O. BOX 650530**
    **DALLAS, TX 75265-0530**
Phone_____

Services to be rendered by this provider are items number
**APPRAISAL REVIEW**

above and the amounts listed are based upon the charges of this provider. If checked, Lender has the following type of business relationship with this provider:

[ ] The provider is an associate of Lender.

[ ] The provider is an affiliate of Lender.

[ ] The provider is a relative of Lender.

[ ] The provider has an employment, franchise or other business relationship with Lender.

[ ] Within the last 12 months, the provider has maintained an account with Lender or had an outstanding loan or credit arrangement with Lender.

[ ] Within the last 12 months, Lender has repeatedly used or required borrowers to use the services of this provider.

Provider **RAPID APPRAISALS, INC.**
Address **9025 ARCHER COURT**
    **MAPLE GROVE, MN 55311**
Phone **763-416-0913**

Services to be rendered by this provider are items number
**APPRAISALS**

above and the amounts listed are based upon the charges of this provider. If checked, Lender has the following type of business relationship with this provider:

[ ] The provider is an associate of Lender.

[ ] The provider is an affiliate of Lender.

[ ] The provider is a relative of Lender.

[ ] The provider has an employment, franchise or other business relationship with Lender.

[ ] Within the last 12 months, the provider has maintained an account with Lender or had an outstanding loan or credit arrangement with Lender.

[ ] Within the last 12 months, Lender has repeatedly used or required borrowers to use the services of this provider.

Applicant **DODIE TAYLOR** _____ Date ____

Applicant _____ Date ____

Applicant _____ Date ____

Applicant _____ Date ____

# Borrowers' Certification and Authorization

## CERTIFICATION

The Undersigned certify the following:

1. I/We have applied for a mortgage loan through **ROYAL CROWN BANCORP**_____. In applying for the loan, I/We completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and the assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that **ROYAL CROWN BANCORP**_____reserves the right to change the mortgage loan review processes to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan through **ROYAL CROWN BANCORP**_____. As part of the application process, **ROYAL CROWN BANCORP**_____ and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to **ROYAL CROWN BANCORP**_____ and to any investor to whom **ROYAL CROWN BANCORP**_____ may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copies of income tax returns.

3. **ROYAL CROWN BANCORP**_____ or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

Borrower Signature _____
        **DODIE TAYLOR**

SSN: 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    Date: _____

Co-Borrower Signature _____

SSN: _____    Date: _____

# EQUAL CREDIT OPPORTUNITY ACT

APPLICATION NO:  taylor saved from shams computer 80

Date: 08/01/2006

PROPERTY ADDRESS:  6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MN 55364

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this company is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3710, Houston, Texas 77010

We are required to disclose to you that you need not disclose income from alimony, child support or separate maintenance payment if you choose not to do so.

Having made this disclosure to you, we are permitted to inquire if any of the income shown on your application is derived from such a source and to consider the likelihood of consistent payment as we do with any income on which you are relying to qualify for the loan for which you are applying.

DODIE TAYLOR
(Applicant)  (Date)

(Applicant)  (Date)

(Applicant)  (Date)

(Applicant)  (Date)

# THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977
## FAIR LENDING NOTICE

DATE: 08/01/2006

COMPANY: **ROYAL CROWN BANCORP**
**29400 KOHOUTEK WAY, #150**
**Union City, CA 94587**

APPLICATION NO: taylor saved from shams computer 80

PROPERTY ADDRESS: 6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MN 55364

It is illegal to discriminate in the provisions of or in the availability of financial assistance because of the consideration of:

1. Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration is required to avoid an unsafe and unsound business practice; or

2. Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of a one-to-four unit family residence occupied by the owner and for the purpose of the home improvement of any one-to-four unit family residence.

If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or the agency noted below :

I/we received a copy of this notice.

_____     _____
**DODIE TAYLOR**                Date                                    Date

# NOTICE TO THE HOME LOAN APPLICANT
## CREDIT SCORE INFORMATION DISCLOSURE

| APPLICANT(S) NAME AND ADDRESS | LENDER NAME AND ADDRESS (ORIGINATOR): |
|---|---|
| DODIE TAYLOR<br>11913 70TH PLACE N<br>Osseo MN, 55369 | ROYAL CROWN BANCORP<br>29400 KOHOUTEK WAY, #150<br>Union City, CA 94587<br>(P) 510-487-6925, (F) 510-475-9133 |

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request and based on information a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit-scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

The consumer reporting agencies listed below provided a credit score that was used in connection with your home loan application.

| Consumer Reporting Agency #1 | Borrower | Factors: |
|---|---|---|
| EXPERIAN<br><br>P.O BOX 2002<br>Allen, TX 75013<br>(P)888-397-3742 | DODIE TAYLOR<br>Score: +766<br>Created: 08/01/2006 | 10 PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS<br>05 TOO MANY ACCOUNTS WITH BALANCES<br>08 TOO MANY INQUIRIES LAST 12 MONTHS<br>18 NUMBER OF ACCOUNTS WITH DELINQUENCY |
| Model Used:<br>ExperianFairIsaac<br>Range of Possible Scores<br>300 to 850 | Co-Borrower<br>Score:<br>Created: | Factors: |
| Consumer Reporting Agency #2 | Borrower | Factors: |
| TRANS UNION<br><br>P.O BOX 34012<br>Fullerton, CA 92834<br>(P)800-916-8800 | DODIE TAYLOR<br>Score: +727<br>Created: 08/01/2006 | 018 NUMBER OF ACCOUNTS WITH DELINQUENCY<br>010 PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>008 TOO MANY INQUIRIES LAST 12 MONTHS<br>012 LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED |
| Model Used:<br>TransUnionEmpirica<br>Range of Possible Scores<br>336 to 843 | Co-Borrower<br>Score:<br>Created: | Factors: |
| Consumer Reporting Agency #3 | Borrower | Factors: |
| EQUIFAX<br><br>P.O. BOX 740256<br>Atlanta, GA 30374-0256<br>(P)800-685-1111 | DODIE TAYLOR<br>Score: +772<br>Created: 08/01/2006 | 00030 TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT<br>00018 NUMBER OF ACCOUNTS WITH DELINQUENCY<br>00005 TOO MANY ACCOUNTS WITH BALANCES<br>00010 PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| Model Used:<br>EquifaxBeacon<br>Range of Possible Scores<br>363 to 850 | Co-Borrower<br>Score:<br>Created: | Factors: |

I/We have received a copy of this disclosure.

_____   _____   _____   _____
Applicant                Date         Applicant                 Date

# PATRIOT ACT
# INFORMATION DISCLOSURE

Applicant Name     DODIE TAYLOR

Co-Applicant Name

Present Address     11913 70TH PLACE N, Osseo, MN 55369

Mailing Address     11913 70TH PLACE N, Osseo, MN 55369

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

I/we acknowledge that I/we received a copy of this disclosure.

Applicant                                    Date

Applicant                                    Date

# Customer Identification Documentation
# Patriot Act

The USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies every customer. Completion of this documentation is required in order to comply with the USA Patriot Act. A completed copy of this information must be retained with the loan file.

Application Number ___taylor saved from shams computer 80___ Date _____

Name of Applicant ___DODIE TAYLOR_____

Social Security # ___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_____ Date of Birth ___07/07/1964_____

Present Address ___11913 70TH PLACE N / Osseo, MN 55369_____

Mailing Address ___11913 70TH PLACE N / Osseo, MN 55369_____


Primary Identification Documentation

Document Type _____ Other Document Type _____

Document Number _____

Issue Date _____ Expiration Date _____

Issued by _____


Secondary Identification Documentation

Document Type _____ Other Document Type _____

Document Number _____

Issue Date _____ Expiration Date _____

Issued by _____


Discrepancies and Resolution




Completed by _____

# Customer Identification Documentation
# Patriot Act

The USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies every customer. Completion of this documentation is required in order to comply with the USA Patriot Act. A completed copy of this information must be retained with the loan file.

Application Number __taylor saved from shams computer 80__   Date _____

Name of Applicant _____

Social Security # _____   Date of Birth _____

Present Address _____

Mailing Address _____

Primary Identification Documentation

Document Type _____   Other Document Type _____

Document Number _____

Issue Date _____   Expiration Date _____

Issued by _____

Secondary Identification Documentation

Document Type _____   Other Document Type _____

Document Number _____

Issue Date _____   Expiration Date _____

Issued by _____

Discrepancies and Resolution

Completed by _____

Calyx Form (4/04)
CoBRW IDDoc.frm

# Organization, or Entity
# Identification Documentation
# Patriot Act

The USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies every customer. Completion of this documentation is required in order to comply with the USA Patriot Act. A completed copy of this information must be retained with the loan file.

Application Number __taylor saved from shams computer 80__  Date _____

Organization or Entity's Name _____

Borrower's Name ___ DODIE TAYLOR _____

Doing Business As _____

Type of Organization or Entity _____

Organization or Entity's Physical Address _____

_____

Organization or Entity's Mailing Address _____

_____

Organization or Entity Identification Documentation

Document Type _____  Other Document Type _____

Document Number _____  Tax Identification Number _____

Issue Date _____  Expiration Date _____

Issued by _____

Discrepancies and Resolution

Completed by _____

# PRIVACY POLICY DISCLOSURE
### (Protection of the Privacy of Personal Non-Public Information)

Respecting and protecting customer privacy is vital to our business. By explaining our Privacy Policy to you, we trust that you will better understand how we keep our customer information private and secure while using it to serve you better. Keeping customer information secure is a top priority, and we are disclosing our policies to help you understand how we handle the personal information about you that we collect and disclose. This notice explains how you can limit our disclosing of personal information about you. The provisions of this notice will apply to former customers as well as current customers unless we state otherwise.

## The Privacy Policy explains the Following:

- Protecting the confidentiality of our customer information.
- Who is covered by the Privacy Policy.
- How we gather information.
- The types of information we share, why, and with whom.
- Opting Out - how to instruct us not to share certain information about you or not to contact you.

## Protecting the Confidentiality of Customer Information:

We take our responsibility to protect the privacy and confidentiality of customer information very seriously. We maintain physical, electronic, and procedural safeguards that comply with federal standards to store and secure information about you from unauthorized access, alteration, and destruction. Our control policies, for example, authorize access to customer information only by individuals who need access to do their work.

From time to time, we enter into agreements with other companies to provide services to us or make products and services available to you. Under these agreements, the companies may receive information about you but they must safeguard this information, and they may not use it for any other purposes.

## Who is Covered by the Privacy Policy:

We provide our Privacy Policy to customers when they conduct business with our company. If we change our privacy policies to permit us to share additional information we have about you, as described below, or to permit disclosures to additional types of parties, you will be notified in advance. This Privacy Policy applies to consumers who are current customers or former customers.

## How We Gather Information:

As part of providing you with financial products or services, we may obtain information about you from the following sources:

- Applications, forms, and other information that you provide to us, whether in writing, in person, by telephone, electronically, or by any other means. This information may include your name, address, employment information, income, and credit references;

- Your transaction with us, our affiliates, or others. This information may include your account balances, payment history, and account usage;

- Consumer reporting agencies. This information may include account information and information about your credit worthiness;

- Public sources. This information may include real estate records, employment records, telephone numbers, etc.

## Information We Share:

We may disclose information we have about you as permitted by law. We are required to or we may provide information about you to third-parties without your consent, as permitted by law, such as:

- To regulatory authorities and law enforcement officials.

- To protect against or prevent actual or potential fraud, unauthorized transactions, claims, or other liability.

- To report account activity to credit bureaus.

- To consumer reporting agencies.

- To respond to a subpoena or court order, judicial process or regulatory authorities.
- In connection with a proposed or actual sale, merger, or transfer of all or a portion of a business or an operating unit, etc.

In addition, we may provide information about you to our service providers to help us process your applications or service your accounts. Our service providers may include billing service providers, mail and telephone service companies, lenders, investors, title and escrow companies, appraisal companies, etc.

We may also provide information about you to our service providers to help us perform marketing services. This information provided to these service providers may include the categories of information described above under "How We Gather Information" limited to only that which we deem appropriate for these service providers to carry out their functions.

We do not provide non-public information about you to any company whose products and services are being marketed unless you authorize us to do so. These companies are not allowed to use this information for purposes beyond your specific authorization.

## Opting Out

We also may share information about you within our corporate family of office(s). We may share all of the categories of information we gather about you, including identification information (such as your name and address), credit reports (such as your credit history), application information (such as your income or credit references), your account transactions and experiences with us (such as your payment history), and information from other third parties (such as your employment history).

By sharing this information we can better understand your financial needs. We can then send you notification of new products and special promotional offers that you may not otherwise know about. For example, if you originally obtained a mortgage loan with us, we would know that you are a homeowner and may be interested in hearing how a home equity loan may be a better option than an auto loan to finance the purchase of a new car.

You may prohibit the sharing of application and third-party credit-related information within our company or any third-party company at any time. If you would like to limit disclosures of personal information about you as described in this notice, just check the appropriate box or boxes to indicate your privacy choices.

☐ Please do not share personal information about me with non-affilliated third-parties.

☐ Please do not share personal information about me with any of your affiliates except as necessary to effect, administer, process, service or enforce a transaction requested or authorized by myself.

☐ Please do not contact me with offers of products or services by mail.

☐ Please do not contact me with offers of products or services by telephone.

*Note for Joint Accounts: Your Opt Out choices will also apply to other individuals who are joint account holders. If these individuals have separate accounts, your Opt Out will not apply to those separate accounts.*

| DODIE TAYLOR | ROYAL CROWN BANCORP |
|---|---|
| Name | Company Name |
| 11913 70TH PLACE N | 29400 KOHOUTEK WAY, #150 |
| Address | Address |
| Osseo, MN 55369 | Union City CA, 94587 |
| City, State, Zip | City, State, Zip |
| 763-315-1066 | 510-487-6925 |
| Phone# | Phone # |
| taylor saved from shams computer 80 | |
| Loan # | |

Borrower's Signature     Date       Co-Borrower's Signature     Date

# NOTICE TO APPLICANT OF RIGHT
# TO RECEIVE COPY OF APPRAISAL REPORT

APPLICATION NO:     taylor saved from shams computer 80

Date: 08/01/2006

PROPERTY ADDRESS:     6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MN 55364 County:Hennepin

You have the right to receive a copy of the appraisal report to be obtained in connection with the loan for which you are applying, provided that you have paid for the appraisal. We must receive your written request no later than     90 days after we notify you about the action taken on your application or you withdraw your application. If you would like a copy of the appraisal report, contact :

**ROYAL CROWN BANCORP**
**29400 KOHOUTEK WAY, #150**
**Union City, CA 94587**

| DODIE TAYLOR | | |
|---|---|---|
| | (Applicant) | (Date) |

| | |
|---|---|
| (Applicant) | (Date) |

| | |
|---|---|
| (Applicant) | (Date) |

| | |
|---|---|
| (Applicant) | (Date) |

Calyx Form  rra.frm 12/96

# SERVICING DISCLOSURE STATEMENT

Lender: **ROYAL CROWN BANCORP**
29400 KOHOUTEK WAY, #150
Union City, CA 94587

Date: 08/01/2006

NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

## Transfer practices and requirements

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect call telephone number of the new servicer, and toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

## Complaint Resolution

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, whether or not your loan servicing is transferred. If you send a "qualified written request" to your servicer, then your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

## Damages and Costs

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

CALYX Form Sds.hp 6/96

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the servicing of your mortgage loan:

   A. ☐ We may assign, sell or transfer the servicing of your loan while the loan is outstanding.

   We are able to service your loan, and we
   ☐ will service your loan.
   ☐ will not service your loan.
   ☐ haven't decided whether to service your loan.

   B. ☐ We do not service mortgage loans ☐ and we have not serviced mortgage loans in the past three years.
   We presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.

2. For all mortgage loans that we make in the 12 month period after your mortgage loan is funded, we estimate that the percentage of such loans for which we will transfer servicing is between:

   _____ 0 to 25%     _____ 26 to 50%     _____ 51 to 75%     _____ 76 to 100%

   This estimate ☐ does ☐ does not   include assignments, sales or transfers to affiliates or subsidiaries.

   This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. A. ☐ We have previously assigned, sold, or transferred the servicing of mortgage loans.

   B. ☐ This is our record of transferring the servicing of mortgage loans we have made in:

| Year | Percentage of Loans Transferred |
|------|--------------------------------|
|      | % |
|      | % |
|      | % |

   This information ☐ does ☐ does not   include assignments, sales or transfers to affiliates or subsidiaries.

**Acknowledgment of Mortgage Loan Applicant(s)**

I/We have read and understood the disclosure; and understand that the disclosure is a required part of the mortgage application as evidenced by my/our signature(s) below;

Applicant   **DODIE TAYLOR** _____ Date _____     Applicant _____ Date _____

Applicant _____ Date _____     Applicant _____ Date _____

## IV. EMPLOYMENT INFORMATION

### Borrower

| Name & Address of Employer | Self Employed ☐ | Yrs. on this job |
|---|---|---|
| WOODDALE BUILDERS<br>5435 FELTL RD<br>Saint Paul, MN 55111 | | 9 yr(s)<br>Yrs. employed in this line of work/profession<br>3 |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| CONTROLLER | 952-345-6802 |

### Co-Borrower

| Name & Address of Employer | Self Employed ☐ | Yrs. on this job |
|---|---|---|
| | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | Self Employed ☐ | Dates (from-to) |
|---|---|---|
| WYZATA PROPERTIES<br>294 GROVE LANE E<br>Wayzata, MN 55391 | | 05/22/2001 - 01/05/2006<br>Monthly Income<br>$ |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| CONTROLLER / PROP MGR | 952-404-4000 |

| Name & Address of Employer | Self Employed ☐ | Dates (from-to) |
|---|---|---|
| | | Monthly Income<br>$ |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| | |

| Name & Address of Employer | Self Employed ☐ | Dates (from-to) |
|---|---|---|
| | | Monthly Income<br>$ |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| | |

### Co-Borrower (continued)

| Name & Address of Employer | Self Employed ☐ | Dates (from-to) |
|---|---|---|
| | | Monthly Income<br>$ |

| Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|
| | |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 18,000.00 | $ | $ 18,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 671.00 | $ 5,117.92 |
| Bonuses | | | | Other Financing (P&I) | | 1,913.73 |
| Commissions | | | | Hazard Insurance | 300.00 | 162.90 |
| Dividends/Interest | | | | Real Estate Taxes | 140.91 | 493.10 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 125.00 |
| | | | | Other: | | |
| Total | $ 18,000.00 | $ | $ 18,000.00 | Total | $ 1,111.91 | $ 7,812.65 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**    *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [✓] Jointly [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |

| List checking and savings accounts below | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union **US BANK** | | Name and address of Company **CITIMORTGAGE INC** | $ Payment/Months | $ |
| Acct. no. 2210477040060802134 | $ | Acct. no. 2002212305 | (671) | 120,981 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **US DEPT OF EDUCATION** | $ Payment/Months | $ |
| | | Acct. no. 4777249511 | 90 | 6,697 |
| Acct. no. | $ | Name and address of Company **CHASE** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 4305875590050117 | 77 | 3,863 |
| Acct. no. | $ | Name and address of Company **WFFNATLBNK** | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. 866000 | 69 | 1,387 |
| | | Name and address of Company **MBNA AMERICA** | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. 9048 | 15 | 267 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 190,000 | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ 30,795 | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 251 | |
| Total Assets a. | $ 220,795 | Net Worth (a minus b) ⟹ $ 87,600 | Total Liabilities b. | $ 133,195 |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 11913 70TH PLACE N MAPLE GROVE MN 55369 | R | SFR | CITI $ 190,000 | $ 120,981 | $ 1,200 | $ 671 | $ 441 | $ -32 |
| | | | | | | | | |
| | | Totals | $ 190,000 | $ 120,981 | $ 1,200 | $ 671 | $ 441 | $ -32 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower _____
Co-Borrower _____

Freddie Mac Form 65   07/05

| | | |
|---|---|---|
| a. Purchase price | $ | 865,000.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | 6,219.73 |
| f. Estimated closing costs | | 20,199.39 |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 891,419.12 |
| j. Subordinate financing | | 173,000.00 |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) | | |
| **Cash Deposit on sales contract** | | 1.00 |
| **Seller Credit** | | 25,950.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 692,000.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 692,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 468.12 |

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ |

(This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.)

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X | Date | Co-Borrower's Signature X | Date |
|---|---|---|---|

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information

| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | |
|---|---|---|---|
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | |
| Sex: | ☑ Female | ☐ Male | |

**CO-BORROWER** ☐ I do not wish to furnish this information

| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | |
|---|---|---|---|
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☐ Female | ☐ Male | |

| To be Completed by Interviewer This application was taken by: ☐ Face-to-face interview ☐ Mail ☑ Telephone ☐ Internet | Interviewer's Name (print or type) **FAITH ROCHA** | Name and Address of Interviewer's Employer **ROYAL CROWN BANCORP** |
|---|---|---|
| | Interviewer's Signature ___ Date ___ | 29400 KOHOUTEK WAY, #150 |
| | Interviewer's Phone Number (incl. area code) 770-888-0023 | Union City, CA 94587 (P) 510-487-6925 (F) 510-475-9133 |

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: DODIE TAYLOR | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 080106TAYLOR |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

# GOOD FAITH ESTIMATE

| | | |
|---|---|---|
| Applicants: | DODIE TAYLOR | |
| Property Addr: | 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MN 55364 | |
| Prepared By: | ROYAL CROWN BANCORP  Ph. 510-487-6925 | |
| | 29400 KOHOUTEK WAY, #150, Union City, CA  94587 | |

| | |
|---|---|
| Application No: | taylor saved from shams compute |
| Date Prepared: | 08/01/2006 |
| Loan Program: | PREDISCLOSURES |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Total Loan Amount $  692,000   Interest Rate:  8.875 %   Term:  360 / 360 mths

## 800 — ITEMS PAYABLE IN CONNECTION WITH LOAN

| | | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|---|
| 801 | Loan Origination Fee | 2.000% | | | | | |
| 802 | Loan Discount | | $ | 13,840.00 | √ | | |
| 803 | Appraisal Fee | | | | | | |
| 804 | Credit Report | | | (420.00) | | | √ |
| 805 | Lender's Inspection Fee | | | 27.64 | | | |
| 806 | Mortgage Broker Fee | | | | | | |
| 809 | Tax Related Service Fee | | | | | | |
| 810 | Processing Fee | | | 75.00 | √ | | |
| 811 | Underwriting Fee | | | 1,080.00 | √ | | |
| 812 | Wire Transfer Fee | | | 350.00 | √ | | |
| | Funding Fee | | | | √ | | |
| | ADMIN | | | 295.00 | √ | | |
| | Loan Document Fee | | | 495.00 | √ | | |
| | Flood Determination Fee | | | 250.00 | √ | | |
| | APPRAISAL REVIEW | | | 18.00 | √ | | |
| | ADMIN | | | 50.00 | | | |
| | APPRAISAL | | | 440.00 | √ | | |
| | | | | (200.00) | | | √ |

## 1100 — TITLE CHARGES

| | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|
| 1101 | Closing or Escrow Fee: | $ | 475.00 | √ | | |
| 1105 | Document Preparation Fee | | 100.00 | | | |
| 1106 | Notary Fees | | | | | |
| 1107 | Attorney Fees | | | | | |
| 1108 | Title Insurance: | | 2,258.75 | | | |
| | TITLE EXAM | | | √ | | |
| | TITLE SEARCH | | 135.00 | | | |
| | | | 310.00 | | | |

## 1200 — GOVERNMENT RECORDING & TRANSFER CHARGES

| | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|
| 1201 | Recording Fees: | $ | | | | |
| 1202 | City/County Tax/Stamps: | | | | | |
| 1203 | State Tax/Stamps: | | | | | |

## 1300 — ADDITIONAL SETTLEMENT CHARGES

| | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|
| 1302 | Pest Inspection | $ | | | | |
| | Royal Crown Document Review | | | | | √ |

| | | |
|---|---|---|
| Estimated Closing Costs | | 20,199.39 |

## 900 — ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE

| | | | | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|---|---|---|
| 901 | Interest for | 25 | days @ $ | 170.5972 | per day | $ | 4,264.93 | √ | |
| 902 | Mortgage Insurance Premium | | | | | | | | |
| 903 | Hazard Insurance Premium | | | | | | 1,954.80 | | |
| 904 | | | | | | | | | |
| 905 | VA Funding Fee | | | | | | | | |

## 1000 — RESERVES DEPOSITED WITH LENDER

| | | | | | PFC | S | F | POC |
|---|---|---|---|---|---|---|---|---|
| 1001 | Hazard Insurance Premiums | months @ $ | 162.90 | per month | $ | | | |
| 1002 | Mortgage Ins. Premium Reserves | months @ $ | | per month | | | | |
| 1003 | School Tax | months @ $ | | per month | | | | |
| 1004 | Taxes and Assessment Reserves | months @ $ | 493.10 | per month | | | | |
| 1005 | Flood Insurance Reserves | months @ $ | | per month | | | | |
| | | months @ $ | | per month | | | | |
| | | months @ $ | | per month | | | | |

| | | |
|---|---|---|
| Estimated Prepaid Items/Reserves | | 6,219.73 |
| TOTAL ESTIMATED SETTLEMENT CHARGES | | 26,419.12 |

### TOTAL ESTIMATED FUNDS NEEDED TO CLOSE

| | | | | |
|---|---|---|---|---|
| Purchase Price/Payoff (+) | 865,000.00 | New First Mortgage(-) | | |
| Loan Amount (-) | 692,000.00 | Sub Financing(-) | 173,000.00 | |
| Est. Closing Costs (+) | 20,199.39 | New 2nd Mtg Closing Costs(+) | | |
| Est. Prepaid Items/Reserves (+) | 6,219.73 | | | |
| Amount Paid by Seller (-) | | | | |

### TOTAL ESTIMATED MONTHLY PAYMENT

| | |
|---|---|
| Principal & Interest | 5,117.92 |
| Other Financing (P & I) | 1,913.73 |
| Hazard Insurance | 162.90 |
| Real Estate Taxes | 493.10 |
| Mortgage Insurance | |
| Homeowner Assn. Dues | 125.00 |
| Other | |

| | | | |
|---|---|---|---|
| Total Est. Funds needed to close | | 26,419.12 | |
| | | Total Monthly Payment | 7,812.65 |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender. If your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

| | | | |
|---|---|---|---|
| Applicant  DODIE TAYLOR | Date | Applicant | Date |

Calyx Form gfe2.frm 11/01

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | | |
|---|---|---|
| Applicants: | DODIE TAYLOR | Prepared By: ROYAL CROWN BANCORP |
| | | 29400 KOHOUTEK WAY, #150 |
| Property Address: | 6555 SAUNDERS LAKE DRIVE S | Union City , CA 94587 |
| | MINNETRISTA, MN 55364 | 510-487-6925 |
| Application No: | taylor saved from shams computer 80 | Date Prepared: 08/01/2006 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| * 10.207 % | $ * 1,599,030.01 | $ * 670,417.07 | $ * 2,269,447.08 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit
PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 36 | 5,117.92 | 10/01/2006 | | | | | | |
| 24 | 5,982.92 | 10/01/2009 | | | | | | |
| 299 | 6,472.06 | 10/01/2011 | | | | | | |
| 1 | 6,465.94 | 09/01/2036 | | | | | | |

☑ DEMAND FEATURE: This obligation has a demand feature.
☑ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☑ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☑ If you purchase  ☑ property  ☐ flood insurance from creditor you will pay $  for a one year term.
SECURITY: You are giving a security interest in: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA MN 55364
☑ The goods or property being purchased  ☐ Real property you already own.
FILING FEES: $  80.00
LATE CHARGE: If a payment is more than  10 days late, you will be charged  6.000 % of the payment
PREPAYMENT: If you pay off early, you
☑ may  ☐ will not  have to pay a penalty.
☐ may  ☑ will not  be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
☐ may  ☑ may, subject to conditions  ☐ may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties
☑ * means an estimate  ☑ all dates and numerical disclosures except the late payment disclosures are estimates.
* * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

| | | | | | |
|---|---|---|---|---|---|
| DODIE TAYLOR | (Applicant) | (Date) | | (Applicant) | (Date) |
| | (Applicant) | (Date) | | (Applicant) | (Date) |
| | (Lender) | (Date) | | | |

Calyx Form - til.hp (02/95)

# ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| Applicants: | DODIE TAYLOR | Lender: | ROYAL CROWN BANCORP |
| | | | 29400 KOHOUTEK WAY, #150 |
| Property Addr: | 6555 SAUNDERS LAKE DRIVE S | | Union City, CA 94587 |
| | MINNETRISTA, MN 55364 | | 510-487-6925 |
| Application No: | taylor saved from shams computer 80 | Date Prepared: | 08/01/2006 |

| Total Loan Amount $ | 692,000.00 | Prepaid Finance Charge $ | 21,582.93 | Amount Financed $ | 670,417.07 |
|---|---|---|---|---|---|

## ITEMIZATION OF PREPAID FINANCE CHARGE

| | | | |
|---|---|---|---|
| Loan Origination Fee | 2.000 % + $ | | 13,840.00 |
| Tax Related Service Fee | | | 75.00 |
| Processing Fee | | | 1,080.00 |
| Underwriting Fee | | | 350.00 |
| Wire Transfer Fee | | | |
| Funding Fee | | | 295.00 |
| ADMIN | | | 495.00 |
| Loan Document Fee | | | 250.00 |
| Flood Determination Fee | | | 18.00 |
| ADMIN | | | 440.00 |
| Interest for | 25 days @ $ | 170.5972 per day | 4,264.93 |
| Closing or Escrow Fees: | | | 475.00 |
| | | | |
| Royal Crown Document Review | | | |
| | | | |
| Total Prepaid Finance Charge | | | 21,582.93 |

## AMOUNT PAID ON YOUR ACCOUNT / PAID TO OTHERS ON YOUR BEHALF

| | | | |
|---|---|---|---|
| Loan Discount | | | |
| Appraisal Fee | | | |
| Credit Report | | | (420.00) (POC) |
| Lender's Inspection Fee | | | 27.64 |
| Mortgage Broker Fee | | | |
| APPRAISAL REVIEW | | | |
| APPRAISAL | | | 50.00 |
| | | | (200.00) (POC) |
| Mortgage Insurance Premium | | | |
| Hazard Insurance Premium | | | 1,954.80 |
| | | | |
| VA Funding Fee | | | |
| | | | |
| Hazard Insurance Premium | | 162.90 per month | |
| Mortgage Ins. Premium Reserves | | | |
| School Tax | | | |
| Taxes and Assessment Reserves | | 493.10 per month | |
| Flood Insurance Reserves | | | |
| | | | |
| | | | |
| Document Preparation Fee | | | |
| Notary Fees | | | 100.00 |
| Attorney Fees | | | |
| Title Insurance: | | | |
| TITLE EXAM | | | 2,258.75 |
| TITLE SEARCH | | | 135.00 |
| | | | 310.00 |
| Recording Fees: | | | |
| City/County Tax/Stamps: | | | |
| State Tax/Stamps | | | |
| | | | |
| | | | |
| Pest Inspection | | | |
| | | | |
| | | | |
| Total Estimated Settlement Charge | | | 26,419.12 |

| | | |
|---|---|---|
| Applicant DODIE TAYLOR | | Date |
| Applicant | | Date |

Calyx Form IAF.frm 12/96