## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 865,000.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | 937.08 |
| f. Estimated closing costs | | 700.00 |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 866,637.08 |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) | | |
|    Cash Deposit on sales contract | | 1.00 |
|    Seller Credit | | 25,950.00 |
|    New First Mortgage | | 692,000.00 |
|    New 1st Mtg Closing Costs | | -26,419.12 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 173,000.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 173,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 2,105.20 |

## VIII. DECLARATIONS

| If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
|   (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
|   (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information | CO-BORROWER ☐ I do not wish to furnish this information |
|---|---|
| **Ethnicity:** ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | **Ethnicity:** ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| **Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☑ White | **Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| **Sex:** ☑ Female  ☐ Male | **Sex:** ☐ Female  ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) FAITH ROCHA | Name and Address of Interviewer's Employer ROYAL CROWN BANCORP |
|---|---|---|
| ☐ Face-to-face interview ☐ Mail ☑ Telephone ☐ Internet | Interviewer's Signature   Date | 29400 KOHOUTEK WAY, #150 Union City, CA 94587 (P) 510-487-6925 |
| | Interviewer's Phone Number (incl. area code) 770-888-0023 | (F) 510-475-9133 |

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower:<br>DODIE TAYLOR | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

# CUSTOMER IDENTIFICATION VERIFICATION
## IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## INSTRUCTIONS TO INDIVIDUAL COMPLETING THIS VERIFICATION
The named individual must present at least two (2) forms of identifying documents for review; at least one (1) of the identifying documents must be a government-issued document bearing a photograph of the named individual. Other identifying documents not specifically listed below must, at a minimum, bear the individual's name. Examples of other acceptable identifying documents include: Current government-issued visa; Medicare card; student identification card; voter registration card; recent property tax or utility bill; most recent W-2 or signed federal or state tax returns; bank statements; and proof of car/house/renter's insurance coverage. Please contact the above-named Lender if you have any questions regarding the acceptability of any identifying document.

Borrower's Name: DODIE TAYLOR          Date of Birth:

☒ Residential or ☐ Business Address: * 6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MINNESOTA 55364

Taxpayer Identification Number (SSN): **

| Identifying Documents | Place of Issuance | ID Number | Date of Birth | Issue/Expiration Date(s) | Photo? |
|---|---|---|---|---|---|
| ☐ State/Foreign Driver's License | | | | | ☐ Yes ☐ No |
| ☐ State/Foreign ID Card | | | | | ☐ Yes ☐ No |
| ☐ U.S./Foreign Passport | | | | | ☐ Yes ☐ No |
| ☐ Military ID | | | | | ☐ Yes ☐ No |
| ☐ Resident Alien Card | | | | | ☐ Yes ☐ No |
| ☐ Social Security Card | | | | | |
| ☐ Birth Certificate | | | | | |
| ☐ Other: | | | | | ☐ Yes ☐ No |
| ☐ Other: | | | | | ☐ Yes ☐ No |

## ADDITIONAL COMMENTS
(e.g., please note any discrepancies in the borrower's identifying documents): _____

Borrower Initials: _____  _____  _____  _____  _____  _____

## CERTIFICATION
I, the undersigned, hereby certify that: (i) I have personally examined the identifying documents indicated above presented to me by the named individual, (ii) I have accurately recorded the information appearing in the identifying documents I examined, and (iii) except as may be indicated above, each of the indicated identifying documents appears to be genuine, the information contained in the identifying documents is consistent in all respects with the information provided by the named individual, and, where applicable, the photograph appears to be that of the named individual.

_____
Signature                           Date

_____
Name and Title

*For an individual without a residential or business address, provide an APO or FPO box number, or the residential or business address of next of kin or another contact person.
**For non-U.S. persons without a tax identification number, provide a passport number and country of issuance; an alien identification card number, or the number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

# BALLOON PAYMENT DISCLOSURE
*Notice: Read Before Signing Your Loan Documents*

This loan provides for 179 monthly payments of: (check one)

[X ] principal and interest  [   ] interest only

in the amount of $ 1,913.73 each. Assuming that all of the monthly payments have been paid exactly on the date that each is due, a final balloon payment of the then outstanding principal balance plus all earned interest remaining unpaid estimated to be in the amount of $ 153,164.80 shall become due and payable on SEPTEMBER 1, 2021 (the "Maturity Date"). This loan was amortized over a 360 month period.

## DO NOT SIGN ANY LOAN DOCUMENTS IF YOU
## HAVE ANY QUESTIONS ABOUT YOUR LOAN PAYMENTS.

Unless otherwise expressly disclosed in the Note, or in an Addendum or a Rider to the Note, **THE LENDER IN THIS TRANSACTION IS UNDER NO OBLIGATION TO REFINANCE THE OUTSTANDING PRINCIPAL BALANCE OF THIS LOAN DUE ON THE MATURITY DATE.** You may be required to payoff the entire principal balance, plus any unpaid interest due thereon, on the Maturity Date using personal assets. If this Lender, or any other Lender, agrees to refinance the outstanding balance due on the Maturity Date, you may be required to pay the then prevailing interest rate, which may be higher or lower than the interest rate specified in the Note, plus loan origination costs and fees as are typically incurred when creating a new loan.

I hereby certify that the Borrower(s) have received an oral explanation of the balloon payment provisions of this loan.

ALL BORROWERS MUST SIGN AND DATE

I/We hereby acknowledge receipt of the above notice concerning the balloon payment provisions of this loan. I/We further acknowledge that these provisions have also been orally explained to me/us.

_____
(Signature of Loan Officer)

Loan Number: 13012104600

_____
DODIE TAYLOR                (Date)

_____
(Date)

_____
(Date)

_____
(Date)

_____
(Date)

_____
(Date)

# BORROWER'S CERTIFICATION & AUTHORIZATION

## Certification

The undersigned certify the following:

1.  I/We have applied for a mortgage loan from   ROYAL CROWN BANCORP

("Lender").

In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the downpayment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2.  I/We understand and agree that Lender reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3.  I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## Authorization to Release Information

To Whom It May Concern:

1.  I/We have applied for a mortgage loan from Lender. As part of the application process, Lender and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2.  I/We authorize you to provide to Lender and to any investor to whom you may sell my mortgage, and to the mortgage guaranty insurer (if any), any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3.  Lender or any investor that purchases the mortgage, or the mortgage guaranty insurer (if any), may address this authorization to any party named in the loan application.

4.  A copy of this authorization may be accepted as an original.

5.  Your prompt reply to Lender, the investor that purchased the mortgage, or the mortgage guaranty insurer (if any) is appreciated.

6.  Mortgage guaranty insurer (if any):

Right of Financial Privacy Act of 1978 Notice- The Department of Housing and Urban Development (HUD) and the Department of Veterans Affairs (VA) have the right to access financial information held by a financial institution in determining whether to qualify a prospective applicant under their respective loan programs. If you are applying for HUD or VA loan, your financial records will be made available to the requesting government agency without further notice to or authorization from you; such financial information will not be disclosed or released outside the requesting agency except as required or permitted by law. Prior to the time that your financial records are disclosed, you may revoke this authorization at any time; however, your refusal to provide the information may cause your application to be delayed or rejected. If you believe that your financial records have been disclosed improperly, you may have legal rights under the Right to Financial Privacy Act of 1978 (12 USC 3400 et seq.).

| | | |
|---|---|---|
| Borrower  DODIE  TAYLOR | Date | 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 <br> Social Security Number |
| Borrower | Date | Social Security Number |
| Borrower | Date | Social Security Number |
| Borrower | Date | Social Security Number |
| Borrower | Date | Social Security Number |
| Borrower | Date | Social Security Number |

**Form 4506-T**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

► Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.

► Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature.

OMB No. 1545-1872

Tip: Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.<br><br>DODIE TAYLOR | 1b First social security number on tax return or employer identification number (see instructions)<br><br>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 |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
DODIE TAYLOR
11913 70TH PLACE N, OSSEO, MINNESOTA 55369

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.
ROYAL CROWN BANCORP, 29400 KOHOUTEK WAY, STE. 150, UNION CITY, CALIFORNIA 94587

Caution: *If a third party requires you to complete Form 4506-T, do not sign Form 4506-T if lines 6 and 9 are blank.*

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ► _____

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . ☐

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . . ☐

**c** Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2003, filed in 2004, will not be available from the IRS until 2005. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . . . . . . . . . ☐

Caution: *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

____ / ____ / _____     ____ / ____ / _____     ____ / ____ / _____     ____ / ____ / _____

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

|  |  | Telephone number of taxpayer on line 1a or 2a<br><br>( ) |
|---|---|---|

**Sign Here**

► Signature (see instructions) _____ Date _____

► Title (if line 1a above is a corporation, partnership, estate, or trust) _____

► Spouse's signature _____ Date _____

For Privacy Act and Paperwork Reduction Act Notice, see page 2.
Cat. No. 37667N

Form 4506-T (Rev. 4-2006)
DocMagic *eForms* 800-649-1362
www.docmagic.com

## General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

**Note:** *If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

## Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 978-247-9255 |
| Alabama, Delaware Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 678-530-5326 |
| Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, West Virginia | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nebraska, Nevada, New Mexico, Oregon, South Dakota, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 559-253-4990 |
| Connecticut, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, North Dakota, Ohio, Wisconsin | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 816-823-7667 |
| New Jersey, Pennsylvania, a foreign country, or A.P.O or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 215-516-2931 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 859-669-3592 |
| A foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 215-516-2931 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

---

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

For Privacy Act and Paperwork Reduction Act Notice, see page 2.
Cat. No. 37667N

Form 4506-T (Rev. 4-2006)
*DocMagic eForms* 800-649-1362
*www.docmagic.com*

| Form **W-9** | | |
|---|---|---|

Form **W-9**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Print or type  See Specific Instructions on page 2.

Name (as shown on your income tax return)
DODIE TAYLOR

Business name, if different from above

Check appropriate box: ☐ Individual/ Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ➤ _____   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
11913 70TH PLACE N

City, state, and ZIP code
OSSEO, MINNESOTA 55369

Requester's name and address (optional)
ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE.
150, UNION CITY,
CALIFORNIA 94587

List account number(s) here (optional)
13012104600

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

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

or

Employer identification number

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here | Signature of U.S. person ➤ | Date ➤

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Form W-9 (Rev. 11-2005)          Cat. No. 10231X

Form Filled Using *DocMagic*
800-649-1362 www.docmagic.com

- The U.S. grantor or other owner of a grantor trust and not the trust, and

- The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.**

Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This Is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 4 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules regarding partnerships on* page 1.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form. **Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line. **Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc.), then check the box for "Other" and enter "LLC" in the space provided. **Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).

## Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

Note. If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

Exempt payees. Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for. . . |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13. Also, a person registered under the Investment Advisors Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt recipients 1 through 7[2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.

Note. See the chart on page 4 for further clarification of name and TIN combinations.

How to get a TIN. If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form on-line at *www.socialsecurity.gov.* You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

Note. Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

Caution: *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see *Exempt From Backup Withholding* on page 2.

Signature requirements. Complete the certification as indicated in 1 through 5 below.

1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983. You must give your correct TIN, but you do not have to sign the certification.

2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. Real estate transactions. You must sign the certification. You may cross out item 2 of the certification.

4. Other payments. You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions. You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5. Sole proprietorship or single-owner LLC | The owner[3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship or single-owner LLC | The owner[3] |
| 7. A valid trust, estate, or pension trust | Legal entity[4] |
| 8. Corporate or LLC electing corporate status on Form 8832 | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership or multi-member LLC | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the second name line. You may use either your SSN or EIN (if you have one). If you are a sole proprietor, IRS encourages you to use your SSN.

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules regarding partnerships* on page 1.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA, or Archer MSA or HSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 28% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

# ADDITIONAL CERTIFICATION

Loan Number: 13012104600

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

I/We have applied for a mortgage loan from the Lender. In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, additional real property obligations, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information. I/We am/are not aware of any third party who made any misrepresentations or omitted pertinent information on my behalf.

In particular, I/we certify the following:

## STATED INCOME DISCLOSURE

INITIAL: _____ _____

I/We have stated my/our total monthly gross income to be $ _____ . This figure is a true, correct, and accurate representation of my/our total monthly gross income. I/We understand that this figure will be relied upon by the Lender in making a lending decision regarding this loan.

## ADDITIONAL REAL PROPERTIES

INITIAL: _____ _____

In addition to the subject property, I/we have disclosed that I/we own _____ additional properties. I/We have disclosed all of my/our real property ownership on the "Schedule of Real Estate Owned" on the loan application. Other than the subject property, I/we further certify that I/we am/are not currently in the process of purchasing or pursuing another property for purchase within the next 120 days. I/We understand that my/our real property obligations are a substantial factor in the lending decision regarding this loan. I/We also understand that the Lender is relying upon my/our representation(s) that I/we own _____ additional properties when making a lending decision regarding this loan.

## FRAUD REPORTING

INITIAL: _____ _____

I/We understand that the Lender will report any fraud discovered in the loan application or accompanying documents to any and all relevant administrative and law enforcement agencies.

By placing your initials next to each disclosure, Borrower warrants that they have read and understood each disclosure in its entirety.

| Borrower and SSN | Date | Borrower and SSN | Date |
|---|---|---|---|
| DODIE TAYLOR 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 | | | |

| Borrower and SSN | Date | Borrower and SSN | Date |
|---|---|---|---|

| Borrower and SSN | Date | Borrower and SSN | Date |
|---|---|---|---|

DocMagic *eForms* 800-649-1362
www.docmagic.com

# ADDRESS CERTIFICATION

MORTGAGOR: DODIE TAYLOR

I hereby certify that the above referenced mortgaged property is located at the address indicated below, and that the correct mailing address of the mortgagor is also indicated below:

The complete PROPERTY street
address is as follows:

6555 SAUNDERS LAKE DRIVE S
(Street)

MINNETRISTA
(City)

MINNESOTA                    55364
(State)                      (Zip Code)

The complete MAILING address is
as follows:

11913 70TH PLACE N
(Street)

OSSEO
(City)

MINNESOTA                    55369
(State)                      (Zip Code)

Certified By
Closing Agent: _____
               MOLLIE

If the MAILING ADDRESS is the same as the PROPERTY ADDRESS, please indicate "SAME ADDRESS" in the space allocated for the mailing address.

# APPRAISAL DISCLOSURE

Lender: ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

Date: AUGUST 15, 2006

Borrower Name(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S
MINNETRISTA, MINNESOTA 55364

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.

Contact: PATTIE SMITH

Lender/Broker: ROYAL CROWN BANCORP

Address: 29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

Telephone: (510) 487-6925

In your letter, give us the following information:

LOAN OR APPLICATION NUMBER, IF KNOWN, DATE OF APPLICATION, NAME(S) OF
LOAN APPLICANT(S), PROPERTY ADDRESS, AND YOUR CURRENT MAILING ADDRESS.

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# ROYAL CROWN BANCORP

**24307 SOUTHLAND DRIVE, HAYWARD, CALIFORNIA 94545**

# ATTENTION: ESCROW & TITLE COMPANIES

PLEASE ACKNOWLEDGE THAT *ALL* CHECKS ARE TO BE MADE PAYABLE TO ROYAL CROWN BANCORP EXCEPT CREDIT REPORTS & APPRAISALS.

ROYAL CROWN BANCORP ISSUES BROKER CHECKS UPON RECEIVING ESCROW & TITLE COMPANY CHECKS.

PLEASE SIGN AND DATE THE BOTTOM TO INSURE THAT YOU HAD READ THIS AGREEMENT.

X _____
SIGNATURE OF ESCROW OFFICER

X _____
PRINT NAME

X _____
DATE

Phone: 1-877-50 ROYAL · Fax: 510-786-9111 · www.crownloan.com

# BORROWER'S CERTIFICATION

Loan Number: 13012104600

Date: AUGUST 15, 2006

Borrower's Name: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned Borrower(s) certifies to Lender the following:

1. The loan terms stated on the Application for the above referenced loan are true, accurate, and complete.

2. Funds used to close the above referenced loan are not a gift and are from Borrower's own funds.

3. Borrower has 2 months PITI reserves available after closing, exclusive of cash-out proceeds.

4. Borrower and co-borrower, if applicable, are currently employed as stated on the Application.

5. This transaction is not a non-arms length transaction.

| Borrower | Borrower |
| --- | --- |
| DODIE TAYLOR | |

| Borrower | Borrower |
| --- | --- |

| Borrower | Borrower |
| --- | --- |

DocMagic *eForms* 800-649-1362
www.docmagic.com

# CERTIFICATE OF LOANS TO ONE BORROWER

Loan Number: 13012104600

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned Borrower hereby certifies and represents to ROYAL CROWN BANCORP

("Lender")

that the total of all loans made by said Lender to the undersigned Borrower, including the loan hereby applied for, and to all other persons and entities which are required to be included in computing said total is as follows:

(1)  This loan $ 173,000.00

(2)  Other loans applied for or made (if none, state "no exceptions"; if any, complete the information for each loan and/or loan application):

| NAME OF BORROWER | LOAN NUMBER | LOAN AMOUNT |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

I/We understand that the persons and entities which are required to be included are as follows:

(1)  Any person or entity that is, or that upon making of a loan will become, obligor on a loan on the security of real estate;

(2)  Nominees of such obligor;

(3)  All persons, trusts, partnerships, syndicates and corporations of which such obligor is a nominee or a beneficiary, partner, member, or record or beneficial stockholder owning ten percent or more of the capital stock, or a nominee of any of these persons;

(4)  If such obligor is a trust, partnership, syndicate or corporation, all trusts, partnerships, syndicates and corporations of which any beneficiary, partner, member of record or beneficial stockholder owning ten percent or more of the capital stock, is also a beneficiary, partner, member of record or beneficial stockholder owning ten percent or more of the capital stock of such obligor and;

(5)  Members of the immediate family of any borrower.

Each of the undersigned, including, where the borrower is a corporation or partnership, each of the persons executing this certificate on behalf of such corporation or partnership, hereby certifies under penalty of perjury that the foregoing is true and correct.

Executed at FIRST UNION TITLE & REAL ESTATE SVCS, LLC
6800 CITY WEST PKWY, STE. 350, EDEN PRAIRIE, MINNESOTA 55344

DODIE TAYLOR

# HOME EQUITY CLOSED-END (CES) DELIVERY CHECKLIST

| Date: 08/15/2006 | Seller Name: | Loan No: 13012104600 | ☐ Simultaneous Closing (Piggyback) ☐ Stand Alone |
|---|---|---|---|

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## COLLATERAL DOCUMENTS

All collateral documents must be secured with a prong fastener on the left side of the file.

- ☐ Wire Instructions/Bailee Letter
- ☐ Original Note (**endorsed to Countrywide Bank, N.A.**), and all required amendments
- ☐ Certified copy of Mortgage/Deed of Trust with legal description and all required riders
- ☐ Certified copy of fully executed Assignment to MERS (not required if Security Instrument is a MOM document)
- ☐ Certified copy of Renewal and Extension Exhibit (Texas rate and term refinances only)
- ☐ Certified Copy of Power of Attorney (if applicable)

## CREDIT DOCUMENTS

All credit documents must be secured with a prong fastener on the **right** side of the file.

- ☐ Completed Equity Loan Purchase Voucher
- ☐ Uniform Underwriting and Transmittal Summary (1008)
- ☐ Uniform Residential Loan Application (1003)
- ☐ Credit Report (RMCR or 3 file merge) with credit score for each borrower
- ☐ Payment History
- ☐ 12-month payment history on first mortgage or VOM, if no history disclosed on credit report
- ☐ Copy of Purchase/Sale Contract
- ☐ Appraisal (full or drive-by) with original or legible copies of photos
- ☐ Original signed and dated Notice of Right to Cancel/Right of Rescission, if applicable
- ☐ Copy of the first mortgage loan Note or completed First Lien Holder Terms form
- ☐ Copy of the Title Search/Guaranty or Title Binder
- ☐ Certified copy of the HUD-1 or HUD-1A
- ☐ Copy of first mortgage HUD-1 Settlement Statement (if originated simultaneously)
- ☐ Evidence of Hazard Insurance (copy of declaration page or binder)
- ☐ FEMA Standard Flood Hazard Base Determination Certificate
- ☐ Evidence of Flood Insurance, if applicable (copy of declaration page or binder)
- ☐ Verification of Employment (refer to the Seller's Guide for required documentation)
- ☐ Copy of Good Faith Estimate
- ☐ Copy of Truth-in-Lending Disclosure
- ☐ Adjustable Rate Mortgage Disclosure (Texas only)
- ☐ Copy of Good-bye Letter
- ☐ Signed IRS Form 4506-T
- ☐ Copy of DU/LP Certificate for the first mortgage (if closed simultaneously using Streamline Documentation)
- ☐ All other state specific disclosures
- ☐ Other _____

DocMagic *eForms* 800-649-1362
www.docmagic.com

# COMPLIANCE AGREEMENT

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

Loan Number: 13012104600

Seller(s):

Lender: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

The undersigned borrower(s) for and in consideration of the above referenced Lender this date funding the closing of this loan agrees, if requested by Lender or Closing Agent for Lender, to fully cooperate and adjust for clerical errors, any or all loan closing documentation if deemed necessary or desirable in the reasonable discretion of Lender to enable Lender to sell, convey, seek guaranty or market said loan to any entity, including but not limited to, an investor, Fannie Mae, Freddie Mac, Federal Housing Authority, the Department of Veterans Affairs or any municipal bonding authority.

The undersigned borrower(s) agree(s) to comply with all above noted requests by Lender or Closing Agent for Lender within 30 days from the date of mailing said requests. Borrower(s) agree(s) to assume all costs including, by way of illustration and not limitation, actual expenses, legal fees and marketing losses, for failing to comply with correction requests in such 30-day time period.

The undersigned borrower(s) do hereby so agree and covenant in order to assure that the loan documentation executed this date will conform and be acceptable in the market place in the instance of transfer, sale or conveyance by Lender or its interest in and to said loan documentation.

Dated effective

DODIE TAYLOR
_____          _____

_____          _____

_____          _____

Sworn to and subscribed before me this          day of

_____
Notary Public

(Seal)          My Commission Expires:

# DOCUMENTATION CORRECTION COMPLIANCE AGREEMENT

Loan Number: 13012104600

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

If deemed necessary by ROYAL CROWN BANCORP , its successors and/or assigns ("Lender"), or the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Federal Housing Authority, the Department of Veterans Affairs, or a Secondary Mortgage Market investor, the undersigned borrower(s), for and in consideration of the funding and closing of this loan, agrees to fully cooperate and adjust for clerical errors on any or all loan documentation as requested by Lender or the closing agent of this loan.

The undersigned borrower(s) does hereby so agree and covenant in order to assure that the documentation for said loan will conform and be acceptable in the marketplace in the instance of transfer, sale or conveyance by Lender of its interest in and to said loan documentation.

If the undersigned borrower(s) fails, within 15 days of such request, to execute any documents or take any other action requested by Lender or the closing agent for the purpose of correcting errors, Lender or the closing agent may institute an action or proceeding against the borrower(s) relating to the provisions herein. In that event, Lender or the closing agent shall be entitled to recover from the borrower(s) its reasonable costs, expenses and attorneys' fees.

DATED effective this                day of

| | |
|---|---|
| Borrower DODIE TAYLOR    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |
| Borrower    Date | Borrower    Date |

State of MINNESOTA     )
                              )ss:
County of HENNEPIN     )

         On                            before me
personally appeared DODIE TAYLOR

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.          Signature: _____ (seal)

                                      My commission expires:

(This area for official notarial seal)

# ESCROW WAIVER

Loan Number: 13012104600

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

ROYAL CROWN BANCORP ("Lender")
hereby waives its normal requirement providing for the escrow of, among other things, and to the extent applicable, taxes, insurance, ground rents and assessments.

Borrower hereby agrees to pay these items promptly when due and to provide receipts to Lender upon request as proof of payment. Failure to pay such items when due or to make mortgage payments as agreed shall give Lender the right to reinstate the requirement that these items be paid to Lender to be placed in escrow and paid monthly for the remaining term of the loan.

Borrower hereby acknowledges and understands that the consequences of not establishing an escrow account may include, without limitation, the following:

(1)  Borrower may incur fees associated with this escrow waiver;

(2)  Borrower is responsible for personally and directly paying the non-escrowed items in addition to paying the mortgage loan payment; and

(3)  If Borrower fails to pay non-escrowed items, Lender may obtain the required insurance on Borrower's behalf at a potentially higher cost (which may include any potential commission payments to the Lender), and/or there could be reduced coverage for Borrower of the insurance Lender obtains.

The undersigned hereby agrees to these terms and conditions.

| | | | |
|---|---|---|---|
| Borrower DODIE TAYLOR | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DocMagic *eForms* 800-649-1362
www.docmagic.com

# FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The Federal Agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
Washington, DC 20580
(202) 724-1140

I/We acknowledge that I/we have received a copy of this notice.

_____        _____
DODIE TAYLOR                    Date                                        Date


_____        _____
                                Date                                        Date


_____        _____
                                Date                                        Date

DocMagic *eForms* 800-649-1362
www.docmagic.com

**ROYAL CROWN BANCORP**
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587
(510)487-6925

Date: AUGUST 15, 2006

Mortgagor Name: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

RE: Loan Number: 13012104600

Dear Mortgagor(s),

EffectiveOCTOBER 1, 2006 the servicing of your mortgage loan will transfer to COUNTRYWIDE HOME LOANS, INC.
This transfer does not change the terms and conditions of your original mortgage contract other than the transfer of the servicing of your loan.

As of the effective date, all future payments must be sent to COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
P.O. BOX 10334, VAN NUYS, CALIFORNIA 91410-0334
Please make your check or money order payable to COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
A monthly Mortgage Loan Statement will be sent to you, but until you receive this statement, mail your check or money order to:
COUNTRYWIDE HOME LOANS, INC., PAYMENT PROCESSING MSN PTX-36
P.O. BOX 10334
VAN NUYS, CALIFORNIA 91410-0334

Please refer any questions you have as of the effective date to COUNTRYWIDE HOME LOANS, INC.

at the following address:
400 COUNTRYWIDE WAY
SIMI VALLEY, CALIFORNIA 93065

Next January you will be furnished with a statement reflecting the amount of mortgage interest and real estate property taxes that you paid during the calendar year that we serviced your account. If you have any questions concerning your account, please contact the Customer Service Department at (800) 669-6607 .

It has been a pleasure to service your mortgage loan and we wish you a successful relationship with COUNTRYWIDE HOME LOANS, INC.

Sincerely,

ROYAL CROWN BANCORP

DocMagic eFRORMS 800-649-1362
www.docmagic.com

# HOMEOWNER/FIRE INSURANCE REQUIREMENTS

Loan No.: 13012104600

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Lender: ROYAL CROWN BANCORP

Case #:

Branch: UNION CITY

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

Lender and FHA/VA have basic, minimum, hazard insurance requirements related to housing encumbered by deed of trust or mortgages owned or serviced by Lender which are as follows:

1. Coverage must be at least fire and extended coverage with "special" form coverage endorsement I.e.: fire only-DP# or DF#; homeowner's policy-H03 (as opposed to "Broad" form -H02).
2. The amount of coverage must be equal to at least the unpaid principal balance or replacement value, per State regulation of the loan. If a property appraisal is provided separating valuations for the land and the improvements is covered or if there is a replacement cost guaranty (must specify-Dwelling not personal property).
3. Insurer must be rated "B III" or better in Best's Key Rating Guide or "A" or better in Demotech, Inc.'s Hazard Insurance Financial Stability Ratings.
4. All policies, invoices, and correspondence must refer to Lender's loan/account number; this is to be ascertained by insurers and their agents through communication with the insured.
5. All mid-term substitution policies must be accompanied by a signed paid receipt and a borrower's signed authorization (when changing agents) in addition to meeting all criteria contained herein.
6. Unless required by statute, binders are not acceptable. When accepted, term of binder cannot exceed 60 days.
7. On all GPM loans (graduated payment) the insurance coverage must be in an amount no less than the total deferred amount of the loan. The insurance agent must contact our office for that amount prior to his writing the policy. Your total minimum insurance coverage must be no less than $
8. The mortgagee clause must read  ROYAL CROWN BANCORP
   IT SUCESSOR AND OR ASSIGNS
   29400 KOHOUTEK WAY, STE. 150
   UNION CITY, CALIFORNIA 94587
9. NON-IMPOUNDED/NON-ESCROWED ACCOUNTS: Lender requires a renewal date. Lender will force place coverage.
THE REQUIREMENTS BELOW RELATE TO ACCOUNTS WHEREIN LENDER MAINTAINS AN IMPOUND/ESCROW FOR PAYMENT OF HAZARD INSURANCE PREMIUMS.
10. Lender requires billing 30 days in advance of renewal date. Accounts for which bills are not received on or before the renewal date will result in force placed coverage.
11. Invoices for payment must indicate total premiums to be paid for the hazard insurance coverage of only the mortgaged property.
12. Lender will only disburse up to $100.00 for additional premiums negotiated, on an interim basis, between an insured and insurer/agent. (Exception: Earthquake Additions.)
13. Lender will not object to multi-year and/or continuous policies; however, if to be paid annually, all prior Lender requirements stated herein apply.
   A hazard insurance policy may take several weeks to procure and accordingly, you should not delay contacting the appropriate providers. Lender may be able to offer you this service should you elect to request it. THE FAILURE TO PROCURE A POLICY AND PROVIDE IT TO LENDER MAY DELAY THE LOAN CLOSING.

## FLOOD INSURANCE CERTIFICATION

--- If the property I am purchasing is not in Flood Zone A or V, flood insurance is not mandatory. I am aware that the possibility of flood damage may still exist and in the event of damage from flood there will be no government or lender assistance. If the property is located in Zone B, flood insurance is not mandatory but is available and flood insurance may be purchased now or at a later date.

--- I am also aware that the purchase of flood insurance may be required by law at a later date by virtue of the community becoming eligible for protection under the Flood Disaster Protection Act of 1973, P.L. 93-234. In this event, I will be required to pay the first year's premium in advance and escrow monthly payments. My signature below authorizes Lender, or its assigns, to place the insurance at a later date if it becomes mandatory.

## DESIGNATION OF INSURANCE CARRIER

☐ I, the undersigned, state that I have been given the option of choosing any hazard insurance carrier for the purpose of insuring our home against perils of fire, etc; further that I have selected to so insure with:

| (Name of Company Selected) | Agents Name | Phone Number |
|---|---|---|
| | | |

| Borrower DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# HOMEPAY PLUS℠ ENROLLMENT FORM

Loan Number: 13012104600

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

HomePay Plus℠, your Lender's Automatic Payment Service is a **FREE** and convenient service we offer our customers. It accommodates your desired payment schedule with a choice of four withdrawal dates and allows your to apply additional principal if you wish. Each month your mortgage will be conveniently and automatically paid from your bank account for you.

☐ Yes, I do authorize my Lender to initiate HomePay Plus℠ debits to my bank account in order to make use of this **FREE** and convenient service.

Is this a refinance?    Yes ☐    No ☒

I authorize Lender to debit my account each month on the day checked below:

(check one) ( ) 1st    ( ) 3rd    ( ) 5th    ( ) 10th

If the date I select falls on a holiday or weekend, the payment will be debited on the next business day.

I would like to supplement my principal payment each month, and I have indicated the amount here; otherwise, leave blank: **I'd like to make additional principal payments of $**                     **per month.**

### Tape voided blank check here (Do Not Use Staples)

| | |
|---|---|
| Jane Doe<br>12345 Main Street<br>Anytown, USA 99999 | **5678**<br>18-68-1220 |

V

Pay to the                                             O                                    $ ☐
Order of

Dollars

My Financial Institution
5432 First Avenue                                     I
Anytown, USA 99999

D

Memo
I:1220006811: 6978"I 17169"I 99999"I

**IMPORTANT:** I understand that HomePay Plus℠ WILL NOT TAKE PLACE IF MY LOAN IS DELINQUENT, and, in such case, I must remit all payments directly to Lender. Provided that my continued use of HomePay Plus℠ has been approved by Lender, HomePay Plus℠ will resume automatically when my loan has been brought current. Any HomePay Plus℠ debit which occurs when there are insufficient funds in my designated account will be reversed; if there remain insufficient funds on the Lender's second attempt to debit my account, I will be responsible for sending replacement funds to Lender via certified funds or personal check, along with any late fees or penalties. I agree that I will be charged a fee up to $25.00 (unless limited by law) for each HomePay Plus℠ debit that is reversed. If my loan has an escrow account for taxes or insurance or my loan provides for variable payments (i.e. an adjustable rate mortgage), I understand HomePay Plus℠ will automatically adjust to any new payment amount which results from a change in the escrow requirements or the principal and interest payment amount. I will be notified of any such adjustments. This HomePay Plus℠ authorization shall remain in effect until Lender receives my written notice of cancellation and Lender has a reasonable time to cancel the HomePay Plus℠ service, or Lender cancels this service on at least ten day advance notice to me, or my loan is paid in full (whichever occurs first).

Borrower Signature DODIE TAYLOR          Date          Borrower Signature          Date

Borrower Signature          Date          Borrower Signature          Date

Borrower Signature          Date          Borrower Signature          Date

If this request was not submitted during the application process, please fax or forward to:
EPS Fax Number: (805)520-5191
Electronic Payment Systems, P.O. Box 10281, Van Nuys, CA 91410-0281

# Loan Purchase Voucher

| Seller Name: ROYAL CROWN BANCORP | Seller #: | Seller Loan #: 13012104600 |
|---|---|---|
| Contacts Name: ROYAL CROWN BANCORP | Contacts Phone: (510)487-6925 | Contacts Fax: |

| Borrower Name (Last, First): DODIE TAYLOR | |
|---|---|
| CHL Loan #: | Commitment/Trade Number (including suffix): |

## Loan Type/Program

[ ] Purchase  [ ] Refinance  [X] Cash Out Refinance  [ ] Streamline Refinance

| [ ] Conforming | [ ] Government | [ ] Non-Conforming | [ ] Expanded Criteria | [ ] Specialty ARMs | [ ] Equity | Sub-Prime* |
|---|---|---|---|---|---|---|
| Fixed [X] ARM [ ] Balloon [X] | FHA [ ] 203K [ ] VA [ ] | Fixed [X] ARM [ ] FlexSaver [ ] | Fixed [X] ARM [ ] | 1/6-Mo I/O [ ] PayOption [ ] FlexSaver [ ] | HELOC [ ] CES [ ] Variable Rate CES [ ] | *Refer to Ch. 21 of the Seller's Guide for the subprime LPV form. |

CLD Loan Program Name:

[X] Owner-Occupied          [ ] 2nd Home          [ ] Non-Owner

| Special Property Types: | Condo/PUD Type: | [ ] (P) Limited-New  [ ] (Q) Limited-Est.  [ ] (R) Expedited New  [ ] (S) Expedited Est. |
|---|---|---|

[ ] (T) 1028 Review  [ ] (U) FHA-Approved  [ ] Class I  [ ] Class II  [ ] Class III
[X] (E) PUD  [X] (F) PUD
Factory-Built Housing Type:  [ ] Modular, panelized or prefabricated  [ ] Manufactured

| Special Loan Features: | [ ] Buydown  [ ] GPM | [ ] Piggyback | [ ] Tax Advantage Mortgage Insurance (TAMI) |
|---|---|---|---|

CHL Loan # of piggyback or super streamline loan documents (if applicable) _____

[ ] Loan Modification (Construction-to-perm, C&E, etc.)

## Documentation Type

[ ] Full Doc.  [ ] Alternative Doc.  [ ] Reduced Doc.  [ ] Super Streamline (Equity only)

[ ] No Ratio  [ ] Stated Income/Stated Assets  [ ] No Income/No Assets  [ ] Streamline (Equity & Government only)

## Tax and Insurance Information

Does this loan have impounds?  [ ] Yes  [X] No

Current escrow balance:  $_____

Borrower's Mailing Address, if different from subject property:

_____

_____

DocMagic eForms 800-649-1362
www.docmagic.com

ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587          Loan Number: 13012104600

# LOAN SERVICING DISCLOSURE STATEMENT

NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. § 2601 et seq.) you have certain rights under that Federal Law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

## TRANSFER PRACTICES AND REQUIREMENTS

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect-call telephone number of the new servicer, and toll-free or collect-call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions about the transfer of servicing. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

## COMPLAINT RESOLUTION

Section 6 of RESPA (12 U.S.C. § 2605) gives you certain consumer rights, whether or not your loan servicing is transferred. If you send a "qualified written request" to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

## DAMAGES AND COSTS

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

## SERVICING TRANSFER ESTIMATED BY LENDER

1. The following is the best estimate of what will happen to the servicing of your mortgage loan:
   __XX__ We are able to service your loan and presently intend to do so.
   _____ We do not service mortgage loans and we presently intend to assign, sell, or transfer the servicing of your mortgage loan. You will be informed about your servicer.
2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is between: 100
This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.
3. This is our record of transferring the servicing of the mortgage loans we have made in the past:

| YEAR | PERCENTAGE OF LOANS TRANSFERRED |
|------|--------------------------------|
| 2003 | 100.00% |
| 2004 | 100.00% |
| 2005 | 100.00% |

This information ☒ does  ☐ does not include assignments, sales or transfers to affiliates or subsidiaries.

ROYAL CROWN BANCORP

_____          AUGUST 15, 2006
Lender's Authorized Representative                   Date

## ACKNOWLEDGMENT OF MORTGAGE APPLICANT

I/We have read this disclosure form, and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

| | | | |
|---|---|---|---|
| Applicant's Signature<br>DODIE TAYLOR | Date | Applicant's Signature | Date |
| Applicant's Signature | Date | Applicant's Signature | Date |
| Applicant's Signature | Date | Applicant's Signature | Date |

# NON-AGENCY DISCLOSURE
## [MINN. STAT. §58.15]

Originator: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

ROYAL CROWN BANCORP **IS NOT ACTING AS YOUR AGENT IN CONNECTION WITH OBTAINING A RESIDENTIAL MORTGAGE LOAN. WHILE WE SEEK TO ASSIST YOU IN MEETING YOUR FINANCIAL NEEDS, WE CANNOT GUARANTEE THE LOWEST OR BEST TERMS AVAILABLE IN THE MARKET.**

By signing below, I hereby acknowledge receipt of a true copy of this disclosure.

| | | | |
|---|---|---|---|
| Applicant DODIE TAYLOR | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |
| Applicant | Date | Applicant | Date |

Lender: ROYAL CROWN BANCORP

Borrower(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

---

## NOTICE OF RIGHT TO DISCONTINUE ESCROW

If your mortgage loan involves an escrow account for taxes and homeowner's insurance, you may have the right in five years to discontinue the account and pay your own taxes and homeowner's insurance. If you are eligible to discontinue the escrow account, you will be notified in five years.

MN Revised Statute 47.20(9)(b)

---

## ADDITIONAL ESCROW ACCOUNT INFORMATION

If you are eligible to discontinue the escrow account, but the escrow account has a negative balance or a shortage at the time you request discontinuance, your escrow account may not be discontinued until the escrow account is balanced or the shortage has been repaid. Any funds remaining in the escrow account will be returned to you within 60 days after receipt of your written notice of election to discontinue the escrow account. You will not be charged a direct fee for the administration of the escrow account, nor shall you be charged a fee or other consideration for discontinuing the escrow account.

☒ The above-named Lender will not require you to establish and maintain an escrow account for the payment of insurance premiums, property taxes or other applicable charges affecting the property securing repayment of your loan, and you will be legally responsible for the payment of all such premiums, taxes and charges.

☐ The above-named Lender will require you to establish and maintain an escrow account with the Lender for the payment of insurance premiums, property taxes or other applicable charges affecting the property securing repayment of your loan.

By signing below, the undersigned acknowledge receipt of a copy of this disclosure.

| | | | |
|---|---|---|---|
| Borrower<br>DODIE TAYLOR | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

# PREPAYMENT PENALTY DISCLOSURE

Date: AUGUST 15, 2006

Mortgage Originator: ROYAL CROWN BANCORP

Applicant(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## THIS IS VERY IMPORTANT

## THIS LENDER CHARGES YOU A SUBSTANTIAL PENALTY IF YOU PAY OFF OR REFINANCE YOUR LOAN BEFORE MATURITY. ASK THE LENDER HOW MUCH THE PENALTY WILL BE FOR YOUR LOAN.

Each of the undersigned applicants hereby acknowledges receiving a copy of this disclosure.

| Applicant DODIE TAYLOR | Date | Applicant | Date |
|---|---|---|---|

| Applicant | Date | Applicant | Date |
|---|---|---|---|

| Applicant | Date | Applicant | Date |
|---|---|---|---|

# RESIDENTIAL MORTGAGE ORIGINATOR SERVICES AGREEMENT

Mortgage Originator: ROYAL CROWN BANCORP

Applicant(s): DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

This Residential Mortgage Originator Services Agreement (the "Agreement") sets forth, among other things, a general description of some of the services that the above-named residential mortgage originator ("we," "us" and "our") will provide in connection with your residential mortgage loan application, and our compensation for such services.

## OUR RELATIONSHIP WITH YOU

This Agreement creates a fiduciary relationship between you and us. As a result of this relationship, we owe you certain fiduciary duties, including by way of example and not limitation, the duty to act honestly, loyally and in your best interest; the duty to follow your instructions; and the duty to disclose to you all material facts of which we have knowledge.

## DESCRIPTION OF OUR SERVICES

Our services are advisory and administrative in nature. We will enter into separate independent contractor agreements with various lenders. While we seek to assist you in meeting your financial needs, we do not distribute the products of all lenders or investors in the market. Furthermore, while we will attempt to obtain the best possible terms, we cannot guarantee the lowest price or best terms available in the market. Finally, we cannot guarantee acceptance into any particular loan program or promise any specific loan terms or conditions. Our services may include, but are not limited to, the following:

- Taking information from you and filling out a loan application;
- Analyzing your income and debt and pre-qualifying you to determine the mortgage for which you qualify;
- Educating you in the home financing process, advising you about the different types of loan products available, and demonstrating how closing costs and monthly payments could vary under each product;
- Collecting financial information (such as tax returns, bank statements and the like) and other related documents that are part of the application process;
- Initiating and/or ordering: verifications of employment (VOEs); verifications of deposit (VODs); requests for mortgage and other loan verifications; appraisals; and inspections or engineering reports;
- Providing required federal and state disclosures and notices to you;
- Assisting you in understanding and clearing credit problems;
- Maintaining regular contact with you and others involved in the application process (such as realtors and the lender) between application and closing to apprise you and them of the status of the application and gather any additional information as needed;
- Ordering legal documents;
- Determining whether the property is located in a flood zone or ordering such service; and
- Participating in the loan closing.

We will continue to provide these services until your loan is closed or you terminate our services for any reason, whichever occurs earlier.

## OUR COMPENSATION

The lenders whose loan products we distribute generally provide their loan products to us at a wholesale rate. The retail price we offer to you (that is, your interest rate, points, fees and charges) will include our compensation. Examples of our total compensation are as follows:

- We may receive all of our compensation from you. We may charge you a fee (often designated as a "mortgage broker fee," broker fee," and/or "origination fee") for our services, but we would not receive any compensation from the lender.

- We may receive all of our compensation from the lender. You may be able to pay all of our compensation indirectly through a higher interest rate, in which case our compensation will be paid to us directly by the lender. The lender may also pay additional compensation to us based on: (i) the value of the mortgage loan or related servicing rights in the market place (often designated as a "servicing release premium" or "SRP"), or (ii) other services performed by us for, or goods or facilities provided by us to, the lender (often designated as a "yield spread premium" or "YSP").

- We may receive some of our compensation from you and some of our compensation from the lender.

In all cases, our total compensation will be reasonably related to the total value of goods or facilities provided or services performed by us in connection with your loan application. The total amount of our compensation will be disclosed to you prior to closing.

## ADVANCE FEES

Listed below are estimates of the fees you must pay in advance in connection with your loan application. You may also be obligated to pay other charges that are not disclosed in this Agreement. Estimates of such other charges are shown on the Good Faith Estimate of settlement charges and are generally nonrefundable unless applicable law requires otherwise.

| Fee | Description | Amount | Terms and Conditions of Refundability |
|---|---|---|---|
| Application Fee | Covers the cost of determining whether you qualify for the loan, and/or processing, verifying and preparing your loan application for submission to a lender. | $ | Nonrefundable unless otherwise provided by applicable law. |
| Appraisal Fee | Paid to an appraiser to determine the value of the property securing repayment of the loan. | $ | The full amount will be refunded until the appraisal is performed; once the appraisal is performed, the fee becomes nonrefundable. |
| Credit Report Fee | Paid to a credit reporting agency for a report that discloses, among other things, your past credit payment history. | $ | The full amount will be refunded until the credit report is provided; once the credit report is provided, the fee becomes nonrefundable. |
| Other Third Party Fee: | Paid for goods provided or services performed. | $ | The full amount will be refunded until the goods are provided or the services are performed; once the goods are provided or the services are performed, the fee becomes nonrefundable. |

Generally, these services will be performed within 30 days from the date of this Agreement. If the actual cost exceeds the estimate, you agree to pay any shortfall. We will refund any amounts collected in excess of the actual cost.

## TRUST ACCOUNT INFORMATION
If we have solicited or received any advance fees, we will deposit such fees into the following designated trust account:

## MAXIMUM INTEREST RATE
The maximum rate of interest to be charged on any residential mortgage loan obtained by us on your behalf will
percent ( %).

## OTHER SIGNIFICANT INFORMATION
While we will make a good faith effort to process your loan application as expeditiously as possible, certain types of situations that are unknown to us at the time your application is taken could affect the processing of your loan application and the fees and charges you may be obligated to pay, including, but not limited to, the following:

1. an appraisal value of the property that is different from the value as estimated by you;
2. credit obligations that you fail to disclose;
3. a change in your financial circumstances that would result in your ineligibility for the loan; and
4. a material change or discontinuation of a loan program by an investor or other entity, such as the U.S. Department of Housing and Urban Development, the Veterans' Administration or a private investor.

## YOUR RIGHT TO CANCEL THIS AGREEMENT
You have an unconditional right to rescind this Agreement at any time until midnight of the third business day after the day on which the Agreement is signed. To cancel, you must provide written notice to us expressing your intention not to be by this Agreement at our address stated in this Agreement. If you send a notice of cancellation to us by mail, your notice is effective upon deposit of a properly addressed, postage prepaid in a mailbox. You may not waive your right to rescind as provided herein.

## PRIOR FUNDINGS RESULTING FROM OUR SERVICES
With respect to the 12-month period ending 10 business days prior to the date of this Agreement, the percentage of our customers for whom loans have actually been funded as a result of our services is approximately
percent ( %).

## CONTACT INFORMATION
If you have any questions regarding your application or this Agreement, please contact us at:

- ROYAL CROWN BANCORP
- 29400 KOHOUTEK WAY, STE. 150
- UNION CITY, CALIFORNIA 94587
- Phone: (510) 487-6925

_____
Mortgage Originator                    Date

PATTIE SMITH
_____
Print Name

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS MORTGAGE LOAN ORIGINATION DISCLOSURE STATEMENT.

| | | |
|---|---|---|
| Applicant DODIE TAYLOR | Date | |

Applicant _____ Date

Applicant _____ Date

Applicant _____ Date

Applicant _____ Date

Applicant _____ Date

# MORTGAGE INSURANCE DISCLOSURE
## (ALL STATES EXCEPT NEW YORK)

Loan Number: 13012104600

Case Number:

Date: AUGUST 15, 2006

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

You have applied for a loan that requires mortgage insurance ("MI"). We offer a variety of MI choices, and the information below will help you decide which type of MI is right for you. Not all of these types of MI are available for all loan types. Be sure to ask your mortgage professional if any types of MI are not available for the loan program you have chosen.

Regardless of the type of coverage you select, mortgage insurance reimburses the lender or its assigns for losses that may be incurred if you default on your loan. It may seem to you as if mortgage insurance does not provide a direct monetary benefit to you. However, it provides a definite indirect benefit in that it allows us to offer our loan programs at lower down payment amounts than would normally be required. Mortgage insurance is typically required for any loan that is not insured or guaranteed by the federal government when the equity in the property is less than 20% for owner-occupied properties or 25%-30% for second homes and rental properties.

## TRADITIONAL BORROWER-PAID MORTGAGE INSURANCE

With Borrower-Paid Mortgage Insurance ("BPMI"), the monthly mortgage insurance premium is added to your payment every month. In most cases, there will be an initial MI premium amount due at closing, which will be added to your closing costs. Traditional borrower-paid mortgage insurance premiums are generally not tax deductible (consult your tax advisor).

## TAX ADVANTAGE MORTGAGE INSURANCE

Tax Advantage Mortgage Insurance ("TAMI") is lender-paid mortgage insurance that can offer you significant benefits that are not available with traditional mortgage insurance, including:

- No MI premium paid at closing.
- You may have lower total monthly payments.
- You may save hundreds of dollars.
- TAMI may be tax deductible if you itemize deductions on your federal income tax return.*

We offer two types of Tax Advantage Mortgage Insurance: Monthly TAMI, where your interest rate is increased, and One-Time TAMI, where your loan balance increases by        origination points. (TAMI is not available on all loan programs.)

Here is an illustration of how traditional borrower-paid mortgage insurance compares to the two types of Tax Advantage MI, based upon the terms of your specific loan (and assuming a 28% tax bracket):

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06
Page 1 of 4

DocMagic *eForms* 800-549-1362
www.docmagic.com

## LOAN PROFILE

Product: CLOSED END 30 DUE IN 15 BALLOON - COUNTRYWIDE
Loan-to-Value: 20.000%
Loan Amount: $173,000.00
Interest Rate: 13.000%

| | Monthly BPMI | Monthly TAMI | One-Time TAMI |
|---|---|---|---|
| Add-on in Points for One-Time TAMI Option | N/A | N/A | N/A |
| Adjusted Loan Amount for One-Time TAMI Option | N/A | N/A | N/A |
| Add-on in Rate for Monthly TAMI Option | N/A | | N/A |
| Adjusted Interest Rate for Monthly TAMI Option | N/A | | N/A |
| Monthly P&I Payment [4] | N/A | | N/A |
| Monthly MI Premium | N/A | N/A | N/A |
| Monthly Pre-Tax Payment | N/A | | N/A |
| Total First Year Interest Paid | N/A | | N/A |
| Average Monthly Interest Paid (average per month) ** | N/A | | N/A |
| Average Monthly Tax Deduction (at 28% tax bracket) | N/A | | N/A |
| Effective Monthly Payment After Taxes | N/A | | N/A |
| BPMI Closing Costs | N/A | $0.00 | $0.00 |
| Payment Savings First Year - Pre-Tax [1] ** | N/A | | N/A |
| First Year Tax Savings - Monthly Payment Only [2] ** | N/A | | N/A |
| First Year Tax Savings - Purchase including MI Points [3] ** | N/A | | N/A |
| First Year Tax Savings - Refinance, including MI Points [3] ** | N/A | | N/A |

[1] BPMI Pre-Tax Payment minus TAMI Pre-Tax Payment times 12.
[2] BPMI After-Tax Payment minus TAMI After-Tax Payment times 12 plus BPMI Closing Costs.
[3] One-Time TAMI First Year Tax Savings (Monthly Payment Only) plus 28% of the One-Time TAMI Add-on Points.
[4] For InterestFirst / Interest Only programs, this amount represents a Monthly Interest Only payment.
** Monthly averages are used for purposes of illustration only.

**\*CONSULT A TAX ADVISOR FOR ADVICE ON THE EXTENT TO WHICH INTEREST OR POINTS ON A LOAN WITH LENDER PAID MORTGAGE INSURANCE ARE TAX DEDUCTIBLE AND WHETHER DIFFERENT RULES APPLY TO PURCHASE AND REFINANCE TRANSACTIONS.**

The example below shows how the costs of Borrower-Paid MI, Monthly TAMI and One-Time TAMI compare over a 10- year period for a typical transaction. This example is based on the following assumptions:

| | | | |
|---|---|---|---|
| Appraised Value of Property: | $150,000 | Interest Rate: | 8.250% |
| Loan Amount: | $135,000 | Monthly TAMI Rate Add-on: | 0.500% |
| Loan-to-Value Ratio: | 90% | One-Time TAMI Additional Points: | 3.000% |
| Loan Term: | 30 years | BPMI Annual Cost: | 0.520% of orig. loan amt. |

| | BPMI | | Monthly TAMI @ .625% Rate Add-on | | One-Time Tami @ 3.000% Add-on | |
|---|---|---|---|---|---|---|
| Year | Average Principal Balance | Annual Cost | Before Tax | After Tax @ 28% tax rate | Before Tax | After Tax @ 28% Tax Rate |
| 1 | $134,464 | $702 | $672 | $484 | $4,050 | $2916 |
| 2 | $133,345 | $702 | $667 | $480 | ** | ** |
| 3 | $132,130 | $702 | $661 | $476 | ** | ** |
| 4 | $130,811 | $702 | $654 | $471 | ** | ** |
| 5 | $129,379 | $702 | $647 | $466 | ** | ** |
| 6 | $127,824 | $702 | $639 | $460 | ** | ** |
| 7 | $126,136 | $702 | $631 | $454 | ** | ** |
| 8 | $124,304 | $702 | $622 | $447 | ** | ** |
| 9 | $122,314 | $702*** | $612 | $440 | ** | ** |
| 10 | $120,154 | $702*** | $601 | $433 | ** | ** |
| Total Cost | | $7,020 | $6,404 | $4,611 | $4,050 | $2,916 |
| | | | | | | |
| Monthly Payment including MI | | $1,072.71 | $1,062.05 | | $1,044.64 | |

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06

Page 2 of 4

DocMagic *eForms* 800-649-1362
www.docmagic.com

The above example assumes that all payments are made as scheduled and that there is no change in your tax rates. **With One-Time TAMI, the points are financed. In this example, for Borrower-Paid MI and Monthly TAMI the beginning principal balance is $135,000; for One-Time TAMI, the beginning principal balance is $139,050. Loans with TAMI will amortize differently from loans with BPMI because of the differing interest rates and beginning principal balances. In this example, the loan balance after 10 years is $119,030 for the loan with BPMI, $120,180.24 for the loan with Monthly TAMI and $122,600.44 for the loan with One-Time TAMI. The principal reduction averages $47.91 more each year for One-Time TAMI and 115.07 less each year for Monthly TAMI. ***In this example, if the conditions for cancellation of BPMI at 80% had been met, the BPMI Annual Cost for the 10th year would be $351. Your individual circumstances may differ.

## CANCELLATION OF MORTGAGE INSURANCE

### Borrower-Paid MI - Owner Occupied, Single Family Mortgage Loans

Under federal law, on the date your loan is *scheduled* to reach 80% of the original value of the property (the lesser of the sales price or appraised value at the time of the loan), or on the date the principal balance *actually* reaches 80% of the original value of the property, you may request that your MI be canceled. These dates are both called the "cancellation date." Your MI will be canceled if all of the following conditions are satisfied:

- You submit a written request for cancellation. You must refer to your loan number on the request and mail your request to: ROYAL CROWN BANCORP
  29400 KOHOUTEK WAY, STE. 150
  UNION CITY, CALIFORNIA 94587

- None of your payments has been 60 or more days past due within two years or 30 or more days past due within one year of the cancellation date.
- An appraisal report from a licensed or certified appraiser acceptable to or selected by the lender, and prepared at your expense, shows that the value of the property has not declined below its original value.
- You provide certification acceptable to us that there are no subordinate liens on the property.

If you are current on your loan payments and have not previously requested and qualified for cancellation as described above, then your MI will automatically terminate on the date the principal balance of your loan is first *scheduled* to reach 78% of the original value of the property. This date is called the "termination date." If you are not current on your loan payments as of the termination date, your MI will automatically terminate when your payments are brought current.

If you have a fixed-rate loan, you will receive a disclosure at loan closing showing you when your loan is scheduled to reach 80% and 78% of the original value of the property. If you have an adjustable-rate loan, the lender will notify you when your loan is scheduled to reach 80% and 78% of the original value of the property, since these dates will change due to changes in the amortization schedule resulting from interest rate changes on your loan.

### Borrower-Paid MI - Mortgage Loans for 2 + Units, Non Primary Residences and Investment Properties

If you do not reside in the property as your primary residence, or if the property consists of two or more units, the above cancellation and termination provisions do not apply to your loan. Cancellation of borrower-paid MI at some future date, if permitted, will depend on the guidelines of the holder of the Note (investor) at the time of your request. Not all investors permit cancellation of MI on loans that are not the borrower's primary residence, and those that do may have different guidelines. Although the following are not uniform conditions imposed by all investors, they are the most common:

- The loan must have been in place for a specific length of time. This can vary from as few as 12 months to 7 years or longer, depending on the type of loan. ARM loans, cash-out refinances and investor properties usually require longer periods longer than two years.
- Good payment history.
- Loan balance below 60% to 65% of the property value.
- Appraisal from a licensed or certified appraiser acceptable to or selected by the lender, paid for by the borrower.
- In the case of ARM loans, a specific number of timely payments since the last payment increase.

To find out if MI coverage can be waived, and the conditions which must be met at that time, you must send a written request to the address shown above.

### Tax Advantage Mortgage Insurance

Tax Advantage Mortgage Insurance terminates only when your loan is refinanced, paid off or otherwise terminated. This type of MI may not be canceled by the borrower at some later time during the term of the loan. In the event the lender cancels the TAMI policy, any premium refund, if applicable, will be payable to the lender, and the borrower's monthly loan payment amount will not change.

Now that you know how Tax Advantage MI compares to traditional borrower-paid mortgage insurance, you can decide which plan is right for you. Be sure to ask if any types of MI are not available for the loan program you have chosen. Please indicate the type of MI you choose:

**CHECK ONE**

☐     **Monthly Tax Advantage MI\***. In return for a higher interest rate on your loan, the lender may secure mortgage insurance. This type of MI may be tax deductible, and depending on your tax bracket, you may be able to take greater tax deductions on your loan with this MI option than the amounts used in the illustration.\*

☐     **One-Time Tax Advantage MI\***. In return for an addition to financed origination points on your loan, the lender may secure mortgage insurance. This type of MI may be tax deductible, and depending on your tax bracket, you may be able to take greater tax deductions on your loan with this MI option than the amounts used in the illustration.\*

☐     **Traditional Borrower-Paid MI.** You pay the mortgage insurance premium in addition to the standard principal and interest payment for your loan. This type of MI is not typically tax deductible.\*

I acknowledge that I have been provided information about my mortgage insurance options, made my MI selection, and received a copy of this disclosure.

| | |
|---|---|
| Applicant DODIE TAYLOR      Date | Applicant      Date |
| Applicant      Date | Applicant      Date |
| Applicant      Date | Applicant      Date |

MORTGAGE INSURANCE DISCLOSURE
(ALL STATES EXCEPT NEW YORK)
05/25/06

Page 4 of 4

DocMagic *EForms* 800-649-1362
www.docmagic.com

# CONSUMER CREDIT SCORE DISCLOSURE

Loan Number: 13012104600

Date: AUGUST 15, 2006

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

---

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

---

Lender Contact Information: ROYAL CROWN BANCORP
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587
(510)487-6925

By signing below, the undersigned hereby acknowledges receipt of a copy of this disclosure.

Borrower DODIE TAYLOR                     Date

Loan Number: 13012104600

Date: AUGUST 15, 2006

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

## CREDIT SCORING INFORMATION

The following consumer reporting agency(ies) provided a credit score that was used by the Lender:

☒ **Equifax Credit Information Services**
P.O. Box 740241
Atlanta, GA 30374
To order report: 1-800-685-1111
To report fraud: 1-800-525-6285
Web Site: www.equifax.com

Current/Most Recent Credit Score: 772    Credit Score Date: 08/01/2006  Credit Score Range: 363-850

Key Factors Adversely Affecting Your Credit Score:
Time since most recent account opening is too short
Number of accounts with delinquency
Too many accounts with balances
Proportion of balances to credit limits is too high on bank revolving or other revolving accounts

☒ **TransUnion Consumer Disclosure Center**
P.O. Box 1000
Chester, PA 19022
To order report: 1-800-888-4213
To report fraud: 1-800-916-8800
Web Site: www.transunion.com

Current/Most Recent Credit Score: 727    Credit Score Date: 08/01/2006  Credit Score Range: 336-843

Key Factors Adversely Affecting Your Credit Score:
Number of accounts with delinquency
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
Too many inquiries last 12 months
Length of time revolving accounts have been established

☒ **Experian National Consumer Assistance Center**
P.O. Box 2002
Allen, TX 75013
To order report: 1-888-397-3742
To report fraud: 1-888-397-3742
Web Site: www.experian.com

Current/Most Recent Credit Score: 766    Credit Score Date: 08/01/2006  Credit Score Range: 300-850

Key Factors Adversely Affecting Your Credit Score:
Proportion of balance to high credit on banking revolving or all revolving accounts
Number of accounts delinquent

☐

Current/Most Recent Credit Score: N/A    Credit Score Date:            Credit Score Range:

Key Factors Adversely Affecting Your Credit Score:

Borrower Initials: _____ _____ _____ _____ _____

CONSUMER CREDIT SCORE DISCLOSURE (Rev. 11/04)
FCRA §609(f) and (g)                          Page 2                          DocMagic *eForms* 800-649-1362
www.docmagic.com

# NOTICE CONCERNING THE FURNISHING
# OF NEGATIVE INFORMATION TO
# CONSUMER REPORTING AGENCY

Lender: ROYAL CROWN BANCORP

Borrower: DODIE TAYLOR

Property Address: 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

---

### WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT
### TO CREDIT BUREAUS.

### LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR
### ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

---

By signing below, the undersigned hereby acknowledge(s) receipt of a copy of this disclosure.

| | | |
|---|---|---|
| Borrower DODIE TAYLOR | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

NOTICE CONCERNING THE FURNISHING OF
NEGATIVE INFORMATION TO CONSUMER REPORTING AGENCY
FCRA §623(a)(7); REGULATION V/MODEL B-1
12/01/04

DocMagic eForms 800-649-1362
www.docmagic.com

# NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from your lender, ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

to

COUNTRYWIDE HOME LOANS, INC.
effective OCTOBER 1, 2006

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your lender send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. In this case, all necessary information is combined in this one notice.

Your lender is ROYAL CROWN BANCORP
If you have any questions relating to the transfer or servicing from your lender call (510) 487-6925
between                     and
on the following days:

Your new servicer will be COUNTRYWIDE HOME LOANS, INC.
The business address for your new servicer is:

| FOR PAYMENTS: | FOR CORRESPONDENCE: |
|---|---|
| 400 COUNTRYWIDE WAY | 400 COUNTRYWIDE WAY |
| SIMI VALLEY, CA 93065 | SIMI VALLEY, CA 93065 |

The toll-free telephone number of your new servicer is (800) 669-6607
If you have any questions relating to the transfer of servicing to your new servicer, call between
and                     on the following days: Monday through Friday.

The date your lender will stop accepting payments from you is OCTOBER 1, 2006
The date that your new servicer will start accepting payments from you is OCTOBER 1, 2006
Send all payments to your new servicer.

You should also be aware of the following information, which is set out in more detail in section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your lender before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain customer rights. If you send a qualified written request to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A qualified written request is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a qualified written request regarding the servicing of your loan, it must be sent to this address:
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with written clarification regarding any dispute. During this 60-business-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

| LENDER: | NEW SERVICER: |
|---|---|
| ROYAL CROWN BANCORP | COUNTRYWIDE HOME LOANS, INC. |

# NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from your lender, ROYAL CROWN BANCORP, A CALIFORNIA CORPORATION

to
NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK effective OCTOBER 1, 2006

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your lender send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. In this case, all necessary information is combined in this one notice.

Your lender is ROYAL CROWN BANCORP
If you have any questions relating to the transfer or servicing from your lender call (510) 487-6925
CUSTOMER SERVICE                                     between  8:00 AM     and 5:00 PM
on the following days: MONDAY - FRIDAY

Your new servicer will be    NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK
The business address for your new servicer is:

| FOR PAYMENTS: | FOR CORRESPONDENCE: |
|---|---|
| NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK INTERIM SERVICING DEPT. 309 VINE STREET, MS 172D CINCINNATI, OH 45202 | NATIONAL CITY WAREHOUSE RESOURCES, A DIVISION OF NATIONAL CITY BANK INTERIM SERVICING DEPT. 309 VINE STREET, MS 172D CINCINNATI, OH 45202 |

The toll-free telephone number of your new servicer is  (800) 897-9763
If you have any questions relating to the transfer of servicing to your new servicer, call between  8:00 AM and  6:00 PM-EST     on the following days: Monday through Friday.

The date your lender will stop accepting payments from you is  OCTOBER 1, 2006
The date that your new servicer will start accepting payments from you is  OCTOBER 1, 2006
Send all payments to your new servicer.

You should also be aware of the following information, which is set out in more detail in section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your lender before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain customer rights. If you send a qualified written request to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A qualified written request is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a qualified written request regarding the servicing of your loan, it must be sent to this address:

> NATIONAL CITY WAREHOUSE RESOURCES, A
> DIVISION OF NATIONAL CITY BANK
> 309 VINE ST., MS 172D
> CINCINNATI, OH 45202

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with written clarification regarding any dispute. During this 60-business-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

LENDER:                                                NEW SERVICER:
ROYAL CROWN BANCORP                                    NATIONAL CITY WAREHOUSE
                                                       RESOURCES, A DIVISION OF
_____                    NATIONAL CITY BANK

---

NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS
Document Systems, Inc. (800) 649-1362
Borrower Initials: _____  _____  _____  _____  _____  _____  _____

# NOTICE OF ASSIGNMENT, SALE OR TRANSFER
# OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from ROYAL CROWN BANCORP

to Countrywide Home Loans, Inc.,

effective OCTOBER 1, 2006 .

Your new Countrywide Home Loans loan number is 13012104600

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present Servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new Servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present Servicer is ROYAL CROWN BANCORP
If you have any questions relating to the transfer of your servicing from your present Servicer, contact ROYAL CROWN BANCORP
at (510)487-6925 between 8:00 a.m. and 5:00 p.m. on the following days MONDAY THRU FRIDAY . This is a ☐ toll free or ☐ collect number.

Your new Servicer will be **Countrywide Home Loans, Inc.**

The business address for your new Servicer is:

> Countrywide Home Loans, Inc.
> 400 Countrywide Way
> Simi Valley, CA 93065

The payment address for your first payment with the new Servicer is:

> Countrywide Home Loans, Inc.
> P.O. Box 10334
> Van Nuys, CA 91410-0334

The toll free telephone number of your new Servicer is (800) 669-6607.

If you have any questions relating to the transfer of servicing to Countrywide Home Loans, Inc., call (800) 669-6607 between 6:00 A.M. and 5:00 P.M. Pacific Time, Monday through Friday.

The date that your present Servicer will stop accepting payments from you is OCTOBER 1, 2006 .
The date that your new Servicer will start accepting payments from you is OCTOBER 1, 2006 .
Send all payments due on or after that date to your new Servicer.

DocMagic *eForms* 800-649-1362
*www.docmagic.com*

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer before its due date may not be treated by the new loan Servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan Servicer concerning the servicing of your loan, your Servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the Servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

Countrywide Home Loans, Inc.
SV-314B
P.O. Box 5170
Simi Valley, CA 93062-5170

Not later than 60 business days after receiving your request, your Servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your Servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where Servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

ROYAL CROWN BANCORP
PRESENT SERVICER                    Date


COUNTRYWIDE HOME LOANS, INC.
FUTURE SERVICER                     Date

# OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT

STATE OF MINNESOTA )
                                        ) ss:

COUNTY OF HENNEPIN )

BEFORE ME, the undersigned authority duly authorized to take acknowledgements and administer oaths, personally appeared
DODIE TAYLOR

(the "Borrower"),

who upon being duly sworn on oath, certified as follows:

1. **Material Inducement:** Borrower understands and agrees that the statements contained herein are given as a material inducement to ROYAL CROWN BANCORP

   (the "Lender"),

   and Lender is relying upon such statements, to make a mortgage loan (the "Loan") to Borrower, repayment of which is secured by a Mortgage, Deed of Trust, Security Deed or other instrument of security (the "Security Instrument") on certain real property located at 6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

   (the "Property").

2. **Occupancy:** [check one box only]

   ☒ **Principal Residence.** Borrower either currently occupies and uses the Property as Borrower's principal residence, or Borrower will occupy and use the Property as Borrower's principal residence within 60 days after Borrower signs the Security Instrument. Borrower will continue to occupy and use the Property as Borrower's principal residence for at least one (1) year from the date that Borrower first occupies the Property. However, Borrower will not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if Lender agrees in writing that Borrower does not have to do so. Lender may not refuse to agree unless the refusal is reasonable. Borrower will also not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if extenuating circumstances exist which are beyond Borrower's control.

   ☐ **Second Home.** Borrower will occupy, and will use, the Property as Borrower's second home. Borrower will keep the Property available for Borrower's exclusive use and enjoyment at all times, and will not subject the Property to any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower either to rent the Property or give a management firm or any other person any control over the occupancy or use of the Property.

   ☐ **Investment.** The Property is owned and held by Borrower as an investment property. Borrower does not now occupy or use the property, and has no present intention to occupy or use the Property in the future, either as Borrower's principal residence or second home. Borrower now occupies and uses other property or properties as Borrower's principal residence and/or second home.

3. **Financial Status:** Borrower understands that Lender is making the Loan based upon statements and representations contained in, or made in connection with, the residential mortgage loan application given by Borrower to Lender (the "Loan Application"). Borrower hereby certifies that the information provided by Borrower contained in, or made in connection with, the Loan Application related to Borrower's financial status (such as Borrower's employment, income, available cash, debts, expenses, credit obligations, and the like), has not changed significantly and that the such information accurately reflects Borrower's current financial status. Borrower certifies further that Borrower has not received a layoff notice or otherwise have knowledge of a pending layoff, and Borrower, to the best of Borrower's knowledge and belief, is unaware of any events or circumstances in the foreseeable future that would impair or have an adverse effect on Borrower's ability to fulfill Borrower's Loan obligations, including, but not limited to Borrower's obligation to make required periodic payments.

OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT
01/31/06                Page 1 of 2            *DocMagic eForms* 800-649-1362
www.docmagic.com

4. **False, Misleading or Inaccurate Statements:** Borrower understands that Borrower will be in default under the terms of the Security Instrument if, during the application process for the Loan, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan, including, but not limited to, representations concerning Borrower's occupancy of the Property and Borrower's financial status. Borrower understands further that any intentional or negligent misrepresentation(s) of the information contained in, or made in connection with, the Loan Application may result in severe civil and/or criminal penalties, including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation(s) which Borrower has made on or in connection with the Loan Application.

Borrower DODIE TAYLOR                        Date          Borrower                                        Date


Borrower                                      Date          Borrower                                        Date


Borrower                                      Date          Borrower                                        Date


Subscribed and sworn to before me this                day of


_____
(Notary Public)


*(Notary Seal)*

DocMagic *eF;orms* 800-649-1362
www.docmagic.com

# REQUEST AND AUTHORIZATION FOR LENDER'S LOSS PAYABLE ENDORSEMENT

To:                                   Date:AUGUST 15, 2006

Re: Policy No.              :

To Whom It May Concern:

The undersigned borrowers hereby request and authorize you to issue and to affix to the above-referenced insurance policy a 438 BFU Lender's Loss Payable Endorsement (or similar standard mortgagee loss payable endorsement form approved in advance by the mortgagee/loss payee) reflecting the following loan information:

*Name(s) of Insured:*   DODIE TAYLOR

*Property Address:*   6555 SAUNDERS LAKE DRIVE S, MINNETRISTA, MINNESOTA 55364

*Mortgagee/Loss Payable clause to read:*
ROYAL CROWN BANCORP
IT SUCESSOR AND OR ASSIGNS
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

*Loan Number:*   13012104600

*Effective Date:*   AUGUST 15, 2006

*Coverage Amount:* $           (May be greater than loan amount if loan permits negative amortization)

*Lien Position:*   ☐ First    ☒ Second    ☐ First and Second    ☐ Third    ☐ Other:

*Additional Information/Requirements:*

    ±   All endorsements must be listed on the policy declarations page.

    ±   The mortgagee/loss payable clause must provide that the insurer will notify the mortgagee at least 10 days prior to any reduction in coverage or cancellation of the policy.

    ±   If the insured property is located in an area determined by the National Flood Insurance Program (NFIP) to be in a Special Flood Hazard Area, flood insurance is required prior to closing.

    ±   Send a copy of the policy together with the original mortgagee loss payable endorsement to (if a fax number and/or email address is provided, please also fax and/or email the materials):
ROYAL CROWN BANCORP
IT SUCESSOR AND OR ASSIGNS
29400 KOHOUTEK WAY, STE. 150
UNION CITY, CALIFORNIA 94587

| Borrower<br>DODIE TAYLOR | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DocMagic eFarms 800-649-1362
www.docmagic.com