AMERICANA COMMUNITY BANK
600 MARKET STREET, SUITE 100
CHANHASSEN MN 55317-4569

PHONE: 952-937-9596



DODIE R TAYLOR
11913 70TH PL N
MAPLE GROVE MN  55369                          ACCOUNT:              870287

                                                 AS OF: 10/05/06

                                                    PAGE   1


            ****************************************************************
            *                NOTICE OF ITEMS CHARGED                 *
            *                AGAINST YOUR ACCOUNT                     *
            ****************************************************************

            THE FOLLOWING ITEMS HAVE BEEN RETURNED AND ARE BEING
            CHARGED BACK TO YOUR ACCOUNT:

            .......PAYOR........  .......REASON.......        AMOUNT
            TRACY PFEFFER         NSF                         5,000.00
            TRACY PFEFFER         NSF                         5,000.00
            TRACY PFEFFER         NSF                         5,000.00
            TRACY PFEFFER         NSF                         5,000.00

TOTAL ITEMS CHARGED BACK TO YOUR ACCOUNT                     20,000.00
PLEASE DEDUCT A HANDLING FEE OF:                                16.00
YOUR ACCOUNT BALANCE AFTER THIS ACTIVITY IS:                97,275.16
CALL BOOKKEEPING AT THE PHONE NUMBER ABOVE WITH QUESTIONS.

**EXHIBIT**

14

Returned Unpaid
Non Sufficient
NSF
Funds Dollars

TRACY L. PFEFFER
DANIEL D. PFEFFER
13011 SCOTT ST.
OMAHA, NE 68142-1686

2546

30-7426/3140

Date 9-15-06

Pay to the
Order of _Dosie Taylor_ $ 5000.00

_Five thousand + No/100_

MSP TRTPS: 18 08 09-28-2006

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724
USAA

For _Feb Pmt_ _Tracy Pfeffer_ MP

⑈314074269⑈ ⑈341ı4164ıı2ıⅠ 2546 ⑈00005⑆0000⑈

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

Americana Community Bank >09198196<
0877092888 89/28/2885 2

21 22 208 011093958 20060925 0101

0312631117
09282006
0810-0008-0   FRB  MPLS

RTNS - DES

22-60  22-60

22-60  22-60

111000038
09282006



**TRACY L. PFEFFER**
**DANIEL D. PFEFFER**
13011 SCOTT ST.
OMAHA, NE 68142-1686

2543

Date 9-15-06

30-7426/3140

Pay to the
Order of _Dodie Taylor_

$ 5000.00

_Five thousand + No/100_

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For _Dec Pmt_

⑈314074269⑈ ⑈341⑈4164⑈2⑈ 2543

TRANSIT ROUTING NUMBER     ACCOUNT NUMBER

American Community Bank >991981969<

**TRACY L. PFEFFER**
**DANIEL D. PFEFFER**
13011 SCOTT ST.
OMAHA, NE 68142-1686

2544

30-7426/3140

Date 9-15-06

Pay to the
Order of __Dixie Taylor__ $500.00

__five thousand + no/100__ Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

MER. TRIPS: 16 08 09-28-2006 023298

For __Dan Pmt__

Tracy Pfeffer

⑈3⑈40 74 26 9⑈: ⑈⑈34 1⑈⑈4 164⑈⑈ 2⑈⑈ 2544 ⑈⑈0000500000⑈⑈

TRANSIT ROUTING NUMBER    ACCOUNT NUMBER

American Community Bank >091901969<
09/28/2006 2

21 22 206 011093957

0312631116
09282006
0910-0909-0   FRB   MPLS
ENT=5738   TRC=9940   PK=04

4730867976

111000038
09282006
ACCT

RTNS - DR
22.60   09.26
Dixie Taylor
1401257

Returned - Not Sufficient Funds Available

TRACY L. PFEFFER
DANIEL D. PFEFFER
13011 SCOTT ST.
OMAHA, NE 68142-1686

2544

30-7426/3140

Date 9-15-0*

Pay to the
Order of Dosie Taylor ............... $5,000.00

five thousand + No/100 ............... Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

DEPOSIT SLIPS: 16 08 09-28-2006 023298

For Dan Pmt

Tracy Pfeffer

⑆314074269⑆ ⑈341⑈4164⑈21⑈ 2544 ⑆0000500000⑆

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

Americana Community Bank >091001969<
08776820658 09/28/2006 2

Litton Loan Servicing LP
P.O. Box 9010
Temecula, CA 92589-9010



2203050013

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments To:
Litton Loan Servicing LP
Attn: Cash Management Department
P.O. Box 4387
Houston, TX 77210-4387

Send Correspondence To:
Litton Loan Servicing LP
Attn: Customer Assistance Response Team
4828 Loop Central Drive
Houston, TX 77081

DODIE TAYLOR
11913 70TH PL N
MAPLE GROVE, MN 55369-5422

20070322-80
Coil17



**EXHIBIT**

15

 **LLS™ Litton** Loan Servicing®

4828 Loop Central Drive
Houston, TX 77081
Telephone (800) 999-8501
Fax (713) 966-8906
www.littonloan.com

3/19/2007

DODIE TAYLOR
11913 70TH PL N
MAPLE GROVE, MN 55369-5422

Re:  Loan #:        30181119
     Property:      6555 Saunders Lake Drive S
                    Minnetrista, MN 55364

Dear Mortgagor(s):

Your loan is past due for the 3/1/2007 payment and a late charge has been assessed. The total amount due is $2,009.42.

To assist our customers, we offer a variety of payment options.

1.  Use Western Union Quick Collect to wire a payment from any Western Union location to Litton by using Code City: LITTON and Code State: TX. Payment will be received in our office within a few hours.

2.  Make a payment via our Interactive Voice Response (IVR) system at (800) 999-8501. You will be asked to provide your Personal Identification Number (PIN), and bank account and routing numbers. You may also make a payment online at www.littonloan.com.

3.  Send a payment using overnight mail services, such as Federal Express or UPS, to the address below.

       Litton Loan Servicing LP
       Attention: Cash Management Department
       4828 Loop Central Drive
       Houston, TX 77081

4.  Mail a payment in advance using your Billing Statement. Regular mail times vary and a late charge is assessed based on when Litton receives a payment, not when you send it.

Please include your Litton loan number on all correspondence.

If there are valid circumstances beyond your control that are preventing you from making your payment, there may be options available to you. If you have already paid the total amount due, please disregard this letter. If not, please contact our office immediately at (800) 999-8501 or visit our website at www.littonloan.com. If payment is not received by the end of the month, Litton will report nonpayment to the three major credit reporting agencies.

Sincerely,

Default Administration Department



LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# LEONARD, O'BRIEN
# SPENCER, GALE & SAYRE

Thomas W. Newcome**
Brian F. Leonard+
Eldon J. Spencer, Jr. +
Michael R. O'Brien‡
Edward W. Gale
Grover C. Sayre, III+◇
Thomas W. Newcome III*
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton
James M. Jorissen+
Peter J. Sajevic, III□

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet:  *www.losgs.com*

Andrea M. Hauser ✳
Scott S. Payzant∞
Jennifer K. Eggers+§
Chad A. KelschΔ†

Of Counsel
George B. Ingebrand, Jr.
Randall L. Seaver

□ Also admitted in Arizona
∞ Also admitted in California
✳ Also admitted in Illinois
◇ Also admitted in Iowa
† Also admitted in Missouri
§ Also admitted in Montana
Δ Also admitted in North Dakota
+ Also admitted in Wisconsin
‡ Qualified Neutral (Rule 114)
* Certified Real Property
  Law Specialist
  *(Minnesota State Bar Association)*
** Retired Status

March 30, 2007

Tracy Pfeffer
Daniel Pfeffer
13011 Scott Street
Omaha, NE 68142-1686

Faith Rocha
P.O. Box 2593
Cumming, GA 30028

Re:     Property Address: 6555 South Saunders Drive, Minnetrista, MN 55364



EXHIBIT

16

Dear Mr. and Mrs. Pfeffer and Ms. Rocha:

Our firm has been retained by Dodie Taylor.

On or around July 2006, Ms. Taylor received an unsolicited phone call by Ms. Rocha, wherein Ms. Rocha presented Ms. Taylor with an opportunity to assist the Pfeffers in saving the above-referenced property from foreclosure for a fee of $25,000.00.

The deal as explained by Ms. Rocha required Ms. Taylor to purchase the above-referenced property for $865,000.00. The purchase would allow the Pfeffers to get out of a foreclosure proceeding and allow them to net $163,000.00 in equity in the property, which they otherwise would not receive, but for Ms. Taylor's willingness to purchase the property. According to Ms. Rocha, the Pfeffers would then repurchase the home from Ms. Taylor on a short-term Contract for Deed, which ballooned in December 2006. In addition, the Pfeffers were to pay the $163,000.00 in equity back to Ms. Taylor to hold in escrow.

For saving the home from foreclosure and preserving the Pfeffers equity, Ms. Taylor was to receive a $25,000.00 fee and have her loans paid off through the Contract for Deed purchase no later than December 2006.

According to Ms. Rocha, Ms. Taylor was to be "very well protected in everything. I've had an attorney review everything to make darn sure of it and the title company's legal department has also reviewed it." Based on these assurances and the promise that the Pfeffers would repurchase the property from Ms. Taylor by December 2006, Ms. Taylor went forward with the transaction.

Ms. Taylor obtained two loans arranged by Ms. Rocha to purchase the property. Both loans were through Royal Crown Bank. The first mortgage, in the amount of $692,000.00, had a monthly obligation of $5,117.92. The second mortgage, in the amount of $173,000.00, had a

monthly obligation of $1,913.73. The Contract for Deed the parties entered into required that the Pfeffers pay these monthly obligations in addition to paying all of the equity in the home over to Ms. Taylor.

From the outset, the Pfeffers have failed or refused to make payments as agreed. Further, and more importantly, the Pfeffers have abandoned the property and sometime in the past 30-60 days, the pipes have burst in the home causing major water damage. That damage remains unrepaired as of today's date.

In sum, the Pfeffers have failed to make Contract for Deed payments as agreed, failed to pay the equity to Ms. Taylor as agreed, and failed to preserve the property from waste as agreed, all of which has caused severe damages to Ms. Taylor. Further, representations about the value of the home, the ability to pay for the home and the legality of the transaction were all fraudulent. It is evident that this entire transaction from start to finish was a scam set up for the sole benefit of all of you with total disregard to the resulting harm to Ms. Taylor.

The purpose of this letter is to demand that within one week of the date hereof the Pfeffers cure all of their defaults under the Contract for Deed. Further, we are hereby demanding that Ms. Rocha immediately pay to Ms. Taylor her unearned consulting fee to assist Ms. Taylor in covering the costs associated in having to deal with the problems from the fraud perpetrated upon her.

If you fail or refuse to comply with this demand within the time above stated, you can all expect to be sued for your unlawful acts. Rest assured of one thing, Ms. Taylor will not be stuck with this property, and she will be made whole for the fraud committed upon her. Govern yourself accordingly.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By

Ernest F. Peake
Email: epeake@losgs.com

EFP/vkr
cc:     Dodie Taylor
359130